CA 08 256

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

## *APPEAL COVER SHEET*

| |
|---|
| 1. BK. # **1:05-bk-13009** D.C./BAP No. |
| 2. Title of Bankruptcy Case **Brushy Brook Development Company, LLC** |
| 3. Appellant: Charles E. Fogarty<br>Name of Counsel for Appellant(s): Pro Se<br>Address: 251 Narragansett Avenue East Wakefield RI 02879 (401) 965-6417 |
| 4. Appellee: Charles A. Pisaturo<br>Name of Counsel for Appellee(s): Matthew McGowan<br>Address: Salter McGowan Sylvia & Leonard Inc, 321 South Main Street, Providence RI 02903 (401) 274-0300 |
| 5. Additional Counsel: Robert D. Wieck for LR6-A, LLC<br>MacAdams Wieck Deluca & Gemma Inc. , 101 Dyer Street, Suite 400, Providence RI 02903 (401) 454-8700 |
| 6. Related Case(s) on Appeal: YES X NO |
| 7. Special Comments: Motion For Leave to Appeal Pending Obejction Deadline 7/16/08. |

CA 08 256

Form A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Brushy Brook Development Company LLC

Debtor(s)

BK No. 05-13009
Chapter 7

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

**X** Appeal Coversheet

**X** The Notice of Appeal and Appellant's Election Form

**X** Copy of Bankruptcy Court Order and Judgment dated 7/3/08

____ Other________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on N/A Motion For Leave to Appeal filed . The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 7/3/2008

By:cal
Deputy Clerk