| Attorney or Appellant Name, Address , Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Charles E. Fogarty, Pro Se<br>251 Narragansett Avenue East<br>Wakefield, Rhode Island 02879<br>(401) 965-6417<br>*Attorney for Appellant* | FILED JUL 03 '08 12:59 USBCRI |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re:<br>BRUSHY BROOK DEVELOPMENT COMPANY, LLC<br>Debtor (s) | |
| Debtor's Social Security No(s). unknown | CHAPTER 7<br>CASE NUMBER 1:05-bk-13009 |
| Employer's Tax Identification Nos. [if any] unknown | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) CHARLES E. FOGARTY, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) ORDER APPROVING COMPROMISE entered in this adversary proceeding or other proceeding (describe other proceeding) __________ on the 26th day of June, (year) 2008 (Date Motion for Reconsideration was denied)

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

   SEE ATTACHMENT

CONTINUED ON NEXT PAGE

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
| --- | --- |
| BRUSHY BROOK DEVELOPMENT COMPANY, LLC, Debtor. | CASE NUMBER 1:05-bk-13009 |

Dated: July 3, 2008

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Charles E. Fogarty, Pro Se
251 Narragansett Avenue East
Wakefield, Rhode Island 02879
(401) 965-6417

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

1. I am employed in the County of Washington, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:
   24 Salt Pond Road, Suite B-1, Wakefield, RI 02879

2. **Regular Mail Service:** On July 3, 2008, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Wakefield, Rhode Island, addressed as set forth below.

SEE ATTACHMENT

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 3, 2008

Carol A. Hammond
*Type Name*

Carol A Hammond
*Signature*