# ATTACHMENT TO NOTICE OF APPEAL

Names and addresses of all parties to the Judgment:

Leonard J. DePasquale, Esq., AUST
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

Charles A. Pisaturo, Jr., Trustee
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, Rhode Island 02907

Matthew J. McGowan, Esq.,
Attorney for Trustee
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, Rhode Island 02903

Robert D. Wieck, Esq.
Denean M. Russo, Esq.
Attorneys for LR6-A, LLC
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903

Stephen J. Brouillard, Esq.
Orson & Brusini Ltd.
Attorney for Brushy Brook Development Company, LLC
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Theodore Orson, Esq.
325 Angell Street
Providence, Rhode Island 02906

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage
1080 Main Street
Pawtucket, Rhode Island 02860

Peter J. Furness, Esq.
Sinapi Formisano & Co.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Akhil M. Patel, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, Ohio 43215

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, Rhode Island 02903

John A. Tarantino, Esq.
Patricia A. Rocha, Esq.
Joseph Avanzato, Esq.
Katy A. Hynes, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trail
East Greenwich, Rhode Island 02818

Rhode Island Division of Taxation
One Capitol Hill, Suite 2-D
Providence, Rhode Island 02908

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

James Ottenbacher
P.O. Box 471
Cape Canaveral, Florida 32920

Steven Kaufman
8574 E. Vista Bonita Drive
Scottsdale, Arizona 85255

The above listing is also incorporated as part of Paragraph 2 of the Proof of Service