CA 08 256

FILED JUL 03 '08 12:59 USBCRI

**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

BRUSHY BROOK DEVELOPMENT COMPANY, LLC
Debtor(s)

BK No. 1:05-bk-13009
Chapter 7

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated June 26, 2008, Doc. No. 436-435, and underlying Doc. No. 421-420

| | |
|---|---|
| CHARLES E. FOGARTY<br>APPELLANT(S) | APPELLEE(S) |
| Attorney Pro Se<br>(Firm Name, Address, and Telephone No.)<br>251 Narragansett Avenue East<br>Wakefield, Rhode Island 02879<br>401-965-6417 | Attorney (If known) |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[X] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: Charles E. Fogarty
Signature of Attorney (or Appellant, if pro se)

Dated: 7/3/08