UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Brushy Brook Development Co., LLC

Chapter 7
No. 05-13009

Debtor

**OBJECTION TO MOTIONS FOR STAY**

Charles A. Pisaturo, Jr., the Chapter 7 Trustee ("Trustee") hereby objects to the Motions for Stay[1] filed by Charles E. Fogarty (docket no. 448) and by James Ottenbacher (docket no. 460), and in support of this objection respectfully state as follows:

1. Mr. Fogarty was heard from extensively by the Court during the recorded chambers sessions, both in his prepared remarks and in responding to the questions and comments presented to him by the Court. Indeed, the Court granted him, without curtailment, whatever time he wanted to essentially state and present whatever he wished, and thus he has no basis to complain that he has not had his day in court in connection with the Joint Motion for Approval of Compromise.

2. Aside from a rote recitation about "irreparable harm", the movants offer no legal basis for a stay here. The motions simply rehash the same complaints the Court heard in the earlier denied motions for reconsideration.

3. Further, the upshot of the granting of the Joint Motion for Approval of Compromise was that the Court authorized a sale of the Hopkinton, Rhode Island property, and

[1] The motions for stay are also coupled with and captioned as motions for leave to appeal. The Trustee does not object to the motions to the extent they seek leave to appeal since the order they seek leave to appeal from, one granting a motion for approval of a compromise under Bankruptcy Rule 9019, is a final order, not an interlocutory order, and no leave to appeal therefrom should be required.

thus the Court should condition the granting of any stay here on the movants posting a bond. *See* Bankruptcy Code section 363(m).

WHEREFORE, the Trustee objects to the motions for stay filed by Charles E. Fogarty and by James Ottenbacher; and requests that the Court grant such other and further relief as is just.

Charles A. Pisaturo, Jr., Chapter 7 Trustee
By his Attorney,

July 15, 2008

/s/ Matthew J. McGowan

Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
(Bar No. 2770)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Brushy Brook Development Co., LLC

Chapter 7
No. 05-13009

Debtor

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed an **OBJECTION TO MOTIONS FOR STAY** in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| Leonard J. DePasquale, Esquire | ustpregion01.pr.ecf@usdoj.gov |
| Stephen J. Brouillard, Esquire | sbrouillard@orsonandbrusini.com |
| Theodore Orson, Esquire | torson@orsonandbrusini.com |
| Thomas E. Carlotto, Esquire | tec@shlawri.com |
| Peter J. Furness, Esquire | pjf@brcsm.com |
| John Boyajian, Esquire | john@bhrlaw.com |
| Akhil M. Patel, Esquire | Akhil.Patel@Thompsonhine.com |
| Charles A. Pisaturo, Jr., Esq. | cpisaturo@earthlink.net |
| William M. Dolan III, Esq. | wdolan@brownrudnick.com |
| John A. Tarantino, Esq. | jtarantino@apslaw.com |
| Patricia K. Rocha, Esq. | procha@apslaw.com |
| Joseph Avanzato, Esq. | javanzato@apslaw.com |
| Katy A. Hynes, Esq. | khynes@apslaw.com |
| Vincent A. Indeglia, Esq. | vaindeglia@aol.com |

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below:

Rhode Island Division of Taxation
One Capitol Hill, Suite 2-D
Providence, RI 02908-5824

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

July15, 2008 /s/ Matthew J. McGowan__________________

F:\Contents\Brushy Brook\Dispute With LR6-A\Objection to Motions [7-08].doc