FILED

AUG 07 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

In re:

CHARLES E. FOGARTY

Vs. C.N.: 1:08-cv-256

CHARLES A. PISATURO, JR., TRUSTEE

EMERGENCY MOTION FOR STAY OF ORDER

CHARLES E. FOGARTY, Appellant, as an emergency hereby moves this Court for an Order Staying the pending foreclosure auction scheduled for August 14, 2008 and represents to the Court as follows:

1. Appellant's Motion for Leave to Appeal and for a Stay of the Order Approving the Compromise entered by the Bankruptcy Court is scheduled for a hearing before Judge William E. Smith on August 19, 2008 at 10:30 A.M.

2. The Order Approving the Compromise permits the holder of the first mortgage dated August 15, 2005 on property situated in Hopkinton, Rhode Island identified on Plat 32, Lots 1-71 be foreclosed, and said foreclosure is scheduled for August 14, 2008 at 10:00 A.M. - - See attached Exhibit A.

3. The controversy in this matter relates to the validity and enforceability of the mortgage being foreclosed, and the property in Hopkinton, Rhode Island is the only asset available to Debtor's creditors.

4. If the foreclosure auction is held before the Court considers Appellant's Motion for Leave to Appeal and for Stay of Order, said auction will render moot the issues raised in Appellant's request for relief and will irreparably harm Appellant and leave Appellant with no relief.

5. The holder of the mortgage proposed to be foreclosed will not be prejudiced by an order staying the foreclosure until such time as the Court can consider the merits of Appellant's motion.

WHEREFORE, Appellant, CHARLES E. FOGARTY, moves this Court for an order staying the foreclosure scheduled for August 14, 2008 on property situated in Hopkinton, Rhode Island and identified as Plat 32, Lots 1 – 71 based on the mortgage dated August 15, 2005 until such time as the Court renders a decision on Appellant's Motion for Leave to Appeal and for Stay of Order and until such time as the Court shall order otherwise.

Dated: August 7, 2008

Respectfully Submitted,

Charles E Fogarty

Charles E. Fogarty
251 Narragansett Avenue East
Wakefield, Rhode Island 02879
401-965-6417

NOTICE OF HEARING

To: Matthew J. McGowan, Esq.,
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, Rhode Island 02903

Robert D. Wieck, Esq.
Denean M. Russo, Esq.
Attorneys for LR6-A, LLC
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903

Notice is given to the above attorneys that Appellant is requesting consideration of this Motion as an emergency matter to be heard by Judge William E. Smith at the District Court for the District of Rhode Island at One Exchange Terrace, Providence, Rhode Island 02903 on August _____, 2008 at _________________.M. in his Courtroom or chambers.

Charles E. Fogarty

CERTIFICATION

I certified I mailed a copy of the foregoing to the above named attorneys on August 7, 2008 by first class mail, postage prepaid