EXHIBIT A

## LEGAL NOTICES

### NOTICE OF MORTGAGEE'S SALE

The Reserve at
Brushy Brook
Dye Hill Road and
130 Dye Hill Road
Tax Assessor's
Plat 32, Lots 1 - 71
Town of Hopkinton,
County of Washington,
Rhode Island

WILL BE SOLD AT PUBLIC AUCTION at the office of MacAdams Wieck DeLuca & Gemma Incorporated, 101 Dyer Street, Suite 400, Providence, Rhode Island 02903 on August 14, 2008 at 10:00 a.m., local time, by virtue of the power of sale contained in that certain Mortgage And Security Agreement from Boulder Brook Development, LLC, a Rhode Island limited liability company, dated August 15, 2005 ("Mortgage"), and recorded in the Records of Land Evidence in the Town of Hopkinton, County of Washington, State of Rhode Island, in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, ET SEQ., the conditions of said Mortgage having been broken.

Those certain lots or parcels of land with all buildings and improvements thereon, more particularly described in the Records of Land Evidence of said Town of Hopkinton in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, ET SEQ.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions of record, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of $150,000 in cash, certified funds or bank check at time and place of sale and such other terms as are announced at the sale.

By order of the Mortgagee, which hereby gives notice of its intention to bid at said sale or at any adjournment or postponement thereof.

MacADAMS WIECK
DeLUCA & GEMMA INC.
Attorneys for
the Mortgagee
101 Dyer Street,
Suite 400
Providence, RI 02903
(401) 454-8700