UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT CO, LLC
STONE RIDGE, INC.
Debtor

BK 05-13009
CHAPTER 7

MOTION FOR CHANGE OF HEARING DATE

JAMES OTTENBACHER, APPELLANT, BEING PRO-SE,
Hereby moves this Court to grant the order for a change of Hearing Date.

The hearing date of August 19, 2008 in the District Court is scheduled before a motion in the US Bankruptcy Court that is set to be heard August 27, 2008 at 10:00 Am

It is this appellant motion before the Bankruptcy Court to Remove/Disqualify attorney Robert Wieck, if the appellant is successfully the Motion for Joint Compromise could be render moot and the appeal hearing not necessity.

Mr. Weick was the Appellants attorney is the same case in the same Bankruptcy Court. That is the Same Court and same case in witch LR6-A is trying to foreclose on a mortgage with Mr. Wieck has their attorney, a Major Conflict of Interest.

The Appellant ask the Court to reschedule the hearing in District Court until after the Bankruptcy Court hearing of August 27, 2008

Respectfully Submitted

James Ottenbacher/PRO SE
PO BOX 471
Cape Canaveral, Fl 32920
321 453 8568 fax
jjsky12@yahoo.com

CERTIFICATION, ELECTRONICALLY, FAXED &US MAIL TO;
Clerk US District Court, Rhode Island
One exchange Terrace
Providence, RI 02903

Clerk of the US Bankruptcy Court, Rhode Island
Office of the U.S. Trustee ustpregion01.pr.ecf@usdoj.gov
Charles Pisaturo Esq. cpisaturo@earthlink.net

Robert Wieck rwieck@mwdglaw.com