UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles Fogarty, et als.

Appellant

v.

1:08-cv-00256-S
(Bankruptcy Appeals)

Charles A. Pisaturo, Trustee

Appellee

**APPELLEE'S MOTION FOR AUTHORITY TO PRESENT**
**CERTAIN PAPERS AND ARGUMENTS *IN CAMERA***

Appellee, Charles A. Pisaturo, Jr., Chapter 7 Trustee of Brushy Brook Development Co., LLC, hereby moves that the Court authorize him to present certain papers and arguments to the Court *in camera* in these consolidated bankruptcy appeals for the reasons explained in his accompanying memorandum of law.

Charles A. Pisaturo, Jr., Chapter 7 Trustee of
Brushy Brook Development Co., LLC.
By his Attorney,

August 14, 2008

/s/ Matthew J. McGowan
Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
(Bar No. 2770)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles Fogarty, et als.

Appellant

v.

1:08-cv-00256-S
(Bankruptcy Appeals)

Charles A. Pisaturo, Trustee

Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed an **APPELLEE'S MOTION FOR AUTHORITY TO PRESENT CERTAIN PAPERS AND ARGUMENTS *IN CAMERA*** and the **MEMORANDUM OF LAW** in support thereof in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

Leonard J. DePasquale, Esquire leonard.j.depasquale@usdoj.gov

Denean M. Russo, Esquire drusso@mwdglaw.com

Robert D. Wieck, Esquire rwieck@mwdglaw.com

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below:

Charles Fogarty
251 Narragansett Avenue
East Wakefield, RI 02879

James Ottenbacher
P.O. Box 471
Cape Canaveral, FL 32920

August 14, 2008 /s/ Jillane S. Padula
F:\Contents\Brushy Brook\Ottenbacher US Dist Appeal\Mot Argue File in Camera.doc