U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES OTTENBACHER
Vs.
CHARLES PISATURO,,TRUSTEE

278 S
CN: 1:08-cv-~~256~~

Appellants Supplemental Answers to Appellant Appeal

James Ottenbacher , Appellant , being Pro-Se

1- Appellant states LR6-A and Attorney Wieck Proffer to the Court, fraudulent notification to the Massachusetts Attorney General and the Bankruptcy Court.
2- Notice to the Massachusetts Attorney Generals office Named Conant Crossing a company with nothing to do with this case and was a complete different transaction.
3- Mr. Wieck and Mr. Allen (LR6-A) conspired to proffer to the Court fraudulent notification, in an attempt to "legitimize or decriminalize their actions.
4- Rhode Island usury statute provides that a loan made in violation of its terms is automatically void. Massachusetts statute allows different remedy,, but it dose allow for voiding the loan complete if the loan is made with unclean hands.

With complete discovery the appellant believes the Bankruptcy Court would have ruled in favor of the appellant. AT this stage in this case appellant feels the need for full investigation by the FBI and a jury trial.

EXHIBIT A

Respectfully submitted

James Ottenbacher/ Pro-Se
PO Box 471
Cape Canaveral, Fl 32920
321 453 8568 fax
jjsky12@yahoo.com

CERTIFICATION, ELECTRONICALLY, FAXED & US MAIL and though the courts
Charles Pisturo Esq. cpisturo@earthlink.net