EXHIBIT A

BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000 F 617.345.3299
www.burnslev.com

CHAD J. PORTER

August 12, 2005

BY HAND

Attorney General's Office
One Ashburton Place
Boston, Massachusetts 02108

00512

Re: Notice Under M.G.L. c.271 §49(d)

Dear Sir or Madam:

Notice is hereby given pursuant to G.L. c. 271 §49(d) of the intention of LR6-A Limited Partnership (the "Lender") to make loans to Conant Crossing LLC and Conant Land Investment LLC (the "Borrower"). Interest and other charges payable by the Borrower with respect to such loans is not expected to, but may, when aggregated, exceed 20% per annum. The address of the Lender is Ten Post Office Square, Suite 750, Boston, MA 02109, and records relating to such loans shall be kept at such address.

Please acknowledge receipt of this notice by stamping the enclosed copy of this letter and returning it to the messenger delivering the same.

Sincerely,

Chad J. Porter, Esq.

cc: Thomas Taverner

RECEIVED
AUG 19 2005
OFFICE OF THE ATTORNEY GENERAL
CRIMINAL BUREAU

RECEIVED
AUG 12 2005
OFFICE OF THE ATTORNEY GENERAL
CRIMINAL BUREAU

00040121

EXHIBIT
A

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Entity Results

Help with this form

**1 Records Matched Your Begins With Search for Entity Name: conant crossing llc** **(Page 1 of 1)**

| Entity Name | Identification Number | Old Identification Number | Principal Office Address, City, State, Zip, Country |
|---|---|---|---|
| CONANT CROSSING LLC | 203060671 | 000898747 | C/O TAMBONE INVESTMENT GROUP, 200 WHEELER RD. SOUTH TOWER, BURLINGTON, MA 01803 USA |

New Search

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved

98 CONANT MANAGEMENT CORP.
JULIE TAYLOR MORAN
AGENT: BARRON + STANFILD

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Public Browse and Search - Entity Results

Help with this form

**1 Records Matched Your Begins With Search for Entity Name: conant land investment llc** **(Page 1 of 1)**

| Entity Name | Identification Number | Old Identification Number | Principal Office Address, City, State, Zip, Country |
|---|---|---|---|
| CONANT LAND INVESTMENT LLC | 203109467 | 000900239 | 199 SUDBURY RD., CONCORD, MA 01742 USA |

New Search

a 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved

Nicholas C Boynton
John W Boynton