| Attorney or Appellant Name, Address , Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Charles E. Fogarty, Pro Se<br>251 Narragansett Avenue East<br>Wakefield, Rhode Island 02879<br>(401) 965-6417<br>*Attorney for Appellant* | FILED JUL 03 '08 12:59 USBCRI |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re:<br>BRUSHY BROOK DEVELOPMENT COMPANY, LLC<br>Debtor (s) | |
| Debtor's Social Security No(s). unknown | CHAPTER 7<br>CASE NUMBER 1:05-bk-13009 |
| Employer's Tax Identification Nos. [if any] unknown | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) CHARLES E. FOGARTY, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) ORDER APPROVING COMPROMISE entered in this adversary proceeding or other proceeding (describe other proceeding) ______________ on the 26th day of June, (year) 2008 (Date Motion for Reconsideration was denied)

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

   SEE ATTACHMENT

**CONTINUED ON NEXT PAGE**

**Form 17**

| In re (SHORT TITLE) | |
|---|---|
| BRUSHY BROOK DEVELOPMENT COMPANY, LLC Debtor. | CHAPTER 7<br>CASE NUMBER 1:05-bk-13009 |

Dated: July 3, 2008

Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Charles E. Fogarty, Pro Se
251 Narragansett Avenue East
Wakefield, Rhode Island 02879
(401) 965-6417

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

# PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF WASHINGTON

1. I am employed in the County of Washington, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:
   24 Salt Pond Road, Suite B-1, Wakefield, RI 02879

2. **Regular Mail Service:** On July 3, 2008, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Wakefield, Rhode Island, addressed as set forth below.

SEE ATTACHMENT

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 3, 2008

Carol A. Hammond
*Type Name*

Carol A Hammond
*Signature*

ATTACHMENT TO NOTICE OF APPEAL

Names and addresses of all parties to the Judgment:

Leonard J. DePasquale, Esq., AUST
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

Charles A. Pisaturo, Jr., Trustee
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, Rhode Island 02907

Matthew J. McGowan, Esq.,
Attorney for Trustee
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, Rhode Island 02903

Robert D. Wieck, Esq.
Denean M. Russo, Esq.
Attorneys for LR6-A, LLC
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903

Stephen J. Brouillard, Esq.
Orson & Brusini Ltd.
Attorney for Brushy Brook Development Company, LLC
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Theodore Orson, Esq.
325 Angell Street
Providence, Rhode Island 02906

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage
1080 Main Street
Pawtucket, Rhode Island 02860

Peter J. Furness, Esq.
Sinapi Formisano & Co.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Akhil M. Patel, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, Ohio 43215

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, Rhode Island 02903

John A. Tarantino, Esq.
Patricia A. Rocha, Esq.
Joseph Avanzato, Esq.
Katy A. Hynes, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trail
East Greenwich, Rhode Island 02818

Rhode Island Division of Taxation
One Capitol Hill, Suite 2-D
Providence, Rhode Island 02908

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

James Ottenbacher
P.O. Box 471
Cape Canaveral, Florida 32920

Steven Kaufman
8574 E. Vista Bonita Drive
Scottsdale, Arizona 85255

The above listing is also incorporated as part of Paragraph 2 of the Proof of Service