**FORM C**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - *

In re: :
Brushy Brook Development
Company LLC : BK No.05-13009
Chapter 7

(Debtor) :

- - - - - - - - - - - - - - - - - *

# Notice of Transmission of Record on Appeal

Please be advised on this date the Appeal in this case from the order dated June 26, 2008, was forwarded to the Bankruptcy Appellate Panel/U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 8/21/2008

By: CS
Deputy Clerk