Form D

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - *

In re: :
Brushy Brook Development
Company LLC : BK No.05-13009
Debtor(s) Chapter 7
:

- - - - - - - - - - - - - - - - - *

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the items included in this transmission are:

(1) the documents in the electronic file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record; and

(2) the Court's electronic docket for this case.

Witness my hand and the Seal of said Court at Providence in said District, the 21st Day of August A.D. 2008.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 8/21/2008 By: CS