FILED JUL 14 '08 09:18 USBCRI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

BRUSHY BROOK DEVELOPMENT CO., LLC
Debtor

BK 05-13009
CHAPTER 7

FILED JUL 14 '08 09:18 USBCRI

## DESIGNATION OF RECORD AND ISSUES ON APPEAL

I, CHARLES E. FOGARTY, Appellant, hereby makes the following designations:

I. Issue on Appeal: That the Bankruptcy Court erred in approving the motion for compromise prior to the completion of discovery.

II. Record on Appeal: Appellant's record on Appeal shall consist of:

A. Joint Motion for Entry of Consent Order filed on January 25, 2008 - - Docket No. 369.

B. Objection to Motion for Entry of Consent Order filed on February 29, 2008 - - Docket No. 375, with supporting materials.

C. Transcript of in camera hearing held on March 4, 2008 - - Docket No. N/A.

D. Joint Motion for Approval of Compromise filed on May 8, 2008 - - Docket No. 397.

E. Objection by Charles E. Fogarty to Motion for Approval of Compromise filed on May 15, 2008 - - Docket No. 408, with supporting materials.

F. Transcript of chamber conference held on May 22, 2008 - - Docket No. N/A.

G. Order Mooting Motion for Discovery filed on May 23, 2008 - - Docket No. 416.

H. Judgment Order Approving Motion for Compromise field on June 4, 2008 - - Docket No. 421.

I. Judgment Order field on June 26, 2008 - - Docket No. 436.

J. Notice of Appeal and Motion for Leave to Appeal and for Stay of Order filed on July 3, 2008 - - Docket No. unknown.

Charles E. Fogarty
251 Narragansett Avenue East
Wakefield, Rhode Island 02879

CERTIFICATION

On the 14th day of July, 2008 I caused copies of the foregoing to be mailed by first class mail, postage prepaid, to the attorneys and parties on the attached listing.

Service Recipients:

Leonard J. DePasquale, Esq., AUST
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

Charles A. Pisaturo, Jr., Trustee
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, Rhode Island 02907

Matthew J. McGowan, Esq.,
Attorney for Trustee
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, Rhode Island 02903

Robert D. Wieck, Esq.
Denean M. Russo, Esq.
Attorneys for LR6-A, LLC
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903

Stephen J. Brouillard, Esq.
Orson & Brusini Ltd.
Attorney for Brushy Brook Development Company, LLC
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Theodore Orson, Esq.
325 Angell Street
Providence, Rhode Island 02906

Thomas E. Carlotto, Esq.
Shechtman Halperin Savage
1080 Main Street
Pawtucket, Rhode Island 02860

Peter J. Furness, Esq.
Sinapi Formisano & Co.
100 Midway Place, Suite 1
Cranston, Rhode Island 02920

Akhil M. Patel, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, Ohio 43215

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, Rhode Island 02903

John A. Tarantino, Esq.
Patricia A. Rocha, Esq.
Joseph Avanzato, Esq.
Katy A. Hynes, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

Vincent A. Indeglia, Esq.
Indeglia & Associates
1485 South County Trail
East Greenwich, Rhode Island 02818

Rhode Island Division of Taxation
One Capitol Hill, Suite 2-D
Providence, Rhode Island 02908

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

James Ottenbacher
P.O. Box 471
Cape Canaveral, Florida 32920

Steven Kaufman
8574 E. Vista Bonita Drive
Scottsdale, Arizona 85255