6/26/08

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)626-3100**

**Brushy Brook Development Company, LLC**

Debtor(s)

BK No. **1:05-bk-13009**

Chapter **7**

Judge: **Arthur N. Votolato**

## JUDGMENT ORDER

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order (re:[435] Order Sustaining [433] Objection filed by Creditor LR6-A, LLC; [434] Objection file by Trustee re: [425] Motion to Reconsider).**

Judgment #: 1:05-bk-13009 – 436 – 435

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **6/26/08**
Document Number: ***436 - 435***

By: **CAL**
Deputy Clerk

judgement.jsp #404

6/26/08

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

BRUSHY BROOK DEVELOPMENT COMPANY, LLC, Debtor — BK No. 05-13009, Chapter 7

**ORDER SUSTAINING OBJECTIONS TO MOTION FOR RECONSIDERATION**

For the reasons given by the Objectors to the Motion for Reconsideration (Doc. #425) filed by Creditor James Ottenbacher and supported by Creditor Charles Fogarty, the objections are SUSTAINED.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island this 26th day of June, 2008.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 6/26/2008

028423