**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**380 Westminster Street, 6th Floor**
**Providence, RI 02903**
**www.rib.uscourts.gov**
**(401)626-3100**

---

**Brushy Brook Development Company, LLC**

Debtor(s)

BK No. **1:05-bk-13009**

Chapter **7**

Judge: **Arthur N. Votolato**

---

## JUDGMENT ORDER

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order (re: [420] Generic Order)**

Judgment #: 1:05–bk–13009 – 421 – 420

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **6/4/08**
Document Number: ***421 - 420***

By: **CAL**
Deputy Clerk

judgement.jsp #404

032790

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Brushy Brook Development Co., LLC

Debtor

Chapter 7
No. 05-13009

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF COMPROMISE**

The Joint Motion of LR6-A, LLC ("LR6-A") and the Chapter 7 Trustee of Brushy Brook Development Co., LLC ("Trustee") for approval of the various compromises and settlements set forth in such motion (the "Compromise Motion") having come before the Court for hearing on May 22, 2008, and upon consideration thereof and of the arguments in favor of and the objections to the Compromise Motion, including those expressed by parties and their counsel in the May 22nd and earlier sessions conducted by the Court in chambers, for good cause shown and for the reasons articulated by the Court at the conclusion of the May 22nd chambers session, it is hereby **ORDERED** that:

1. The Compromise Motion, including its incorporated terms and conditions, be and hereby is granted;

2. Subject to the terms and conditions set out in the Compromise Motion, including the Foreclosure Protocol referenced in and attached to that Motion, the Motion of LR6-A For Relief From The Automatic Stay ("Stay Motion"), through which LR6-A sought relief from the automatic stay to foreclose its mortgage on the real property of Boulder Brook Development, LLC ("Boulder Brook") commonly known as The Reserve at Brushy Brook (Tax Assessor's Plat 32, Lots 68, 69, 70 & 71) and located at Dye Hill Road and 130 Dye Hill Road, Hopkinton, Rhode Island (collectively, the "Property"), be and hereby is granted, and the Trustee's objection

to the Stay Motion be and hereby is resolved and disposed of through the Court's granting of the Compromise Motion. This order granting the Stay Motion shall not be stayed until the expiration of 10 days after the entry of this order in accordance with Rule 4001(a)(3) of the Rules of Bankruptcy Procedure, and LR6-A is authorized to exercise all of its state law rights and remedies, including without limitation, foreclosure of its First Mortgage (as defined in the Compromise Motion) covering the Property substantially in accordance with the Foreclosure Protocol immediately upon entry of this order;

3. Upon entry of this order, LR6-A shall dismiss or cause to be dismissed the declaratory relief action it commenced against Boulder Brook in the Business Litigation Session of the Superior Court for Suffolk County, Massachusetts on or about September 12, 2007 ("Declaratory Relief Action"); and

4. Upon entry of this order, the Court shall enter an order dismissing the involuntary bankruptcy case commenced by the Trustee against Boulder Brook (No. 07-11840).

Entered on Docket: 6/4/2008

Arthur N. Votolato
United States Bankruptcy Judge
Dated: 6/4/2008

F:\Contents\Brushy Brook\Dispute With LR6-A\Order Granting Jt Mot Compromise.doc

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Brushy Brook Development Co., LLC

Debtor

Chapter 7
No. 05-13009

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed a proposed **ORDER GRANTING JOINT MOTION FOR APPROVAL OF COMPROMISE** in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| Leonard J. DePasquale, Esquire | Leonard.J.DePasquale@USDOJ.gov |
| Stephen J. Brouillard, Esquire | sbrouillard@orsonandbrusini.com |
| Theodore Orson, Esquire | torson@orsonandbrusini.com |
| Thomas E. Carlotto, Esquire | tec@shlawri.com |
| Peter J. Furness, Esquire | pjf@brcsm.com |
| John Boyajian, Esquire | john@bhrlaw.com |

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below:

June 1, 2008

/s/ Matthew J. McGowan



032790