***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Brushy Brook Development Company, LLC**<br>Debtor(s) | BK No. **1:05−bk−13009**<br>Chapter **7** |

***Order Mooting Document (doc# 400 )***

***Re: Motion for Discovery re: Application to Compromise by Charles Fogarty***

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the above entitled document (doc. # 400 ) is MOOT − application to compromise resolved per bench decision 5/22/08 .

Judgment #: 1:05−bk−13009 − 416 − 400

***ORDER:***

BY: HAD
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **5/23/08**

Entered on Docket: **5/23/08**
Document Number: **416 − 400**

oafconsid.jsp #145

032791