UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -x

In re: :
Brushy Brook Develeopment
Company : BK No. 05-13009
Debtor(s) Chapter 7
:
- - - - - - - - - - - - - - - - -x

**Transcript of Chambers Conference held on May 22, 2008 delivered in non-electronic format to U.S. District Court on 8/20/2008**

By: CS

Deputy Clerk