## Location Summary

**United States**

The national economy continues to grow. For the 4th quarter of 2005 gross domestic product (GDP) expanded at an annual rate of 1.6%, less than the 4.1% of the 3rd quarter but considerably less than the record 8.2% for much of the last half of 2003. Sine the last quarter of 2005 the Dow Jones Industrial Average hovers around the 11,000 mark and unemployment which had been over 6.0% for much of the first half of the decade is currently 4.8%. Over the last three years the national labor force expanded at an annualized rate of 1.2%. Personal income is up about 7% over 2004 estimates and despite concern regarding the $200+ billion needed to continue the war in Iraq and repair devastation from hurricanes in the south consumer confidence remains high.

The consumer lead recovery was fueled by a major tax rebate and very low costs for capital. Recent efforts by the Federal Reserve to control inflation however have resulted in several increases in the federal funds rate to the present 4.75%. The prime lending rate is now 7.5%. The average rate for a 30-year residential mortgage continues to hover in the range of 5.9%.

Consistent with major increases in the cost of energy and building materials the overall increase in the consumer price index was 3.6%. Home price inflation as measured from the conventional home price index increased 12.5 in the 4th quarter of 2005 on an annualized basis. This rate was down from a revised 3rd quarter 2005 annualized rate of 13.4% and a 2nd quarter 2005 rate of 15.4%. We have now seen two consecutive quarters of moderation in housing appreciation. Despite some slowing home price appreciation remains solid.

The population of the United States increased by approximately 2.5% (2000 to 2002) to 290 million people. Over the same period the number of housing units increased by a similar percentage. The National Association of Realtors reports the median sale price for an existing home rose to $209,000 in February of 2006, an increase of 106% from February 2005. The housing market is expected to slow from double-digits to gains of approximately 5% through 2006 with the number of sales declining by 5%.

As a result of the expanding economy and an increase in personal wealth the market for all types of real estate especially non-business, income producing real estate has been quite strong in most markets. According to NAR the commercial real estate market is very strong and vacancy rates are expected to decline in all four major sectors of the market.

In the 57 markets which NAR tracks office vacancy is expected to decline to 11% in the fourth quarter of 2005; office rents are expected to increase 5% in 2006. Retail vacancy is expected to decline to an average of 7.8% by the end of 2006form 8.0% in the 4th quarter of 2005 due to many store closings as a result of merger activity.

In the industrial market the NAR projects a vacancy of 8.0% in the 4th quarter of 2006 down from 9.6% in the 4th quarter of 2005. The multifamily market is tightening. Vacancy rates are forecasted to drop (4.5% this year from 5.2% in 2005) while rents are projected to increase (5.3% in 2006).

**New England**

Buoyed by advances made in several New England states including Maine and Rhode Island the regional economy remains fairly strong. Initial claims for unemployment are lower than a year ago and all the New England states have reported increases in net employment over the 2004 data for the same period. Merchandise exports from the region have grown and coincident indexes which measure economic activity show continued improvement. Through the 4th quarter 2005 the regionally unemployment remains less than 5.0%.

Residential real estate remains very strong despite a decline in residential construction contracts for most states and the region. Housing permits are also on the decline in many states but the region total has increased modestly. Analysis of the Conventional Mortgage Home Price Index, formerly titled the Repeat Sales Home Price Index reveals increases of 12% to nearly 18% over earlier year estimates and an overall regional increase of 13.4%.

Unfortunately with the increase in the price of crude oil and natural gas the typical New England residential customer is expected to pay an additional fuel costs for the 2005 heating season. Also, commercial and industrial electricity sales have recently begun to decrease in many states but on a regional level remain stable.

Overall, the New England economy continues to be strong but relies heavily on natural resources and infra-structure support from the federal government. Such support may be curtailed due to an increasing budget deficit. Federal programs may also be jeopardized.

**Rhode Island**

Rhode Island is located on the Interstate 95 corridor between New York and Boston. Other principal infrastructure includes passenger rail service provided by Amtrak RR and the Ports of North Kingstown and Quonset Point. The recently renovated T. F. Green Airport is enjoying significant success and has become the third most utilized airport in the region. Recent reports from the State Airport Corporation indicate that passenger volume at the airport has reached an all time high of five million.

