PETER M. SCOTTI & ASSOCIATES • REAL ESTATE

QUALIFICATIONS OF PETER M. SCOTTI, MAI
RHODE ISLAND CERTIFICATION NO. A00110G
MASSACHUSETTS CERTIFICATION NO. 2805
REALTOR AND APPRAISAL SPECIALIST
PETER M. SCOTTI & ASSOCIATES

Engaged in Real Estate business for 30 years.

W. Henry Coleman, Inc., Office Manager, 1974-1980
Providence Land Co., Treasurer/Principal, 1980-1983
Henry W. Cooke Co., Chief Appraiser/Principal, 1983-1988
Peter M. Scotti & Associates, President, 1988-Present

Licensed Real Estate Broker State of Rhode Island, License #B14864
Licensed Real Estate Appraiser, State of Rhode Island, License #A00110G
Licensed Real Estate Appraiser, Commonwealth of Massachusetts, License #2805
Graduate of Washington and Jefferson College, Bachelor of Arts Degree, Political Science

Member:

Appraisal Institute Member, MAI
Greater Providence Board of Realtors/Board of Directors, 1987
Vice President, R.I.A.R./CID, 1989
Chairman Rhode Island Appraisal Board 2003
National Association of Realtors
Greater Providence Chamber of Commerce
Board of Directors RI Chapter Appraisal Institute
President RI Chapter Appraisal Institute

Successfully completed the following:

| | |
|---|---|
| GRI - | Course #1 & #2 |
| SREA - | Course #101 - Introduction to Appraising Real Property- Challenged 1986 |
| | Course #102 - Applied Property Valuation - Challenged 1986 |
| American Institute - | Course #201 - Principles of Income Property Appraising - 1989 |
| | Course #202 - Applied Income Property Valuation - 1989 |
| | Course #413 - Professional Practice Seminar - 10/89 |
| | Course #1410 - Standards of Professional Practice Part A - 3/93 |
| | Course #1410 - Standards of Professional Practice Part B - 12/95 |
| Appraisal Institute - | USPA Update – 1/97 |
| | Course #430 – USPAP – 4/98 |
| | USPAP -4 /03 |
| | Course #600 – Income Valuation Mixed Use – 3/01 |
| Seminars - | Appraising Apartments Seminar |
| | FNMA/Multi-Family, Condo Seminar & Workshop - 7/90 |
| | Demonstration Report Seminar - 11/91 |
| | Comprehensive Review Seminar - 2/93 |
| | Appraisal of Complex Residential Properties - 3/93 |
| | Feasibility Analysis - 5/93 |
| | Valuation of Leased Fee Interest - 10/93 |
| | Appraising Troubled Properties Seminar - 6/94 |
| | Highest & Best Use Seminar |

Market Extractions Income Properties - 4/95
Appraisal Practices for Litigation - 9/95
Mock Trial Seminar - 9/95
Economic Factors in Real Estate Appraisal - 4/96
Comprehensive Appraisal Workshop - 9/96
Appraising 1-4 Family Income Properties – 11/96
Eminent Domain & Condemnation – 10/97
Expert Witness – 2/97
High-Tech Appraisal Office – 2/97
Appraising High Value & Historic Homes – 3/97
Economic Factors in RE Appraisal – 3/97
Data Collection, Analysis & Rep. – 10/97
Loss Prevention – 11/97
Condemnation Case Studies – 2/98
Zoning Ordinances – 3/98
Issues – Appraising Lodging Properties – 9/99
Local Economic – 5/01
Real Estate Disclosure – 11/01

Instructor - University of Rhode Island, Extension Division
"Introduction to Real Estate Appraisal"
"Fundamentals of Real Estate"
"Income Property Appraisal"
Guest Lecturer, Johnson & Wales College,
"Fundamentals of Real Estate"

Qualified as an Expert Witness in the following Cities and/or Towns, Zoning Board of Review:
Barrington, Bristol, Burrillville, Central Falls, Coventry, Cranston, Cumberland, East Greenwich, East Providence, Exeter, Foster, Glocester, Jamestown, Johnston, Lincoln, Middletown, Narragansett, Newport, New Shoreham, North Kingstown, North Providence, Pawtucket, Portsmouth, Providence, Richmond, Smithfield, South Kingstown, Tiverton, Warren, Warwick, West Warwick, Seekonk, MA.

