## Active/Off Market

Criteria: (MAJOR_STATUS=S) AND (PROPERTY_TYPE=CND) AND (MUNICIPALITY=WARW,EGRN,NKNG,CRAN,JOHN,PROV) AND (SEARCH_PR=300+) AND (CLOSED_DATE=01/01/04+) ORDERED BY NUM_TYP_SORT,MC,OUT_SORT,AR,SEARCH_PR

**Residential Condominium Off Market Listings**

| S | MLS # | Area | Unit | Complex Name | Type | BR | Bth | Off Mkt | List Ofc | $ Price |
|---|---|---|---|---|---|---|---|---|---|---|
| SS | 319164 * | PROV | J2 | CHESTNUT ST CONDOS | 1LVL | 1 | 1.0 | 12/24/03 | STLE | $300,000 |
| SS | 300471 * | PROV | 203 | SHIP STREET LOFTS | 1LVL, 2FAC* | 1 | 1.0 | 01/08/04 | RESI | $320,000 |
| SS | 437197 * | PROV | 302 | 755 LOFT ASSOC. | 1LVL, 3+FA* | 2 | 1.0 | 05/22/04 | RESI | $330,000 |
| SS | 300470 * | PROV | 202 | SHIP STREET LOFTS | 1LVL, 2FAC* | 1 | 1.1 | 02/18/04 | RESI | $338,541 |
| SS | 437460 * | PROV | 3D | IMPERIAL PLACE | 1LVL | 2 | 1.0 | 07/06/04 | CE2111 | $360,000 |
| SS | 306916 * | PROV | 205 | MONOHASSET MILLS | 1LVL | 1 | 1.0 | 12/03/03 | COLE | $369,875 |
| SS | 300450 * | PROV | 201 | SHIP STREET LOFTS | 1LVL, 2FAC | 2 | 2.0 | 04/29/04 | RESI | $444,750 |
| SS | 217364 * | PROV | 2B | COSMOPOLITAN | 1LVL | 2 | 2.0 | 06/07/03 | SHMT | $499,999 |
| SS | 300473 * | PROV | 302 | SHIP STREET LOFTS | 1LVL, 3+FA* | 1 | 1.1 | 02/09/04 | RESI | $634,880 |
| SS | 430506 * | PROV | 3A | COSMOPOLITAN | 1LVL | 2 | 2.0 | 02/03/04 | SHMT | $740,000 |
| SS | 430382 * | PROV | 4A | COSMOPOLITAN | 1LVL | 2 | 2.0 | 01/12/04 | SHMT | $768,345 |
| SS | 442191 * | CRAN | 301 | DEAN RIDGE CONDOS | 1LVL | 2 | 2.1 | 08/04/04 | GAMM | $360,000 |
| SS | 441846 * | CRAN | 102 | DEAN RIDGE | TNHS | 3 | 2.2 | 09/29/04 | IBNO10 | $375,000 |
| SS | 433275 * | CRAN | 165 | VICTORIA ARNOLD CONDO | TNHS, 1FAC | 4 | 2.1 | 04/02/04 | RESI | $380,000 |
| SS | 437585 * | CRAN | 106 | ADMIRAL HOUSE | TNHS, PRIV | 3 | 2.1 | 05/17/04 | BASR | $388,000 |
| SS | 436252 * | CRAN | 93 | NEWBURY VILLAGE | TNHS | 2 | 2.1 | 05/31/04 | CBRB18 | $399,000 |
| SS | 445031 + | CRAN | #1 | 55 FORT AVE | TNHS | 2 | 2.1 | 08/15/04 | GAMM | $405,000 |
| SS | 442400 + | WARW | 8 | SEAWATCH CONDOMINIUMS | 1LVL | 2 | 2.0 | 09/16/04 | IBNO09 | $333,000 |
| SS | 440878 | WARW | 80 | SPENCER HILL CONDOS | 1LVL, 1FAC | 2 | 2.0 | 06/11/04 | IBNO33 | $335,000 |
| SS | 318511 * | WARW | 4 | LIGHTHOUSE CONDO | TNHS | 2 | 2.0 | 11/24/03 | COLE04 | $349,000 |
| SS | 318779 * | WARW | 1 | COBBLESTONE VILLIAGE | 1LVL | 2 | 2.0 | 12/24/03 | RESI03 | $350,000 |
| SS | 318379 * | WARW | 32 | QUAIL RIDGE | 1LVL, 1FAC* | 2 | 2.0 | 04/05/04 | RMAX04 | $360,000 |
| SS | 318381 * | WARW | 18 | QUAIL RIDGE | 1LVL, 1FAC* | 2 | 2.0 | 06/24/04 | RMAX04 | $360,000 |
| SS | 318382 * | WARW | 38 | QUAIL RIDGE | 1LVL, 1FAC* | 2 | 2.0 | 03/29/04 | RMAX04 | $360,000 |
| SS | 448425 | WARW | 34 | QUAIL RIDGE LANE | 1LVL | 2 | 2.0 | 09/21/04 | RMAX04 | $360,000 |
| SS | 448427 | WARW | 28 | QUAIL RIDGE LANE | 1LVL | 2 | 2.0 | 09/20/04 | RMAX04 | $360,000 |
| SS | 448428 | WARW | 20 | QUAIL RIDGE LANE | 1LVL | 2 | 2.0 | 09/21/04 | RMAX04 | $360,000 |
| SS | 448429 | WARW | 26 | QUAIL RIDGE LANE | 1LVL | 2 | 2.0 | 09/22/04 | RMAX04 | $370,000 |
| SS | 438843 * | WARW | 12 | QUAIL RIDGE | 1LVL | 3 | 3.0 | 06/24/04 | RMAX04 | $410,000 |
| SS | 448431 | WARW | 14 | QUAIL RIDGE LANE | 1LVL | 2 | 2.0 | 09/20/04 | RMAX04 | $412,000 |
| SS | 430682 + | WARW | 4 | ANGLESEA | TNHS, 1FAC | 3 | 2.1 | 03/23/04 | RESI03 | $420,000 |
| SS | 435582 + | WARW | 3 | ANGLESEA | TNHS, PRIV | 3 | 3.1 | 09/10/04 | RESI03 | $450,000 |
| SS | 312873 * | WARW | 10 | ANGLESEA | TNHS, PRIV | 3 | 3.1 | 02/12/04 | RESI03 | $454,900 |
| SS | 437657 * | WARW | 101 | ANGLESEA | TNHS | 4 | 4.0 | 05/20/04 | COLE04 | $490,000 |
| SS | 442493 + | EGRN | 3 | BRIDGE STREET CROSSING | TNHS | 3 | 2.1 | 10/21/04 | GAMM | $305,000 |
| SS | 318175 * | EGRN | 109 | PINE GLEN | 1LVL | 2 | 2.0 | 11/14/03 | RMAX02 | $310,000 |
| SS | 440086 + | EGRN | 3 | PINE GLEN CONDOMINIUMS | 1LVL | 2 | 2.0 | 07/16/04 | PINE | $335,000 |
| SS | 442561 * | EGRN | 04 | BRIDGE STREET CROSSING | TNHS | 3 | 2.1 | 10/04/04 | RESI03 | $359,900 |
| SS | 439739 + | EGRN | D6 | PINE GLEN | 1LVL, 1FAC | 2 | 2.0 | 07/16/04 | IBNO06 | $370,000 |
| SS | 440283 * | EGRN | A-6 | HARBOUR HEIGHTS | TNHS | 2 | 1.1 | 08/10/04 | CBRB05 | $379,000 |
| SS | 439294 + | EGRN | B-18 | HARBOUR HEIGHTS | TNHS, PRIV | 2 | 2.0 | 07/06/04 | RMAX15 | $396,000 |
| SS | 447789 + | EGRN | 58 | PINE GLEN | 1LVL | 2 | 2.0 | 09/14/04 | BRUC | $460,000 |
| SS | 432831 * | EGRN | 190 | PINE GLEN | 1LVL | 3 | 3.1 | 04/12/04 | GAMM02 | $462,500 |
| SS | 430979 * | EGRN | 25 | E GREENWICH PRESERVE | TNHS | 3 | 2.1 | 02/26/04 | GAMM | $463,500 |
| SS | 439311 + | EGRN | 86 | PINE GLEN CONDOMINIUMS | 1LVL | 2 | 2.1 | 05/24/04 | PINE | $479,900 |
| SS | 309195 * | EGRN | 33 | E GREENWICH PRESERVE | TNHS | 3 | 2.1 | 12/08/03 | COLE04 | $481,000 |
| SS | 318174 * | EGRN | 61 | E GREENWICH PRESERVE | TNHS | 3 | 2.1 | 01/12/04 | COLE04 | $490,000 |
| SS | 314691 + | EGRN | 35 | EAST GREENWICH PRESERV | TNHS | 3 | 2.1 | 02/04/04 | COLE04 | $500,000 |