There are 39 communities in the State and the 2002 estimate of population is 1,069,725.[2] This estimate presents a small but significant increase over the 2000 Census estimate and planners' project continued increases through 2030.

Like the national economy the composition of the workforce is very similar with a majority of the 500,000± labor force employed in the service sector, (education health and social services) followed by manufacturing, ±82,000 and then retail. Over the last ten years the labor force has only increased by about 4,000 or less than one percent.

The seasonally adjusted unemployment rate for July 2005 was 5.1%. Per capita personal income increased by about 11% over the ten year period beginning 1990 but the median family income only increased by 3.3%, to $52,781.

---

[2] Office of Statewide Planning

Since 1990 the total number of housing units increased by 6.1% to 439,837 and of that estimate single family development led the way with a 10.2% increase to 241,202 units. The median sale price for a single-family home in the state has been increasing steadily from less than $125,000 in 1990 to $156,000 in 2001 to $285,000 in 2006.

Fortunately, favorable financing has resulted in the median monthly mortgage payment increasing by only $300, to $1,205 per month. The 2000 Census also reports a drop in the median monthly rent of 11.9% from $628 in 1990 to $553 in 2000. According to the Rhode Island Housing and Mortgage Finance Corporation (RIHMFC) the average 2-bedroom apartment rental increased 39% over the last four years. They also report that a yearly rental should not exceed 30% of a person's annual income. [This implies a minimum annual income of ±$34,000 to support the average rental.]

**Individual Market Performance; Rhode Island**

Richard Ellis reports that for 2005 the suburban office market was very active resulting in a decline in overall vacancy from 10.2% to 9.7%. The Northern Rhode Island Market showed the greatest improvement in occupancy with a decline in vacancy from 9.6% to 4.7%. The East Bay Market, although slightly improved, continues to struggle with a vacancy of 16.1%. The West Bay Market is the largest market in the state and the most attractive. Vacancy in this market is 6.9%.

Concerns for the retail market include an expansion of sales activity but an ever increasing supply. Major projects recently completed include Smithfield Commons (800,000 SF), Cranston Parkade (750,000 SF), Eagle Square in Providence (270,000 SF) and numerous free standing stores throughout the state. Projects that are planned or in progress include a 300,000 SF mixed use development at Sockannoset Crossroads in Cranston. Recently it was reported that occupancy at the Providence Place Mall is exceeding expectations. The 1.3 million square foot mall is currently 98% occupied and state tax receipts are above projections.

Rodman Real Estate, a local broker in its 2005 annual statewide survey (the latest available) of Rhode Island industrial properties reports on 45 established industrial parks encompassing 25,690,894 GSF of space. Only buildings over 10,000 GSF were researched, geographic areas included Northern, Providence Metro, Central West bay, East Bay and Southern.

Rodman notes increases in dollar volume as well as square footage. Buyers appeared to be less concerned with price and more with availability. There were 45 transactions in 2005 which is a drop of 21% from 2004. Total SF volume was 3,532,580 SF which was an increase of 27% from 2004. Dollar sales were $80,335,000 up 6%.

Industrial Park sales increased 8.6% as compared to 11% for non-industrial park sales. Buildings between 15,000 SF and 30,000 SF showed increases of 11%; 30,000-60,000 5%; above 60,000 SF was most significant with a 66% increase.

Industrial lease information indicated median lease rates to be $6.42/SF for average size buildings in the 20,000 SF range. Small space leased readily, buildings over 40,000 GSF took over a year to market. With a shortage of properties to buy the rental market is expected to be more active.

The general picture of the industrial market is good. Prices are stable after having appreciated about 20% to 30% since 2000/2001 and vacancy is less than 5.0%. Leasing activity is slow but speculative development has also been very low thus resulting in market stability throughout much of the state. The expectation for this market is for continued demand for owner occupied purchases of 10,000 to 30,000 SF.

Overall, most commercial and industrial markets are stable but there are concerns in certain submarkets. Therefore, occupancy is very important despite the very favorable financing.