Town of Barrington, Tax Review Board
Town of Bristol, Tax Review Board
City of Cranston, Tax Review Board
Town of Cumberland, Town Council
Town of Johnston, Tax Review Board
Town of Lincoln, Town Council
Town of Narragansett, Tax Review Board
Town of North Kingstown, Tax Review Board
Town of North Kingstown, Town Council
Town of North Providence, Town Council
City of Pawtucket, Tax Review Board
City of Providence, Tax Review Board
Town of South Kingstown, Tax Review Board
City of Warwick, Tax Review Board
Town of West Greenwich, Tax Review Board
Town of West Warwick, Tax Review Board

Qualified as a Real Estate Expert to Testify:
Family Court, District Court, Superior Court - State of Rhode Island; United States Bankruptcy Court; U.S. District Court

PETER M. SCOTTI & ASSOCIATES • REAL ESTATE

Appraisals for:

- Fleet National Bank
- Citizens Trust Company
- First Bank & Trust Company
- Bank Rhode Island
- Home Loan & Investment Co.
- First International Bank of New England
- First Bank & Trust Company
- Compass Bank, Massachusetts
- Westminster Development Bank
- Union Bank
- Greenwood Credit Union
- Coastway Credit Union
- Merrill-Lynch Relocation
- EXXON
- Texaco Corporation
- Merritt Oil Co.
- Blue Cross/Blue Shield
- Metropolitan Insurance Corporation
- Puritan Life Insurance Company
- City of Providence
- City of Woonsocket
- City of Pawtucket
- Town of North Kingston
- Town of Middletown
- Town of Richmond
- Town of Somerset
- Town of Portsmouth
- Town of Lincoln
- Coastal Resource Management Council/State of Rhode Island
- Department of Environmental Management/State of Rhode Island
- Department of Transportation/State of Rhode Island
- Department of Administration / State of Rhode Island
- State of Rhode Island Port Authority
- United States Department of Justice
- United States GSA/U.S. Small Business Administration
- Rhode Island Housing Mortgage Finance Corporation
- Bristol County Water Authority
- Providence Water Supply Board
- Edwards & Angell
- Winograd, Shine & Zacks
- Blais, Cunningham, Crowe, Chester
- Lynch & Greenfield
- Carroll, Kelly & Murphy
- Boyajian, Harrington & Richardson
- Hinckley, Allen, Snyder & Comen
- Adler Pollack & Sheehan
- Vetter & White

# NOTICE OF MORTGAGEE'S SALE

**The Reserve at Brushy Brook**
**Dye Hill Road and 130 Dye Hill Road**
**Tax Assessor's Plat 32, Lots 68, 69, 70 & 71**
**Town of Hopkinton, County of Washington, Rhode Island**

WILL BE SOLD AT PUBLIC AUCTION at the office of MacAdams Wieck DeLuca & Gemma Incorporated, 101 Dyer Street, Suite 400, Providence, Rhode Island 02903 on __________, 2008 [date of sale] at 10:00 a.m., local time, by virtue of the power of sale contained in that certain Mortgage And Security Agreement from Boulder Brook Development, LLC, a Rhode Island limited liability company, dated August 15, 2005 ("Mortgage"), and recorded in the Records of Land Evidence in the Town of Hopkinton, County of Washington, State of Rhode Island, in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, et seq., the conditions of said Mortgage having been broken.

> Those certain lots or parcels of land with all buildings and improvements thereon, more particularly described in the Records of Land Evidence of said Town of Hopkinton in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, et seq.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions of record, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of $150,000 in cash, certified funds or bank check at time and place of sale and such other terms as are announced at the sale.

By order of the Mortgagee, which hereby gives notice of its intention to bid at said sale or at any adjournment or postponement thereof.

MacADAMS WIECK DeLUCA & GEMMA INC.
Attorneys for the Mortgagee
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

The Providence Journal and The Westerly Sun Ads: ____________________
[Legal notice ads will be published four times; the first publication of the notice shall be at least 21 days before the date of sale.]

TERMS OF SALE

All of the right, title and interest of the mortgagor, Boulder Brook Development, LLC, a Rhode Island limited liability company ("Mortgagor"), conveyed by that certain Mortgage and Security Agreement executed by the Mortgagor in favor of LR6-A Limited Partnership, a Massachusetts limited partnership, on August 15, 2005, and assigned to LR6-A, LLC, a Massachusetts limited liability company, ("Mortgagee") on September 14, 2005 ("Mortgage"), in the property advertised for sale and described in the notice of sale attached hereto as Exhibit A ("Property"), will be sold subject to prior mortgages and other encumbrances of record, if any, and further subject to unpaid local, federal and state taxes, water rates, condominium assessments, sewer assessments, fire district assessments, and any other assessments, if any, which may constitute a prior lien thereon, and subject to restrictions, if any.