Residential Condominium Off Market Listings

| S | MLS # | Area | Unit | Complex Name | Type | BR | Bth | Off Mkt | List Ofc | $ Price |
|---|---|---|---|---|---|---|---|---|---|---|
| SS | 316513 * | EGRN | 32 | E GREENWICH PRESERVE | TNHS | 3 | 2.1 | 04/11/04 | COLE04 | $530,000 |
| SS | 434660 + | EGRN | 59 | EAST GREENWICH PRESERV | TNHS | 3 | 2.1 | 06/28/04 | COLE04 | $530,000 |
| SS | 436959 + | EGRN | 39 | EAST GREENWICH PRESERV | TNHS | 3 | 2.1 | 07/07/04 | COLE04 | $535,000 |
| SS | 430483 * | EGRN | 31 | E GREENWICH PRESERVE | TNHS | 3 | 2.1 | 02/01/04 | COLE04 | $544,000 |
| SS | 316974 * | NKNG | 64 | CARDINAL RIDGE | TNHS | 2 | 2.0 | 01/06/04 | RNDL05 | $300,000 |
| SS | 432360 + | NKNG | 175 | CEDARHURST | TNHS | 2 | 1.1 | 03/09/04 | RNDL05 | $302,000 |
| SS | 431975 + | NKNG | 22 | CARDINAL RIDGE | TNHS, PRIV | 2 | 2.0 | 03/02/04 | IBNO06 | $310,000 |
| SS | 436298 * | NKNG | 6B | CARDINAL RIDGE | TNHS | 2 | 2.0 | 05/21/04 | RMAX20 | $330,000 |
| SS | 436122 * | NKNG | 6A | CARDINAL RIDGE | TNHS | 2 | 2.0 | 07/13/04 | IBNO03 | $334,900 |
| SS | 439345 * | NKNG | 14B | CARDINAL RIDGE | TNHS | 2 | 2.0 | 08/11/04 | RMAX20 | $339,900 |
| SS | 444821 * | NKNG | 52 | CARDINAL RIDGE | TNHS | 2 | 2.0 | 08/17/04 | IBNO10 | $340,000 |
| SS | 435561 + | NKNG | 117 | CARDINAL RIDGE | TNHS, PRIV | 2 | 2.0 | 04/30/04 | RNDL | $345,000 |
| SS | 439156 * | NKNG | 10B | CARDINAL RIDGE | TNHS | 2 | 2.0 | 06/02/04 | C21A02 | $345,000 |
| SS | 442806 * | NKNG | 13B | CARDINAL RIDGE | TNHS | 2 | 2.0 | 08/03/04 | COLE04 | $347,500 |
| SS | 432246 * | NKNG | 3 | OCEANWOODS | TNHS | 2 | 2.1 | 04/26/04 | IBNO03 | $350,000 |
| SS | 435949 + | NKNG | 247 | CEDARHURST | TNHS | 3 | 2.0 | 07/16/04 | PHIP | $375,000 |
| SS | 438160 | NKNG | 65 | OCEANWOODS AT WICKFORD | TNHS, 1FAC | 2 | 2.1 | 05/11/04 | MCAF | $375,000 |
| SS | 432396 * | NKNG | 18 | HAMILTON GATE | 1LVL | 2 | 2.0 | 02/17/04 | MOOR | $395,000 |
| SS | 440673 + | NKNG | 4 | OCEANWOODS | TNHS | 2 | 2.1 | 07/08/04 | IBNO03 | $429,900 |
| SS | 441563 * | NKNG | 84 | QUIDNESSETT | TNHS | 3 | 3.0 | 06/18/04 | PHIP | $640,000 |
| SS | 317753 + | NKNG | 18 | QUIDNESSETTCOUNTRYCLUB | TNHS | 3 | 3.0 | 12/21/03 | GAMM | $649,900 |
| Off-Mkt Listings: 69 | | | | Avrg List Price: $417,652 | | | | Avrg DOM: 80 | | |