**Conclusions, Rhode Island**

University of Rhode Island professor and local economist Len Lardaro tracts the state economy working with an index of 12 leading economic indicators. A number greater than 50 indicates that the economy is in a state of expansion, a number less than 50 signals contraction.

Overall, the demographic profile of the State of Rhode Island very much resembles that of the nation as evidenced in the table that follows. Over the last several years the local economy performed at least as well as the national economy but few expect this performance to continue. The Current Conditions Index (CCI) although at a positive 57, was down from the previous year.

HOPKINTON, RHODE ISLAND




**Hopkinton**

Hopkinton is largely rural, containing the villages of Hope Valley, Rockville, Canonchet, Barberville, Bethel, Brudickville, Ashaway, Hopkinton, and South Hopkinton. Of these, Ashaway and Hope Valley are the most developed. Located 34± miles southwest of Providence and 15± miles northeast of New London, Connecticut, Hopkinton is a growing community.

The Rhode Island town of Exeter bounds it on the north, Richmond and Charlestown on the east, Westerly on the south, and the State of Connecticut on the west. Principal highways include Interstate 95, U.S. Route 1 and Route 1-A; and State Routes 3, 91, 138 and 216.

Outdoor recreation is a favored pastime. Fresh water fishing facilities, golf courses, parks and numerous campgrounds are located throughout the community. Camp Yawgoog is in the Hopkinton village of Rockville. Operated by the Narragansett Council of the Boy Scouts of America, Yawgoog is one of the largest Boy Scout camps in the United States. There are 12 golf-courses within a 15-mile radius. They provide a total of 198 holes, roughly equivalent to 11 eighteen-hole courses. The typical 18-hole course in this market can provide about 30,000 rounds of play per year.

According to the 2000 census Hopkinton has 7,836± residents. Residential and agricultural uses are the largest segment of the local tax base. Hopkinton has a few small businesses, a few manufacturing firms, and many acres of protected and state-owned land. The commercial and industrial sectors are relatively small. Selected details and comparisons are as follows:

**Population:** The population count for Hopkinton as of April 1, 2000, was 7,836±; a 14.01±% increase (963± persons) from the 1990 population of 6,873±.

**Rank:** In 2000, Hopkinton ranks 32nd in population among Rhode Island's 39 cities and towns.

**Median Age:** In 2000, the median age in Hopkinton was 37.6±.

**Age Distribution:** In 2000, 74.3% or 5,825± persons residing in Hopkinton were 18 years of age or older. 5,581± were 21 and over, 1,033± were 62 and over, and 866± were 65 and over.

**Population Density:** The 2000 population density of Hopkinton is 182± persons *per* square mile of land area. Hopkinton contains 42.99± square miles of land (27,511.70± acres) and 1.14 square miles of water area (27.51± acres).

**Housing Units:** The total number of housing units in Hopkinton as of April 1, 2000, was 3,112±. This represents an increase of 450± units from the 2,662± housing units in 1990. Of the 3,112± housing units 147± were vacant; and 72± of the vacant units were for seasonal or recreational use. The State-wide Multiple Listing Service reports that the median house price increased 17.89% to $303,500 over the 2004 price of $257,450.

**Households:** In 2000, there were 2,965± households in Hopkinton with an average size of 2.64± persons. Of these, 2,181± were family households with an average family size of 3.07± persons.

**Hopkinton Municipal Tax Incentives and Financing:** Hopkinton does not offer any municipal tax exemptions or financial assistance programs.

**Municipal Tax Rate:** Hopkinton assesses real estate at 100±% of market value. The 2005 fiscal tax rate is $18.64/$1,000 for residential real estate. Hopkinton conducted a town-wide full revaluation in 2003. Currently, they are completing a three year statistical update.

**Inventories:** By State Law, Manufactures' Machinery and Equipment and Inventories are exempt from municipal property taxes.

A recent (2006) study by the firm indicates the population within a 15±-mile radius of the property is 60,000±. We estimate this population increases by 40,000± during the summer for a total summer population of 100,000±.