Mortgagee reserves the right to adjourn the sale and/or to reject any and all bids.

Upon acceptance of a bid, payment will be required as follows: One Hundred Fifty Thousand Dollars ($150,000.00) to be paid in cash or certified funds at the time of sale, and the balance to be paid in like manner on or before twelve o'clock noon, ____________________ [thirty (30) days after date of sale], at the offices of MacAdams Wieck DeLuca & Gemma Incorporated, 101 Dyer Street, Providence, Rhode Island 02903. **TIME IS OF THE ESSENCE**. The successful bidder will be responsible to pay all transfer fees and/or stamps required for the conveyance, and will also be responsible to pay the Rhode Island State duty on auction sales associated with the sale. A mortgagee's deed in the usual form will be delivered on receipt of the purchase price in full. The successful bidder will be required to sign an agreement encompassing these terms of sale. If the payment required at the time of sale is not made or the required agreement is not signed, the auctioneer may, in his discretion, immediately resell the Property to the highest bidder who complies with these terms of sale, but such resale shall not release the defaulting purchaser from an action for breach of contract.

If the purchaser fails to comply with the remaining terms of sale, or any of them, including without limitation payment of the balance of the purchase price as aforesaid, Mortgagee shall be at liberty to (1) resell the Property under the powers of sale contained in the Mortgage, or (2) declare a sale to the next successive highest bidder at this sale who is willing to comply with these terms of sale, in either case without notice to the defaulting purchaser and without previously tendering to the said defaulting purchaser a conveyance or taking any action not required by the powers of sale contained in the Mortgage. Such sale or resale, however, shall not release the defaulting purchaser from liability for damages for breach of contract including, without limitation, the costs and attorneys' fees incurred by Mortgagee as a result of such default. In the case of such default, Mortgagee, whether or not the Property is resold by it, shall also have the right to retain such deposit either (a) as liquidated damages, or (b) as security for the payment

by the defaulting purchaser of the damages to which Mortgagee may be entitled on account of the purchaser's default, as Mortgagee may elect.

The Property is sold "as is" at the time of sale and no responsibility is assumed by Mortgagee or the auctioneer for the condition thereof. After the sale the Property shall be at the risk of the purchaser thereof, and neither Mortgagee nor the auctioneer assume any responsibility for the condition thereof or for any loss by fire or other casualty.

Purchaser agrees solely to be liable and to indemnify Mortgagee for any costs associated with the removal of any and all substances required by law to be removed from the Property including, without limitation, the removal of hazardous substances.

The auctioneer may at any time during the bidding require any bidder to identify himself and to demonstrate his ability to comply with these terms of sale.

HOPKINTON, RI

______________________________
AUCTIONEER

______________________________[Date of Sale]

By:______________________________

# AGREEMENT

**The Reserve at Brushy Brook**
**Dye Hill Road and 130 Dye Hill Road**
**Tax Assessor's Plat 32, Lots 68, 69, 70 & 71**
**Town of Hopkinton, County of Washington, Rhode Island**

________________[Date of Sale]

In consideration of the acceptance of the undersigned's bid by __________________ ______________________________ [Auctioneer], the undersigned hereby agrees to pay the sum of __________________ ($______) Dollars for the Property described in the attached Notice of Sale purchased by the undersigned this ______ day of ________________ [date of sale] at public auction. A deposit of One Hundred Fifty Thousand ($150,000) Dollars for the Property has been paid this day, and the undersigned agrees to pay the balance of the total purchase price for the Property in cash or certified check upon delivery of a mortgagee's deed in the usual form to the undersigned. The undersigned further agrees to be bound by the attached Terms of Sale.

The following notices are provided in accordance with Rhode Island law:

(1) Buyers of real estate in the State of Rhode Island are legally obligated to comply with all local real estate ordinances; including but not limited to ordinances on the number of unrelated persons who may legally reside in a dwelling, as well as ordinances on the number of dwelling units permitted under the local zoning ordinances.

(2) Radon has been determined to exist in the State of Rhode Island. Testing for the presence of radon in residential real estate prior to purchase is advisable.

(3) All or part of the property may have been previously determined by the Rhode Island Department of Environmental Management to be a coastal wetland, bay, fresh water wetland, pond, marsh, river bank, or swamp, as these terms are defined in Chapter 1 of Title 2 of the Rhode Island General Laws.

In the presence of:

______________________ Signed:________________________

Name:________________________
(Please Print)

Address:______________________
______________________

Telephone No.:__________________

MORTGAGEE'S FORECLOSURE SALE BY

**PUBLIC AUCTION**

HOPKINTON, RI. UNIMPROVED LOTS CONTAINING 358± ACRES. TAX ASSESSOR'S PLAT 32, LOTS 68, 69, 70 & 71. PARCELS LOCATED AT DYE HILL ROAD AND 130 DYE HILL ROAD.