| Total Listings: 69 | Average List Price: $417,652 |
|---|---|

Surrounding areas.
Average List price = 417,652
Average Days on MKT = 80

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

**COMPLETE APPRAISAL - SUMMARY REPORT**

**Of A**

**Planned Unit Development**
**Containing an 18 Hole Golf Course and 134 Residential Units**

**Located At**

**130 Dye Hill Road**
**Hopkinton, Rhode Island**

PREPARED FOR
John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

PREPARED BY

James A. Houle
Rhode Island Certified General Appraiser
Certification #A00769G

HOULE & ASSOCIATES
198 Union Street,
Portsmouth, Rhode Island 02871
(401) 846- 5225

Effective "As Is" Market Valuation Date

August 2005

Report Date
March 26, 2007

*Subject property: Reserve at Brushy Brook*

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

March 26, 2007

Dear Mr. Boyajian::

At your request, I have inspected the subject property located at 130 Dye Hill Road, Hopkinton, RI. The property consists of several lots, identified as tax assessor's plat map 20, lots 18, 18B, 19, 21, 22B of the Town of Hopkinton, RI. The analysis of the property was performed to estimate the current market value of the property in an as is condition, as of the date of August 2005.

This is the second of two appraisal reports pertaining to this property which you have ordered. The first date of valuation was as of April 2002. These two reports are intended to be used in conjunction with each other.

From a physical standpoint, the property consists of 358.2 acres +/- of primarily vacant land. The only current improvement to the property is a detached, wooden frame, raised ranch style home, approximately 30 years old.

The owners have received approval for the construction of a planned unit development from the Town of Hopkinton. In August 2001, at a special Planning Board meeting, the final approval was granted. However, since that time, some of the approvals have expired and need to be renewed.

According to sources close to the development, these approval renewals can be obtained without extensive retesting or engineering, although the process is still expected to take around six months, at a cost of no more than $300,000. This report will be contingent upon the fact that both of those figures, relating to time and cost for renewals, is correct.

Without the renewals available, the entire nature of the land will change. This report will have been rendered inapplicable. However, for this report, this appraiser will assume the right to renew all permitting, adjusting the final opinion of value to reflect the cost of time and monies to facilitate renewals:

The Planned Unit Development includes an eighteen hole public golf course and one hundred, thirty four residential units. These are to be divided into sixty-eight (68) townhouse condominium units and sixty-six detached single-family house sites. The townhouse units will contain no less than 1,200 square feet of living area and the detached homes will contain a minimum of 2,000 square feet of living area.

The purpose of this report is to estimate the market value of the property in an "as is" condition, including the final approval of the Planned Unit Development. The manner in which the analysis will be performed will be to estimate the value of the development in two parts, the housing and the golf course. Because both segments of the project require construction at the same time, the values of each segment will be combined into a final opinion of value for the property.

***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

The analyses and conclusions within the attached summary appraisal report are based upon field research, interviews with market participants and publicly available data collected by the appraisers. This report has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice. Included is a summary description and analysis of the real estate, all pertinent data, valuation methodology, supporting relevant exhibits and any necessary addenda.

The purpose of the inspection was to estimate the market value of the subject property as of the date of the inspection. Based upon the analysis herein, it is my considered opinion that the Market Value of the subject property as proposed is:

*** $10,000,000 ***
TEN MILLION DOLLARS

Further, it is acknowledged that this appraiser has performed similar analyses and appraisals of the subject property in the past, the last full report prepared in 2001. Although that report, or any other report, is not directly incorporated in this report, data collected at the time of that report are used herein.