Hopkinton is on its way to becoming a bedroom community for those employed elsewhere including New London, Connecticut and Providence, Rhode Island. Good access to the interstate and relatively low land costs are among the main drivers of such change. Hopkinton is subject to regional and national economic trends. For purposes of this report, we think it reasonable to anticipate stability.

Locus Map




**Property Description**

Site

The subject consists of 358± acres. Access is on the north side of Dye Hill Road. Located just east of the intersection of Dye Hill and Kenny Hill Roads, the locus is approximately three miles west of the State Route 3, a primary access road traversing north and south through the Town of Hopkinton. The collective parcel has approximately 600 linear feet of frontage on Dye Hill Road (not including a 40' ROW at the easterly edge of the property). At a point of about 400 feet north of the Dye Hill Road frontage the property "opens up" and becomes a relatively rectangular shaped tract that is about 2,000 feet wide and about 5,000 feet in length.

The topography of the subject property may be described as rolling. There is a variation of height starting at 190'in the southeasterly portion rising (closer to Dye Hill Road) then rising to 400' in the extreme northeast corner; and 280' in the northwest corner. For the most part the subject plateaus toward the northeast section of the proposed acquisition area.

There are several streams and brooks that traverse the property including Dye Hill Brook which meanders through the property. Consistent with information gleaned from a topographical map provided by the property owners, we observed the 50' perimeter wetlands interspersed throughout the southeast and northwest quadrants of the subject parcel.

At the point of the property Dye Hill Road is a narrow, two-lane roadway without curbing or sidewalks. Storm water drainage is also not apparent and street lighting is minimal.

Utilities that are available to the property include electricity and telephone. The property abuts residential property to the west and conservation land or park to the north and east. Other uses in the area are mostly residential or agricultural.

In summary, the site is fairly attractive for residential development in that there are areas of the property which have attractive views to the south and mature vegetation but these areas are located mostly in the north quadrant of the property thus requiring the installation of a rather long access road. The access road must traverse some rocky terrain and possibly even some wetlands and a brook. This will likely make development of the property costly.

All Photographs taken from Appraiser's Files



Subject, Access Road



Subject, Interior View



Subject, Interior View



Dye Hill Road

Topography



*This map is included for informational purposes only; and it is intended to show the overall topography of the site. The owner provided this information and was reflective of a new proposed subdivision of the remaining 69 acres in the event RIDEM acquired 289 Acres (in yellow).*

## Plat Map (Older Plat Map)



## Highest and Best Use

Real Estate is valued in terms of its highest and best use. The highest and best use of the land (or site) if vacant and available for use may be different from the highest and best use of the improved property. This will be true when the improvement is not an appropriate use and yet makes a contribution to total property value in excess of the value of the site.

DEFINITION: Highest and Best Use (Highest and Most Profitable Use; Optimum Use) is that reasonable and probable use which will support the highest present value as of the date of the appraisal. Alternatively, it is the most profitable likely use to which a property can be put. It may be measured in terms of the present worth of the highest net return that the property can be expected to produce over a stipulated long run period of time.

In estimating Highest and Best Use, the appraiser goes through essentially four stages of analysis, which are described as follows:

1. possible use or those uses which are physically possible for the site in question;
2. permissible uses or uses which are legally permissible and physically possible for the site in question;
3. feasible use or possible and permissible uses which will produce a net return to the owner of the site;
4. highest and best use, or, among the feasible uses, that use which will produce the highest net return or the highest present worth to an owner.

## Highest and Best Use, Conclusions

**Highest and Best Use, as though vacant:**

The property contains 358± acres of land (collectively). Consistent with our examination of flood and soil maps as well as the conceptual plan provided by the property owner(s) the site is generally conducive to community type development. As a condition of the appraisal we assume that the PUD has addressed all the necessary physical features of the property including wetlands, geology and other potential site constraints.

A significant portion of the subject located in the northern quadrant is deemed to be the better land notwithstanding the distance from Dye Hill Road. Based on earlier engineering studies supporting the "approved plan" for residential home sites, condominiums, and a golf course; the development is a viable use of the land.