Sketch/Map Inserted Here

TO BE SOLD ON: _______________, 2008 AT 10:00 A.M. AT THE OFFICES OF THE ATTORNEYS FOR THE PRESENT HOLDER OF THE MORTGAGE.

MORTGAGE RECORDED IN THE TOWN OF HOPKINTON, STATE OF RHODE ISLAND IN BOOK 425, PAGE 405.

TERMS OF SALE: DEPOSIT OF ONE HUNDRED FIFTY THOUSAND ($150,000.00) DOLLARS IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE. OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.

**MacADAMS WIECK DeLUCA & GEMMA, INC.**
**ATTORNEYS FOR THE PRESENT HOLDER OF THE MORTGAGE**
**101 DYER STREET, SUITE 400, PROVIDENCE, RI**
INSPECTION BY APPOINTMENT
CONTACT AUCTIONEERS

SALE CONDUCTED BY, AND FOR FURTHER INFORMATION CONTACT:

Auctioneer Information Inserted here

PROPERTY INFORMATION

ATTACHED IS A REDACTED APPRAISAL OF THE PROPERTY. THE MARKET VALUE INFORMATION AND THE VALUATION ANALYSIS HAVE BEEN REMOVED.

THE AUCTIONEER, APPRAISER, AND MORTGAGEE, INCLUDING ALL OF THEIR EMPLOYEES, REPRESENTATIVES, AND AGENTS, MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE TRUTHFULNESS AND/OR ACCURACY OF THE INFORMATION CONTAINED IN THIS APPRAISAL REPORT.

IN SUBMITTING AN OFFER, YOU ACKNOWLEDGE THAT YOU HAVE EXERCISED YOUR OWN INDEPENDENT JUDGMENT, AND (EITHER ALONE OR WITH YOUR ATTORNEYS, ACCOUNTANTS AND ADVISORS) POSSESS THE REQUISITE BUSINESS AND INVESTMENT KNOWLEDGE AND EXPERIENCE TO EVALUATE THE POTENTIAL RISKS AND MERITS OF THE PURCHASE, AND THAT THE PROPERTY IS SOLD "AS IS" AT THE TIME OF THE SALE AND NO RESPONSIBILITY IS ASSUMED BY THE MORTGAGEE, AUCTIONEER, OR APPRAISER.

Residential
PROPERTIES
LTD

INSIGHT *you can* TRUST

50 S. County Commons Way
Wakefield, RI 02879

401.788.9300 *office*
401.788.9399 *fax*

residentialproperties.com

October 4, 2004

To: Riverstone Realty Advisors LLC

RE: The Reserve at Brushy Brook
0 Dye Hill Road
Hopkinton, RI

Dear Peter,

Within 1 week of putting 39 of the 66 single family house lots I have 22 reservations totaling $3,154,992. with an average sales price of $143,408. per lot.

The current market is very strong for new construction, and where the approvals are already in place for The Reserve at Brushy Brook it becomes even more attractive to perspective buyers because there is no moratorium in affect. Our buyers for the lots are mostly builders but we do have a couple of individuals interested.

The area is in need of both condominiums and single family homes. The average sales price of condos in RI that have sold this year over 300k is $450,605 and 246 units have closed. Single family homes are now selling in the area for approx. 450-500k on the average. There is currently one development very close by that is selling in the high 400's and another development that has just started clearing for the road.

I am in the process of showing the property to developers who may be want to develop the condo pods. Interest is high in the condos. The proximity to rt. 95 (3.2 miles) is a key factor to this projects instant success.

If you have any further questions please don't hesitate to call!

Sincerely,

*Cheryl L. Eley*

Cheryl L. Eley
Broker/Manager

CC: James Ottenbacher

ADDENDUM TO AUGUST 5, 2004 AGREEMENT
BETWEEN RESIDENTIAL PROPERTIES, LTD ("Broker") AND
BRUSHY BROOK DEVELOPMENT COMPANY, LLC. ("Seller")

The Broker and Seller agree to amend the August 5, 2004 "***Exclusive Right to Sell Listing Agreement***" as follows:

1. Item 5 of the Agreement, "**COMPENSATION TO BROKER**": As compensation for services, Seller agrees to pay to Broker, irrespective of agency relationship(s) Four and One-Half Percent (4.5%) of the selling price of the ten (10) lots covered by this agreement. This commission will be due and payable upon closing of the sale of each lot.