Respectfully submitted,

James A. Houle

James A. Houle,
RI Certified General Appraiser #A00769G

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

## PROPERTY IDENTIFICATION

The property appraised in this report is located in Hopkinton, Rhode Island and is identified on municipal tax rolls as follows:

| | |
|---|---|
| ***Address:*** | 130 Dye Hill Road<br>Hopkinton, RI 02832 |
| ***Map/Lot:*** | 20/18, 18B, 19, 21, 22B, changed to<br>32/ 68,69,70,71 |
| ***Total land area:*** | 358.19 acres |
| ***Owner of Record:*** | Stone Ridge, Incorporated, Grantor, to<br>Boulder Brook Development, LLC |
| ***Title Reference:*** | Hopkinton, RI land evidence records:<br>See deed copies in addenda |
| ***Census Tract:*** | 507 |
| ***Flood map:*** | Map 440028-0002B, 3/16/81, zone C<br>Not considered a flood hazard zone |
| ***Zoning:*** | Area is zoned R-80, 80,000 sf/ lot, residential use.<br>Subject property has been rezoned to allow for the special PUD approvals |
| ***Occupancy:*** | Vacant land |
| ***Sales History:*** | The subject has been owned by the current owners for at least five (5) years prior to date of report. Property is not currently offered for sale in an open market situation.<br>Property transferred 8/16/2005 from<br>Stone Ridge, Inc to<br>Boulder Brook Development, LLC |
| ***Easements:*** | None noted. |
| ***Real property assessment:*** | Taxes stabilized to prearranged payment during construction of PUD |
| ***Taxes:*** | Under $10,000 for first year |

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

SUMMARY OF SALIENT FACTS

***Subject Property:*** The subject property is an essentially vacant tract of land on Dye Hill Road, Hopkinton, RI. It is in a natural state of vegetation, with small amounts of land cleared for a single family home site and for limited access roads.

***Present use:*** Vacant land, with improvement of one single family house

***Highest and best use:*** Planned Unit Development

***Final Market Value Estimate:*** $10,000,000

***Subject to:*** Renewal of all related approvals needed to begin construction

***Estimated Marketing Time:*** Less than one year

***Effective Date of Appraisal:*** August 2005

***Date of Report:*** 26 March 2007

***Presented to:***

John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

***Compiled by:***

James A. Houle,
Houle & Associates,
198 Union Street
Portsmouth, RI 02871

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the property at 130 Dye Hill Road, Hopkinton, RI in an "as is" condition, with PUD approvals in place, assuming all permits necessary were available.

The function of the report is to advise interested parties as to the market value for potential legal action. As stated in the letter of transmittal, this report has been ordered as the second half of a pair of such appraisals. The objective of the first report was to estimate the market value of the subject property as of April 2002. The objective of this report is to estimate the market value as of August 2005.

A significant change in the ownership and/ or control of the development occurred as of those dates.

Definition of Market Value. For the purpose of this report Market Value is defined as "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, and knowledgeably and assuming the price is not affected by undue stimulus." Implicit in this definition is the consummation of a sale as of a specified date, and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;

2. both parties are well informed, or well advised, and acting in what they consider their best interest;

3. a reasonable time is allowed for exposure in the open market;

4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto and

5. the price represents the normal consideration for the property sold, unaffected by special or creative financing amounts or sales concessions granted by anyone associated with the sale.

Scope of the Appraisal. The scope of the appraisal included a thorough inspection of the subject property, collection and familiarization with market data, and preparation of the narrative report.

Competency Provision. The appraiser is sufficiently competent to appraise this type of property. I have appraised several such properties during a career spanning approximately thirty years.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

CONTINGENT AND LIMITING CONDITIONS

This appraisal report, the letter of transmittal and the certification of value are made expressly subject to the following assumptions and limiting conditions as well as those expressly stated in the report.

1. No responsibility is assumed for matters legal in nature. Nor is any opinion rendered as to title, which is assumed to be marketable. The property is assumed to be under responsible management for the purposes of this appraisal.

2. Sketches in this report are included to assist the reader and no responsibility is assumed for accuracy. No survey has been made specifically for this report.

3. Unless arrangements have been previously made, appearances in court or requirements to give testimony are not included in the fee.

4. The distribution of value in this appraisal between land and improvements applies only to the stated program of utilization and are invalid is used with any other appraisal.

5. It is assumed that there are no hidden or unapparent conditions of the property, including subsoil, which would render it more or less valuable. No responsibility is assumed for such conditions or for research that might be required to discover such factors.

6. Information, estimates and opinions furnished to this office and relied upon for this appraisal assignment were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy can be assumed.

7. Neither all nor any part of the contents of this report, or copy thereof, shall be used for any purpose by any other than the client without the written consent of the appraiser and/or the client. Nor shall it be conveyed by any other than the client to the public through advertising, public relations, news, sales or other media without the written consent and approval by the author(s), particularly as to valuation conclusions, the identity of the appraisers or a firm.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

## NEIGHBORHOOD ANALYSIS

Introduction:

The town of Hopkinton is situated to the south of Providence in the western center of Washington County. Washington County is also known as South County, and is home to several of the state's resort beach communities, including Narragansett, South Kingstown, Charlestown and Westerly. The subject neighborhood can be defined as the northern portion of Hopkinton, from the Exeter town line north to the Rockville section to the south, from the Connecticut state line to the west to the Richmond town line to the east. Kenney Hill Road, Dye Hill Road and a portion of Skunk Hill Road all run together as one long east- west artery. This roughly divides the northern portion of Hopkinton in half.