The market demand for residential building sites and condominiums in the Hopkinton area has slowed down over the past year but we anticipate recovery in approximately 12 months. We anticipate a total sell-out within five years. It is important to note, that the viability and feasibility of the 18-hole golf course is questionable. There appears to be an over supply of golf courses in the market area indicating that the Highest and Best Use of the land intended for the golf course may be other than as proposed.

The existing approvals that are in place as of the date of this appraisal have important ramifications of the overall value of the subject. The cost of engineering, surveying, planning board applications/presentations, drafting of plans and specifications, and time associated with all of the above actions, equate to significant expenditures on the part of a developer. It has been our experience, that the value of those items can increase the value upward of 50-60% over the value of "raw land."

Therefore, it is the opinion of the appraiser that the Highest and Best Use of the property "as vacant" is for residential development not unlike the proposed and approved "PUD."

**Qualifications of Ann M. Hollands, MAI**
**Rhode Island General Certified #211**
**Peter M. Scotti & Associates, Inc.**

| | | |
|---|---|---|
| Business: | Peter M. Scotti & Associates, Commercial Appraiser | 2004-Present |
| | RIDOT Real Estate Administrator | 1995-2004 |
| | Appraiser/Owner (NEREAP, Ltd.) | 1988-1995 |
| | Broker/Owner East Bay Associates, Inc. | 1978-1988 |

Experience: Engaged actively for over twenty seven (27) years in the Real Estate Profession: Listing, selling, appraising and consulting on Real Estate matters throughout Rhode Island, Southeastern Massachusetts. Serving at various times during the past twenty two (22) years as a fee appraiser for the following clients:

Westinghouse Electric Co., General Electric Corp., Shell Oil Corp., Exxon Corp., Merrill Lynch Relocation, Leviton Manufacturing, Resolution Trust Corporation, AMRESCO (DEPCO), State of Rhode Island/Eminent Domain (RIDOT, Narragansett Bay Commission), Rhode Island Department of Environmental Management, Nature Conservancy, City of Providence (Department of Planning), General Service Administration, Fidelity Investments, Bank of America, Citizens Bank, Rhode Island Hospital, Bank Rhode Island, Sovereign Bank, Fall River Savings Bank, First Federal Savings Bank, Compass Bank, Webster Bank, Coastway Credit Union.

Presented expert testimony as follows:
Rhode Island Superior Court (Providence, Kent, Washington Counties)
Zoning/Planning Boards of Review and City/Town Councils

Special Education:

Attended Shippensburg State College (1965)
Graduate of Realtor Institute National Association of Realtors

| | |
|---|---|
| Introduction to Appraising Real Property | Course #101 |
| Applied Valuation Principles | Course #102 |
| Income Property Valuation | Course #201 |
| Special Application of Real Estate Analysis | Course #202 |
| Applied Income Property Valuation | |
| Standards of Professional Practice Part A | Course #1410 |
| Standards of Professional Practice Part B | Course #1410 |
| Uniform Standards of Professional Appraisal Practice | Course #430 |
| Business Practice & Ethics | Course #420 |

Uniform Standards for Federal Land Acquisitions
Consistently maintained mandatory CE hours (100 Hrs/5 year cycle)
Continuing Education Requirements Courses (State and Appraisal Institute)

- Eminent Domain & Condemnation
- Appraiser as an Expert Witness
- Evaluating Commercial Construction
- Advanced Real Estate Law in Rhode Island
- Litigation Skills for the Appraiser
- Feasibility, Market Value, & Investment
- GIS Applications for Real Estate
- Appeal Process-Revaluation Assessment
- Condemnation Case Studies

<u>Instructor Experience:</u>

Rhode Island Association of Realtors
Rhode Island Chapter of the Appraisal Institute
AASHTO Conference Presenter

<u>Professional Organization:</u>

Appraisal Institute
- Designated MAI
- Rhode Island Chapter – Past President
- Rhode Island Chapter – Director

National Association of Realtors
Rhode Island Association of Realtors
- Director
- President (Providence Board)
- Legislation Committee
- RPAC Trustee

American Association of State Highway and Transportation Officials (AASHTO)
- Executive Board, Regional Representative

<u>Civic Organization:</u>

The Bristol Foundation (Non-Profit Housing)
- Founding Member
- Past President
- Board of Director