2. Item 12 of the Agreement, "**ADDITIONAL PROVISIONS**": The listing agreement for the ten lots is extended to October 31, 2004, without prejudice to future extensions of this or any other listing agreements that now or may come to exist between the parties. The Seller and Buyer agree to discuss a further ***Exclusive Right to Sell Listing Agreement*** regarding a certain 29 additional lots to be listed for sale, as soon as is practical, including sales targets and incentives suitable to both parties.

Seller's Name Brushy Brook Development Company, LLC

[signature] 9-15-04
(Seller's Signature) (Date)

Authorized Representative [signature] (date) 9/17/04

Brokerage Firm RESIDENTIAL PROPERTIES LTD.

# EXCLUSIVE RIGHT TO SELL LISTING AGREEMENT

THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT – READ IT CAREFULLY

1. **BROKERAGE FIRM:** Cheryl Eley of Residential Properties, Ltd., License #B15408 ("Broker").

2. **EXCLUSIVE RIGHT TO SELL:** In consideration of Broker's efforts to procure a purchaser of subject real estate, Brushy Brook Development Company, LLC, by the undersigned ("Seller") hereby employ and grant above-mentioned Brokerage Firm (Broker) the exclusive right, revocable only with the Broker's consent, commencing on August 5, 2004, and expiring at 11:59 PM on October 5, 2004, to sell or exchange ten house lots located at The Reserve at Brushy Brook, a P.U.D. located in the Town of Hopkinton, in the State of Rhode Island, as modified by Paragraph 12 of this Agreement.

3. **TERMS OF SALE:** The list price shall be as indicated on Exhibit A, attached hereto, or any other price which the Seller(s) may agree to accept.

4. **OFFER:** Pursuant to Rhode Island General Laws Section 5-20.5-14(34), Seller acknowledges that Broker is only required to transmit written offers, and that Broker shall not be obligated to transmit any offer that is received after a sales agreement has been fully executed for the particular lot in question.

5. **COMPENSATION TO BROKER:** As compensation for services, Seller agrees to pay to Broker, irrespective of agency relationship(s), One Dollar ($1.00) and other good and valuable consideration for the first ten (10) lots for which Seller accepts a letter of intent or enters a purchase and sale agreement.

6. **AGENCY RELATIONSHIPS:** While Broker shall generally act as the agent for Seller, it may be necessary or appropriate for Broker to act as agent of both Seller and Buyer, exchange party, or one or more additional parties. Broker shall provide agency relationships disclosure as required by law. Seller understands that Broker may have or obtain listings on other properties and that potential buyers may consider, make offers on, or purchase other property through use of Broker's services. Seller consents to Broker's representation of sellers and buyers of other properties before, during, and after the expiration of this Agreement.

   **(a) POSSIBLE DUAL AGENCY: In the event that Broker is the Listing Agent (Agency) for any real property subject to this Agreement, Broker must legally act as the agent of both the Seller and the Buyer, but only with the knowledge and written consent of both the Seller and the Buyer AT THE TIME the potential dual agency situation arises.**

   **(b) DISCLOSED DUAL AGENCY: At the time the dual agency arises, Buyer, Seller and said Broker collectively and voluntarily must give written consent to Disclosed Dual Agency. Said Broker would then facilitate the transaction, but not reveal any confidential information regarding offers/counteroffers, motivation and/or negotiating strategy of either the Seller or Buyer.**

7. **DEPOSITS:** All deposits and any additional deposit made hereunder (collectively, "Deposits") shall be held in an escrow account by the Listing Broker (as required by Rhode Island General Laws Section 5-20.5-14(5)), unless mutually agreed otherwise. Except as otherwise provided herein, the Deposits shall be duly accounted for at the time of delivery of the deed and applied to the Purchase Price.

8. **DEPOSIT DISPUTES:** In the event of a dispute between the Seller and the Buyer and/or the Listing Broker as to any provisions of this Agreement or the performance thereof, the Listing Broker may retain all Deposits hereunder in said escrow account until the dispute is resolved by the parties, by court judgment or binding settlement, or may place the Deposits hereunder with a court of competent jurisdiction, or may

BBDC
Seller's Initials

August 5, 2004
Date

release the Deposits as permitted by the laws and/or rules and regulations of the State of Rhode Island; provided, however, that if the allocation of the Deposits remains in dispute 180 days from the date of the original deposit, the Brokerage Firm shall transfer the Deposits to the General Treasurer pursuant to Rule 7 of Commercial Licensing Regulation 11. **In the event that the Seller's Broker is made a party to the lawsuit by virtue of acting as escrow agent, the Seller's Broker shall be entitled to recover reasonable attorney's fees and costs, which fees and costs may be deducted from escrowed funds, if the Seller is the prevailing party.**

9. **DISCLOSURE:** Unless exempt, Seller shall complete and sign a RI Real Estate Disclosure Form concerning the condition of the Property. Seller agrees to save and hold Broker harmless from all claims, disputes, litigation, and/or judgments arising from any incorrect information supplied by Seller, or from any material facts which Seller knows but fails to disclose.