Economic Overview:

Hopkinton is a largely rural community. Much of the town is still undeveloped, with large tracts of land set aside for nature preserves, such as the Arcadia Management Area, which borders the subject property for a half-mile on its east side, and the Rockville Management Area. There are small village areas, which have been more densely developed, originally developed in the last century. These areas, such as Hope Valley and Ashaway were clustered around bodies of water, such as the Ashaway River in Ashaway, which provided waterpower for the small industrial uses found there. These local industries drove the economy at that time and attracted residents who came for employment.

For years since the downturn of these small water powered mills, the local economy has been driven more by farming, logging and the like. Most residents now find employment in the nearby population centers. However, the rural nature of the town has become attractive and 27 minor and major subdivisions are in the planning stages for those individuals seeking to leave the noise and nuisance of the city behind. Since the highway is so close and the commute into the cities is relatively short, the population of "bedroom" suburbanites has grown exponentially.

Surroundings: The immediate neighborhood is largely rural, with residential single-family houses on large lots. There is a mix of older and historic homes and new subdivisions. The majority of Hopkinton homes, however, were constructed after 1940. The subject is primarily classified as a rural residential neighborhood that is afforded average access to the interstate highway system, and local access state routes. The R-80 Zoning of the subject site, and adjacent sites results in larger home sites with buffered areas between homes. The subject site is located on the northern side of Dye Hill Road, near to the Saw Mill Road intersection.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

Transportation: The subject property is located off of Route 138 approximately .5 mile north of Rt #138, along Saw Mill Road. Rt. #138 is a secondary main traffic artery, running east/ west, connecting the Connecticut State line to many southern Rhode Island communities, all the way to the Massachusetts border. It also connects traffic to Rt. #3, a secondary main north/ south traffic artery and to interstate Rt. #95, both about 2 miles from the subject property. Amtrak rail service is available in Kingston (in South Kingstown), six miles east of the subject, just off of Route 138.

Access to major arteries from the subject site is average to good, with Interstate 95 only five minutes to the west. Employment centers in Providence and Newport are 25 and 20 minutes away, respectively.

*Summary:* In summary, the subject neighborhood comprises a low-density rural/suburban area in the northern section of Hopkinton, with average to good access to commuter routes. Property uses in the immediate neighborhood consist primarily of single-family residential uses, with new development and subdivision on going.

MARKET CONDITIONS

At the time of this valuation, August 2005, the state and county market was experiencing very strong activity. Values of real property had been increasing at a very fast rate. Days on the market for most properties were under 60. The available supply of properties being offered for sale was very low for all types of property.

Mortgage money was easily available, from several lenders. Sales contracts tended to include many sellers' concessions for closing costs, facilitating no or low equity contributions at time of purchase.

Builders were aggressively seeking new properties for development. Construction of new houses represented a significant portion of the market. In short, this was a very "heated" market.

At the same time, parallel to the frenzy of the market, economists were warning of a "bubble", or what was a reaching of value peaks, with no where for values to go but down. In fact, this slowdown had been predicted for an extended period, almost since the market began an upward trend.

However, through August 2005, there was very little to no evidence of a pending slow down. The Multiple Listing Service of the Rhode Island Realtors did give some indication that there might be a cooling off of the market in 2006, in terms of numbers of sales and days on the market, but, at the same time, predicted an increase in values throughout 2006.

We are now aware that as of the start of September 2005 forward, the market changed. Demand slowed. Values have eroded, with supply and days on market increasing. That predicted and more natural cyclical slowdown has since been exacerbated by the sub-prime lending crisis.

Three pages of the August 2005 outlook from Rhode Island State Wide Multiple listing Service are included at the end of this section. What is interesting is that the basis for continued optimism expressed in those pages is based on a stabilization and possible lowering of oil prices. The reverse actually occurred; when oil prices increased, the real estate market began to erode. That was not the only factor that did burst the housing bubble, but it was a major contributor.

But, as of August 2005, no downturn was being strongly forecast. For this reason, this appraiser has found ample data to support the contention that an eager buyer could be found for the subject development as of the date of this estimate of value. That buyer's perception of value would have been based on the best case retail housing values found at the time.

The market conditions found after August 2005 cannot be included in a discussion of August 2005 values. This is true, in spite of the fact that the turn was so close to the time of this report.

See the following pages for copies of the State Wide MLS predictions/ outlook:

**JAMES A. HOULE AND ASSOCIATES** *198 UNION STREET, PORTSMOUTH, RI 02871*



## The Forecast

By Lawrence Yun, *Senior Research Forecaster*

The economy is growing – not exceptionally, but decently. One beneficial side effect of a less than robust economic expansion is it keeps long-term interest rates lower than what they would otherwise be. Consequently, mortgage rates are anticipated to remain favorable at near 6% for the remainder of the year. Let's run down few important recent trends.