10. **NON-RESIDENT WITHHOLDING TAX:** If Seller is a non-resident of the State of Rhode Island, and/or will not be a resident at the time of closing, 6% (9% if corporation) of net proceeds to the Seller will be held in accordance with RIGL 44-30-71.3.

11. **EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

12. **ADDITIONAL PROVISIONS:** This listing agreement shall expire upon the sooner of (a) October 1, 2004, or (b) ten house lots coming under contract for sale or subject to letters of intent to purchase accepted by Seller. It is the intent, without creating any legal obligation, for the parties to enter into a subsequent Exclusive Right to Sell Listing Agreement with compensation to broker at market rate if broker's performance under this agreement warrants an additional contract, as Seller in its discretion may determine.

13. **SELLER'S RESPONSIBILITY:** The duties of Broker and any associated salespersons of Broker contained herein do not relieve Seller from the responsibility of protecting Seller's own interests. Seller should carefully read all documents to assure that they adequately express Seller's understanding. Further, Seller specifically agrees to fully indemnify Listing Broker and/or all other real estate licensees from any and all tort actions (such as, "slip and fall" accidents, or theft or property damage caused by third parties), including any associated legal expenses to include the attorney's fee, which relate to showing of the Seller's property in the licensee's efforts to procure a purchaser for said listed property and which arise from other than negligence and/or recklessness relating to a licensee's words and/or conduct.

14. **ENTIRE AGREEMENT:** We, the parties hereto, each declare that this instrument contains the entire agreement between us, subject to no understandings, conditions, or representations other than those expressly stated herein. This agreement may not be changed, modified, or amended in whole or in part except in writing, signed by all parties. WITNESS the signatures of the above parties on the date(s) set forth below.

15. CAPTIONS: The captions in this contract are for convenience of reference only.

___________I, the Seller, certify that the listing agent has explained the following services available to me and I authorize by circling Yes or No.
(Seller's Initials)

Photo Y/N Lockbox Y/N Internet Y/N Internet Data Exchange Y/N

I, on behalf of the Seller, warrant that Brushy Brook Development Company, LLC, is the owner of the Property or have the authority to execute this contract. I acknowledged that I have read and understand this Agreement, and have received a copy.

Seller's Name(s) Brushy Brook Development Co, LLC (Print)

[signature] 8/5/04
(Seller's Signature) (Date)

____________________
(Seller's Signature) (Date)

____________________
(Seller's Address, if different from Listing Address)

[signature] 8/5/04
Authorized Representative (Date)

Accepted for: RESIDENTIAL PROPERTIES LTD.
Brokerage Firm

50 S. COUNTY COMMONS WAY E-1
Office Address

WAKEFIELD, RI 02879
Town/City

EXHIBIT A

Brushy Brook Development

# Home Sites - Lots for Sale



Brushy Brook Development
Company, LLC
Phone (740) 852-7344

**Home Sites > Lots by Lot Number**

You are viewing only the lots currently available at *The Reserve at Brushy Brook*. Click on an to see specific details and the related plan view. Click here to view all lots and prices. Click he lots by price in descending order.