- The economy is being held down by high oil prices – near the $60 per barrel range. Oil prices are expected to stay above $55 until year-end. Even in 2006 it is likely to fall only to $48. The good news is that if oil prices fall much more, it will provide additional boost to the economy.
- Unemployment is pretty much already at its natural rate of 5.0%. Jobs are coming in at below 200,000, but the labor force is barely growing. Any normal growth in the labor force (due to an increase in the working age population) will push the unemployment rate back up modestly. We forecast it rising to 5.2% in 2006 – which is still very low.
- The Fed will raise it short-term fed fund rates for three more rounds before the year ends. The prime interest rate as a result will hit 7% by the year end.
- Low inflation greatly helps in keeping the long-term interest rates low. The employment cost index is growing measurably slower, according to recent data. Hourly wage growth has stabilized. Consumer Price Index inflation will decelerate with oil price decreases as we go forward.
- Existing home sales at the national level are poised to set another record this year, based on trends in pending home sales and mortgage purchase applications. We can expect resales to post 7.1 million seasonally adjusted annualized units in the second quarter of this year, and 7.0 million in the third quarter. Even a conservative forecast shows existing home sales will hit 6.97 million in 2005, an increase of 3% from last year's record figures.
- Home price growth forecast of 9.4% in 2005 will beat last year's 9.3% growth. Record sales and continuing tight inventory conditions favor price growth. There is also the small but not insignificant factor of international (non-U.S. resident) homebuyers. A recent survey of the Florida homebuying market found that 15% of all home sales went to foreign buyers. A sizable percentage of those foreign buyers are making all-cash purchases, a very important stabilizing force to the housing market in light of increased domestic purchases made with potentially "toxic" loans of zero-down, interest-only, negative amortizing mortgages.

The best of times in the housing market has clearly saved the economic day – not only because of record-breaking housing numbers, but also because housing activity supports other sectors of the economy. The healthy consumer spending of the past four years can unquestionably be credited to the dramatic run-up in housing wealth. The latest Federal Reserve data shows housing equity rose by $305 billion in the first quarter; this on top of the $3.7 trillion accumulation in the past five years. The $4 trillion gain is grand in itself, but it is even more remarkable when compared to stock market wealth accumulation, which was essentially flat over the same comparable period.

The impact on employment is just as startling and policymakers should take note. Total national employment has grown by only 1% since 2001. Over the same time period, employment in residential building construction grew by 21%, residential specialty construction by 18%, mortgage lending by 13%, and membership in the National Association of REALTORS by 52%. In light of the housing's important contribution, the federal government, perhaps, should be extra careful on any regulatory changes that could rock and tip housing and the overall economy.

Now to the local market forecast. Sales through the first half of 2005 show a decrease of 2% compared to the first half of last year. Home prices in the latest quarter were higher by 9% from one year earlier. The region added about 2,500 jobs in the past 12 months. The national job market growth (about 2 million in the past 12 months) is apparently filtering into the local economy. Expect around additional 5,000 job gains over the next 12 months. Home sales will likely decline in 2006 due to modestly higher anticipated mortgage rates. But home prices should continue their gains - by 7% in 2006.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