| Lot No. | Lot Size | Lot Type | Price | Status |
|---|---|---|---|---|
| Lot 18 | 43,124 ft² | Golf Frontage | $187,264 | Available |
| Lot 21 | 43,560 ft² | Golf Frontage | $195,008 | Available |
| Lot 22 | 47,045 ft² | Golf Frontage | $187,264 | Available |
| Lot 23 | 41,382 ft² | Golf Frontage | $195,008 | Available |
| Lot 24 | 42,689 ft² | Golf Frontage | $195,008 | Available |
| Lot 25 | 40,075 ft² | Golf Frontage | $195,008 | Available |
| Lot 26 | 43,124 ft² | Golf Frontage | $195,008 | Available |
| Lot 27 | 40,075 ft² | Golf Frontage | $195,008 | Available |
| Lot 28 | 40,075 ft² | Golf Frontage | $195,008 | Available |
| Lot 29 | 40,075 ft² | Golf Frontage | $195,008 | Available |
| Lot 30 | 40,946 ft² | Golf Frontage | $191,136 | Available |
| Lot 31 | 43,560 ft² | Golf Frontage | $191,136 | Available |
| Lot 32 | 44,431 ft² | Golf Frontage | $191,136 | Available |
| Lot 33 | 46,609 ft² | Golf Frontage | $191,136 | Available |
| Lot 34 | 46,609 ft² | Other | $165,000 | Available |
| Lot 35 | 44,867 ft² | Other | $165,000 | Available |
| Lot 36 | 58,806 ft² | Other | $165,000 | Available |
| Lot 37 | 61,855 ft² | Other | $165,000 | Available |
| Lot 38 | 70,132 ft² | Other | $166,936 | Available |
| Lot 42 | 48,352 ft² | Other | $165,000 | Available |
| Lot 44 | 50,965 ft² | Nature Reserve | $165,000 | Available |
| Lot 45 | 42,253 ft² | Golf View | $180,488 | Available |
| Lot 46 | 43,996 ft² | Golf View | $172,744 | Available |
| Lot 47 | 43,996 ft² | Golf View | $172,744 | Available |
| Lot 48 | 44,431 ft² | Golf View | $180,488 | Available |
| Lot 49 | 44,431 ft² | Golf View | $180,488 | Available |
| Lot 50 | 44,431 ft² | Golf View | $190,168 | Available |
| Lot 51 | 43,996 ft² | Golf View | $190,168 | Available |
| Lot 52 | 43,560 ft² | Golf View | $190,168 | Available |
| Lot 53 | 43,560 ft² | Nature Reserve | $173,712 | Available |
| Lot 54 | 44,431 ft² | Nature Reserve | $173,712 | Available |
| Lot 55 | 50,530 ft² | Nature Reserve | $173,712 | Available |
| Lot 56 | 55,757 ft² | Nature Reserve | $173,712 | Available |
| Lot 57 | 47,916 ft² | Nature Reserve | $173,712 | Available |
| Lot 58 | 40,946 ft² | Nature Reserve | $165,968 | Available |
| Lot 59 | 45,738 ft² | Nature Reserve | $165,968 | Available |
| Lot 60 | 65,340 ft² | Nature Reserve | $165,968 | Available |
| Lot 61 | 43,996 ft² | Nature Reserve | $173,712 | Available |

| | | | | |
|---|---|---|---|---|
| Lot 64 | 78,408 ft² | Nature Reserve | $173,712 | Available |

- View Lots on Map
- View Lot Price Lists
- Deed and Deed Restriction Covenants at *The Reserve at Brushy Brook*
- Proposed Real Estate Purchase Sales Agreement
- Procedure to Schedule a Field Visit at *The Reserve at Brushy Brook*
- Procedure to Submit Offer to Pu
- What Happens after the Closing?
- Liability Waiver for Site Visit
- Offer to Purchase Form
- Purchase and Sales Agreement
- Adobe Acobat Reader

# OFFER TO PURCHASE REAL ESTATE

Received of ____________________________________________
(Purchaser's Name)

____________________________________________
(Purchaser's Address)

A deposit of $______________________ CHECK Number__________
CASH______________

For the purchase of property at 130 Dye Hill Road, Hopkinton, RI, building lot number(s): ______________________________
For the sum of: ______________________________

An additional deposit of $______________________ to be paid at the time of signing of the Land Purchase and Sale Agreement attached hereto as Exhibit "A", such that the total deposit will equal 5% of the purchase price.

Offer subject to the following terms and conditions:

1. Good or sufficient marketable title to be delivered on the closing date as defined in the Land Purchase and Sale Agreement.
2. Real Estate taxes, rents, fuels, water charges, sewerage charges, association fees and condominium assessments shall be apportioned as of the date of the delivery of the deed.
3. The provisions of Exhibit "B" attached hereto are made a part of this offer.
4. It is understood by all parties that the deposit will be held in the Listing Broker's escrow account.
5. Such other terms and conditions consistent with the P.U.D as the Seller may reasonably require.
6. Additional Terms and Conditions:
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

This deposit is accepted subject to the approval of the Seller. Deposit to be returned if this offer is not accepted.

I (We) hereby agree to purchase the above described property at the price and in accordance with the terms herein stated.

______________________________ ____________________________________

Buyer Date Buyer Date

The undersigned Seller hereby agrees to sell the above mentioned property at the price and terms above stipulated, subject to the execution of the Land Purchase and Sale Agreement attached hereto.