**JAMES A. HOULE AND ASSOCIATES** *198 UNION STREET, PORTSMOUTH, RI 02871*

**Forecast**

**U.S. Economic Outlook: August 2005**

| | 2004 Q3 | Q4 | 2005 Q1 | Q2 | Q3 | Q4 | 2006 Q1 | Q2 | Q3 | Q4 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Economy | | | | | | | | | | | | | | |
| *Annual Growth Rate* | | | | | | | | | | | | | | |
| Real GDP | 4.0 | 3.8 | 3.4 | 3.3 | 3.3 | 3.6 | 3.8 | 3.4 | 3.2 | 3.3 | 3.0 | 4.4 | 3.6 | 3.5 |
| Nonfarm Payroll Employment | 1.4 | 1.8 | 1.7 | 1.6 | 1.4 | 1.4 | 1.4 | 1.3 | 1.3 | 1.4 | -0.3 | 1.1 | 1.5 | 1.4 |
| Consumer Prices | 1.6 | 3.4 | 2.4 | 4.0 | 3.2 | 3.0 | 2.5 | 2.5 | 2.4 | 2.7 | 2.3 | 2.7 | 3.1 | 2.8 |
| Real Disposable Income | 2.9 | 8.3 | -4.3 | 4.6 | 1.1 | 2.9 | 4.5 | 3.1 | 3.0 | 3.5 | 2.3 | 3.5 | 3.2 | 3.3 |
| Consumer Confidence | 100 | 96 | 104 | 102 | 104 | 103 | 105 | 105 | 107 | 107 | 80 | 96 | 104 | 106 |
| *Percent* | | | | | | | | | | | | | | |
| Unemployment Rate | 5.4 | 5.4 | 5.3 | 5.1 | 5.0 | 5.1 | 5.1 | 5.2 | 5.2 | 5.2 | 6.0 | 5.5 | 5.1 | 5.2 |
| *Interest Rates, Percent* | | | | | | | | | | | | | | |
| Fed Funds Rate | 1.4 | 2.0 | 2.5 | 2.9 | 3.3 | 3.7 | 3.9 | 4.0 | 4.0 | 4.0 | 1.1 | 1.3 | 3.1 | 4.0 |
| 3-Month T-Bill Rate | 1.5 | 2.0 | 2.5 | 2.9 | 3.2 | 3.5 | 3.7 | 3.8 | 3.8 | 3.9 | 1.0 | 1.4 | 3.0 | 3.8 |
| Prime Rate | 4.4 | 4.9 | 5.4 | 5.9 | 6.3 | 6.7 | 6.9 | 7.0 | 7.0 | 7.0 | 4.1 | 4.3 | 6.1 | 7.0 |
| Corporate Aaa Bond Yield | 5.6 | 5.5 | 5.3 | 5.2 | 5.5 | 5.7 | 5.8 | 5.9 | 6.0 | 6.1 | 5.7 | 5.6 | 5.4 | 6.0 |
| 10-Year Government Bond | 4.2 | 4.1 | 4.3 | 4.2 | 4.4 | 4.6 | 4.7 | 4.9 | 4.9 | 5.0 | 4.0 | 4.3 | 4.4 | 4.9 |
| 30-Year Government Bond | 5.1 | 4.9 | 4.7 | 4.5 | 4.8 | 5.0 | 5.1 | 5.2 | 5.3 | 5.4 | 5.1 | 5.1 | 4.7 | 5.3 |
| *Mortgage Rates, percent* | | | | | | | | | | | | | | |
| 30-Year Fixed Rate | 5.9 | 5.7 | 5.8 | 5.7 | 5.9 | 6.1 | 6.2 | 6.4 | 6.4 | 6.5 | 5.8 | 5.8 | 5.9 | 6.4 |
| 1-Year Adjustable | 4.1 | 4.1 | 4.2 | 4.5 | 4.8 | 5.1 | 5.2 | 5.4 | 5.4 | 5.5 | 3.8 | 3.9 | 4.7 | 5.4 |
| National Housing Indicators | | | | | | | | | | | | | | |
| *Thousands* | | | | | | | | | | | | | | |
| Existing Single-Family Sales | 6,707 | 6,873 | 6,807 | 7,137 | 7,016 | 6,862 | 6,753 | 6,750 | 6,745 | 6,521 | 6,183 | 6,784 | 6,974 | 6,748 |
| New Single-Family Sales | 1,164 | 1,243 | 1,230 | 1,265 | 1,227 | 1,215 | 1,208 | 1,190 | 1,156 | 1,092 | 1,086 | 1,200 | 1,242 | 1,162 |
| Housing Starts | 1,960 | 1,978 | 2,085 | 2,040 | 2,059 | 2,029 | 1,985 | 1,952 | 1,871 | 1,839 | 1,848 | 1,956 | 2,053 | 1,901 |
| Single-Family Units | 1,632 | 1,621 | 1,709 | 1,695 | 1,672 | 1,631 | 1,574 | 1,498 | 1,451 | 1,405 | 1,499 | 1,611 | 1,677 | 1,482 |
| Multifamily Units | 330 | 355 | 376 | 345 | 387 | 397 | 411 | 414 | 420 | 430 | 349 | 345 | 376 | 419 |
| Residential Construction* | 566 | 572 | 586 | 604 | 606 | 604 | 597 | 585 | 573 | 563 | 500 | 561 | 600 | 580 |
| *Percent Change – Year Ago* | | | | | | | | | | | | | | |
| Existing Single-Family Sales | 4.7 | 8.1 | 8.2 | 3.4 | 3.2 | -0.2 | -1.2 | -5.4 | -3.9 | -5.0 | 9.6 | 9.7 | 2.8 | -3.2 |
| New Single-Family Sales | -0.3 | 10.8 | 4.1 | 6.8 | 5.4 | -2.2 | -2.4 | -7.3 | -5.7 | -10.1 | 11.8 | 10.8 | 3.2 | -6.4 |
| Housing Starts | 4.8 | -2.0 | 7.3 | 6.3 | 4.5 | 2.7 | -4.8 | -6.3 | -9.1 | -9.5 | 8.4 | 5.8 | 5.0 | -7.4 |
| Single-Family Units | 7.2 | -2.2 | 8.9 | 6.2 | 2.5 | 0.6 | -7.9 | -11.6 | -13.2 | -13.8 | 10.3 | 7.5 | 4.1 | -11.6 |
| Multifamily Units | -6.5 | -6.1 | 0.3 | 6.6 | 14.5 | 12.1 | 9.9 | 20.2 | 8.6 | 8.2 | 0.8 | -1.1 | 9.0 | 11.4 |
| Residential Construction | 8.0 | 6.5 | 8.1 | 7.1 | 7.0 | 5.8 | 1.8 | -3.1 | -5.4 | -6.7 | 8.8 | 9.7 | 7.0 | -3.3 |
| National Home Prices | | | | | | | | | | | | | | |
| *Thousands of Dollars* | | | | | | | | | | | | | | |
| Existing Home Prices | 190.3 | 189.3 | 190.3 | 206.0 | 207.9 | 203.8 | 202.2 | 216.3 | 218.0 | 211.4 | 169.5 | 185.2 | 202.6 | 212.6 |
| New Home Prices | 214.0 | 227.8 | 228.4 | 230.3 | 232.2 | 245.2 | 244.0 | 241.6 | 243.0 | 250.9 | 195.8 | 221.0 | 233.9 | 244.6 |
| *Percent Change – Year Ago* | | | | | | | | | | | | | | |
| Existing Home Prices | 8.8 | 9.6 | 10.2 | 11.5 | 9.8 | 7.6 | 6.3 | 5.0 | 4.9 | 3.7 | 8.5 | 9.3 | 9.4 | 4.9 |
| New Home Prices | 12.1 | 14.4 | 7.4 | 6.3 | 8.5 | 7.6 | 6.7 | 4.9 | 4.6 | 2.3 | 3.9 | 13.3 | 5.8 | 4.6 |
| Local Region | | | | | | | | | | | | | | |
| Payroll Jobs (in thousands) | 580.6 | 583.9 | 573.1 | 588.5 | 581.8 | 591.7 | 576.0 | 592.6 | 585.8 | 596.4 | 577.6 | 581.3 | 583.8 | 587.7 |
| Home Sales | 2968 | 2310 | 1914 | 2801 | 2909 | 2427 | 1855 | 2759 | 2874 | 2432 | 9457 | 10277 | 10051 | 9919 |
| Home Prices (in thousand $) | 351.1 | 344.6 | 328.7 | 348.3 | 379.5 | 371.5 | 353.3 | 373.4 | 406.1 | 397.5 | 282.6 | 328.8 | 359.2 | 385.0 |
| *Percent Change – Year Ago* | | | | | | | | | | | | | | |
| Jobs | 0.6% | 0.5% | 0.8% | 0.4% | 0.2% | 0.3% | 0.5% | 0.7% | 0.7% | 0.5% | 0.6% | 0.6% | 0.4% | 0.7% |
| Home Sales | 5.0% | 4.2% | 2.5% | -4.3% | -2.0% | -3.3% | -3.1% | -1.5% | -1.2% | 0.2% | -28.4% | 8.7% | -2.2% | -1.3% |
| Home Prices | 17.7% | 21.2% | 14.0% | 9.4% | 8.1% | 7.8% | 7.5% | 7.2% | 7.0% | 7.0% | 28.2% | 16.3% | 9.3% | 7.2% |