Brushy Brook Development Company, LLC

By:________________________________ Date_________________________

# "Exhibit B"

1. Both parties to this agreement acknowledge that the lot reservation that is the subject of this agreement is a commitment on both parties to enter into a standard "Land Purchase and Sale Agreement" once the road construction at *The Reserve at Brushy Brook* begins in the vicinity of the lot (or lots) covered by this agreement.
2. The Seller will notify the Buyer within 48 hours of commencing road construction in the vicinity of the subject lot. Within ten days of the commencement of road construction, the Buyer and Seller shall execute a Land Purchase and Sale Agreement, the form of which is attached hereto as Exhibit "A", which will contain all of the terms and conditions of the sale. The Buyer acknowledges that the deposit required for the Land Purchase and Sale agreement will be a minimum of five percent (5%) of the purchase price of the lot.
3. If the agreement is not executed within the time period described in #2 above, all obligations of the parties hereto shall cease.
4. For whatever reason, if road construction does not commence by March 15, 2005, the Buyer will be entitled to a full refund of the reservation deposit, without obligation or penalty to either party.
5. The Buyer acknowledges receipt of a copy of the Covenants, Restrictions, Conditions and Assessment Lien, and acknowledges that this document will be a part of the Land Purchase and Sale Agreement, as set forth in Exhibit "A", and acknowledges that these Covenants, Restrictions, Conditions and Assessments will run with the land, and bind all future Owners to these terms.
6. The Seller agrees to allow the Buyer to represent the lot (or lots) reserved by this agreement "for sale" by the Buyer to prospective retail buyers. The Buyer must register his/her/its intent to resell the lot with the Seller, and indicate the person/agency/responsible party for bringing retail buyers to the project.
7. In the event that the Buyer elects to make such public representation, the Buyer shall hold the Seller harmless for any acts or omissions of the Seller.
8. The Buyer will have the right to place one sign (not larger than 3' x 5') indicating that a custom home will be for sale on a subject lot.
9. If the Buyer or Buyers agents are irresponsible, create disruption and discord, or create any conditions that detrimental to the project, the Sellers reserve the right to revoke this privilege prior to the execution of the Land Purchase and Sale Agreement.

10. Once a purchase and sale agreement is executed after road construction begins, the Seller will maintain a fiduciary responsibility to complete the road on a timely basis so that the Buyer may transfer title to a retail buyer on a timely basis.
11. UNDER NO CONDITION CAN THE BUYER CUT DOWN ANY TREES, CLEAR ANY LAND, OR ALTER THE LANDSCAPE OF THE SUBJECT LOT ***IN ANY WAY*** PRIOR TO SALE, ***AND*** PRIOR TO RECEIVING APPROVAL OF THE BOARD OF ARCHITECTURAL REVIEW AND RECEIPT OF A BUILDING PERMIT FROM THE TOWN OF HOPKINTON.
12. Such other terms and conditions consistent with the P.U.D. as the Seller may reasonably require.

Buyer Date

Buyer Date

Seller Date

Brushybrook Development
Pre-Construction Sales

| | Lot # | Price |
|---|---|---|
| 1 | 50 | $162,250 |
| 2 | 44 | $140,000 |
| 3 | 59 | $141,000 |
| 4 | 34 | $140,000 |
| 5 | 42 | |
| 6 | 46 | |
| 7 | 47 | |
| 8 | 48 | |
| 9 | 49 | |
| 10 | 61 | |
| 11 | 64 | |
| 12 | 45 | |
| 13 | 22 | |
| 14 | 53 | |
| 15 | 54 | |
| 16 | 55 | $1,717,742 |
| 17 | 36 | |
| 18 | 37 | |
| 19 | 56 | |
| 20 | 57 | |
| 21 | 58 | $710,750 |
| 22 | 35 | $140,000 |
| 23 | 51 | $165,250 |
| 24 | 30 | |
| 25 | 31 | |
| 26 | 32 | |
| 27 | 33 | $816,050 |
| 28 | 18 | |
| 29 | 23 | |
| 30 | 24 | |
| 31 | 25 | $657,875 |
| Total Sales | | $4,790,917 |
| Average Sale | | $154,546 |

| | |
|---|---|
| Steere | Lot 50 |
| Thomas | Lots 42, 46, 47,,48, 49, 61, 64, 45, 22, 53, 54, 55 |
| Yates | Lots 38, 60, 44, 59 |
| Quality First Construction | Lots 18, 23, 24, 25 |
| K Q Construction | Lots 30, 31, 32, 33 |
| Rossini & Smith | Lots 26, 27, 28, 29, 52 |
| Windswept Properties | Lots 36, 37, 56, 57, 58 |
| David Tramontano | Lots 35, 51 |
| Laser Excavating | Lot 34 |