Quarterly figures are seasonally adjusted annual rates.
* Billion dollars
Source: Forecast produced using Macroeconomic Advisers quarterly model of the U.S. economy; Assumptions and simulations by Dr. David Laresh and Dr. Lawrence Yun.

**TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net**

**JAMES A. HOULE AND ASSOCIATES** 198 UNION STREET, PORTSMOUTH, RI 02871

## Economic Monitor

*This table reflects data available through July 8, 2005.*

| Monthly Indicator | Recent Statistics | | Forecast |
|---|---|---|---|
| **Mortgage Rates** Thirty-year fixed mortgage ratesfell for the third month in a row in June to 5.60% — the lowest level since March 2004. These low rates continue to drive the already strong housing market. The one-year adjustable rate rose to 4.24%. | Apr 5.89<br>May 5.72<br>Jun 5.60 | ↑ | Businesses resort to borrowing, putting upward pressure on rates |
| **Existing Home Sales** declined slightly in May to 7.13 million seasonally adjustedannualized units – a 0.7% decrease from April's record-setting volume. The inventory of homes for sale rose to 2.545 million units, a 4.3-months' supply at the current sales pace. | Mar 6,870<br>Apr 7,180<br>May 7,130 | | Job growth providing demand support |
| **New Home Sales** hit an all-time high with 1.3 million sales in May (seasonally adjusted annualized rate). The three-month moving average of near 1.3 million is quite strong: 2004 was a record year with 1.2 million sales. The inventory of new homes for sale was unchanged at 4.2 months supply. It implies continuing tight market conditions. | Mar 1,272<br>Apr 1,271<br>May 1,298 | ↔ | Large home equity gains permit more trade-up buying of newly built homes |
| **Housing Starts** 2.009 million starts — 0.2% above April's level and 1.8% above year ago figures. Single-family units rose to 1.704 million units from their 1.627 million unit pace in April. The three-month moving average of 1.95 million would match last year's figures. | Mar 1,833<br>Apr 2,005<br>May 2,009 | ↔ | Strong home price growth provides incentives to continue building |
| **Employment** Against expectations for a higher increase, payroll emlpoyment rose by 146,000 in June. May's job creation figure was revised upward. The unemployment rate fell to 5.0%. | Apr 292<br>May 104<br>Jun 146 | ↑ | About 200,000 net new job additions per month |
| **Purchase Applications** The Mortgage Purchase Applications Index rose to 491.4 in June — its highest level ever. The still-favorably low mortgage environment has encouraged more buyers and investors to invest in housing. Housing activity continues to be robust. | Apr 470.3<br>May 485.1<br>Jun 491.4 | ↔ | At historic high |
| **Housing Affordability** NAR's index in May was 122.8 – a slight improvement over April, but the second lowest figure in a year. A decrease in mortgage rates was offset by an increase in the median price of an existing single-family home. The median monthly P&I payment remained the same. | Mar 130.5<br>Apr 122.3<br>May 122.8 | ↓ | Rising rates will cut into affordability |
| **Inflation** The consumer price index (CPI) slid 0.1% in May, but it is up 2.8% over the last 12 months. The core index (excluding food and energy) rose 0.1% and have increased 2.2% over the last 12 months. The housing portion of the index increased 0.1%. | Mar 0.6<br>Apr 0.5<br>May -0.1 | ↔ | Energy prices raise concern, but other prices behaving |

May's pending home sales index (PHSI) – the leading indicator for the housing market – eased down from April's level, but remained historically high. The PHSI based on data collected for May, stands at 124.9, which is 2.0 percent below April's level but 3.7 percent above that in May 2004. Even April's downwardly revised reading of 127.5 was second only to a record of 128.1 in October 2004. The index is based on pending sales of existing homes, including single-family and condos; a sale is pending when the contract has been signed but the transaction has not closed. An index of 100 is equal to the average level of contract activity during 2001, which was the first of four consecutive record years for existing-home sales. As such, an index of 100 coincides with a historically high level of home sales activity. Pending home sales typically close within one or two months of signing. May's index shows robust home sales can be expected for June and July. It is at levels about 25 percentage points higher than what is considered to be historically strong.




© Real Estate Outlook

TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

Rhode Island Map, Hopkinton seen left of center




*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

## Neighborhood Map




*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

**SITE PLAN, LOTS COMPRISING THE PROPERTY**




*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

# Flood Map




© 1999-2007 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

## PHOTOGRAPHS

Subject land, internal access road



House Currently on Subject Land



***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

**PHOTOGRAPHS**
Street scene, Dye Hill Road



Note: all photos taken at times of previous inspections of property

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*