JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

## HIGHEST AND BEST USE

The four factors affecting highest and best use are: legal, physical, economic and highest overall return. Without question, the Planned Unit Development represents the best use by each of those standards.

*The Planned Unit Development includes both an eighteen-hole golf course and 134 housing units. Each one of those uses by itself would represent an acceptable use of the property. Combined, they represent a use for the property far beyond the minimum acceptable use or even the maximum use, which could be expected without such extensive approvals needed.*

The PUD requires permitting from several local and state agencies or boards. Even though the PUD is a legal use in the Hopkinton Zoning code, it requires a Town Council Ordinance to be accepted. In all, the subject PUD required five years of work prior to the point of acceptance.

Currently, both of the planned uses are very much in demand in this area. Throughout the State of Rhode Island, builders have almost completely used up available vacant residential lots. The demand for new residential construction remains high and there are limited plans in each town for new subdivisions. Therefore, any new lots will be eagerly sought when made available.

The area has transformed itself into a recreational destination, with major gaming casinos, hotels, beaches, sailing and at least seven other golf courses. It will be able to accept a new golf course quite easily.

Therefore, the PUD uses answers all questions of highest and best use. The use is legal, it conforms to the neighborhood, it is physically practical for the use, it provides about the best return in terms of income that can be expected for the area, so provides the best overall return.

So, the highest and best use for the property is:

***A PLANNED UNIT DEVELOPMENT CONSISTING OF: AN EIGHTEEN HOLE GOLF COURSE, SIXTY EIGHT RESIDENTIAL TOWNHOUSE CONDOS AND SIXTY SIX DETACHED SINGLE FAMILY HOMES***

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

# PROPERTY VALUATION

The subject property is a somewhat complex combination of approved uses. It is, at once, a golf course, a residential condominium complex and a detached single family housing development. No comparable sales of similar approved, yet not constructed, developments can be identified for comparison.

Lacking comparable sales for the project as a whole, it falls upon the appraiser to seek alternative processes to estimate value. To this end, an investment analysis, similar to that which would be performed by a developer is utilized.

Ultimately, this will incorporate all three major approaches to value, by using comparable sales analyses, cost to build analyses and overall return in an income approach.

The analysis for value of the subject property will be performed in two segments. The first segment will address the value of the residential sites and the second segment will address the value of the golf course. When completed, each segment will be combined to give an overall valuation to the project.

The Town of Hopkinton has specified in its approvals that both parts of the PUD must be started at the same time. For this reason, the estimate of value must include both parts. The actual process for each segment will be approximately the same. The value of each segment, when completed, will be valued. The costs to achieve that completion will be deducted from the as completed value, with the residual value being deemed the current value of each segment.

It is not assumed that the same party will own both segments. There is further no assumption that the builder of either section will be the ultimate user/ owner. This is why each segment is valued separately.

The residential sites will be valued first. The full retail value of all sites will be calculated using applicable data. From the retail site values, the cost to develop will be deducted. The resulting figure will be considered the value of the residential sites as is.

The Golf Course will be valued second. All three approaches to value will be reviewed, although it is possible that all approaches may not be treated with the same weight during reconciliation.

TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net

## VALUATION OF HOUSING SITES

The process used to estimate the value of the residential sites will be the same as that used for the golf course. First, the full retail value of the sites will be estimated and then all costs to develop those sites will be deducted from the total value of the sites, leaving a net figure assumed to be the value of the residential sites.

The finished value of the detached single-family homes sites will be estimated by a comparative sales analysis, using recent sales of similar residential building lots for comparison. Sales used for comparison are taken from several towns in Washington County, all of which are similar in appeal to the subject lots.

Reviewing both recent sales of similar, detached single-family homes and current offerings of similar single-family houses will reinforce the value estimate for the lots. A typical percentage factor of land value to building value will then be applied to these sales, extrapolating and isolating a dollar value for the land within the sales.

However, a discussion of the market is essential before the comparisons are made. As discussed in the section of this report relating to the golf course value, it has become apparent that Washington County, Rhode Island has become a very desirable area in which to live. Population figures indicate many families are moving to this area, contrary to the overall population trends of the greater area and the State of Rhode Island.

Numbers of building permits throughout the County have risen sharply and construction of new single family homes has virtually exploded. As an interesting note, the South Kingstown High School had a graduating class numbering 287. Only a few years ago, South Kingstown graduating classes were slightly above 100. Even in towns such as Portsmouth, Rhode Island, another rural town in which single family home construction has increased dramatically, prompting school redistricting and local officials to issue dire warnings of school crowding, the high school only graduated 180 students in 2001.

*Throughout Washington County, the growth has become so rapid that the infrastructures of some of the communities have become overtaxed. This has prompted several communities to issue moratoriums on new building permits. Limited numbers of new houses can be built in any one year. Several towns have attached $4-5,000 impact fees to the permits issued. <u>This now includes Hopkinton, although the subject project has been exempted, making its lots more attractive</u>.*

In spite of own efforts to slowdown growth, the demand has been so great that virtually all vacant residential building lots have been purchased. Currently, there is a dearth of vacant lots, but a still great demand.

What has occurred in this is that there have been limited new developments of any size brought to the local planning boards. The apparent fear of not being able to sell lots at will has been translated into a high risk factor for developers. Clearly, if lots cannot be sold as the market is available, the extension of sellout periods for new developments increases costs significantly.

Therefore, the public eagerly seeks any lots remaining available. This has forced supply and demand factors to drive values substantially higher. In fact, throughout Washington Count (also referred to as South County by area residents), appreciation figures are as high as 35-40%/ annum. Interestingly, the cost to construct has only increased slightly. Therefore, it appears the land is the part of the single-family home package that has absorbed most of the increase.

It is against this backdrop that the subject lots are about to be presented to the market. The subject lots are generally well located by the project's position in Washington County, close to highway access, within 30-minute drive to several area cities. The lots are also specifically well located, overlooking a new 18-hole golf course.

Based on the lack of supply and the appeal of the golf course, these lots will enjoy very short marketing time, if offered at this time. There will be no need for any hook up fees to public systems.

Therefore, there are no impediments to the immediate use of the lots; the absorption will be fairly rapid. In fact, the entire project's sixty-six residential lots could have a marketing time under one year; this would be especially true if the lots were offered to other builders.

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

**SINGLE FAMILY SITE VALUATION**

The following is a list of current land sales of residential lots throughout Washington County:

Canonchet Road, Hopkinton, RI
Sales price: $139,000
Lot size: 1.83 acres, 1 house site
Closed: 5/6/2005, 93 DOM

Del Bonis Drive, Richmond, RI
Sales Price:$184,000
Lot size: 1.76 acres
Closed: 4/4/2005, 113 DOM

11 Plantation Drive, Exeter, RI
Sales price: $199,900
Lot size: 9.5 acres
Closed: 3/1/2005, 1 DOM

The lots listed above range in size from almost 2 acres to multiple acreage. However, each lot is approved only for one house site. In addition, each of these lots has a location that would be termed equal to the subject. However, none of these lots have an amenity such as the situation on the golf course.

As can be seen, the lots range from a low of $139,00 to about $200,000. Based on these offerings, this appraiser feels that the subject lots would have a market value about equal to these lots. Therefore, for purposes of this report, the market value of each residential building lot is placed at $195,000. This allows for general location, location on the golf course and compensates for any other amenity or lot size the comparable offerings may have.

A second process then checks this figure. The likely selling prices of the finished single family homes is estimated. From that, a cost to construct, including profit and soft costs is deducted. The residual value would be the land value before construction.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

It is clear from these sales and offerings that a newly constructed, single family house containing approximately 2,200 square feet of living area above grade, with a fireplace, would have an estimated market value between $415,000 and $440,000. However, the average new construction, selling for this price, does not have such an amenity as frontage on a golf course.

Once this is considered, the projected selling price of the subject houses would be expected to in the $485,000 to $565,000 range. Considering the number of units available, an asking price in this range should assure rapid sellout of the project.

Cost to build a single family house:

A 2,200 sq ft house would cost approximately $110 sf to construct

| | |
|---|---|
| 2,200 sf x $110 (inc foundation, fireplace and land infrastructure) = | $242,000 |
| Builder's profit, soft cost, marketing, about 15%/ unit = | $105,000 |
| Total cost to develop each site = | $350,000 |
| Projected selling prices per house = | $530,000 |
| Residual figure (land value) = | $180,000 |

The $180,000 figures compares well to the recent sales of undeveloped lots, which have sold between $139,000 and $200,000

Next, the $180,000 figure is then multiplied by the total number of lots available, sixty-six. This becomes the estimated value of the residential building lots for the detached single-family homes, in an as finished condition.

| | |
|---|---|
| $180,000 x 66 lots = | $11,880,000 |

This figure will be carried forward later in this report. Next, the value of the condominium sites is to be estimated.

TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

VALUATION OF CONDOMINIUM SITES

Interestingly, the condominium market has remained one of the most active in Rhode Island at this time. The units that enter the market sell within days.

All the same market factors which impact the detached single family home market exist for the condominium market, as well. However, the supply has been much smaller than the single family detached home supply, both in numbers, but also in proportion to the buying market.

The last sales of condominium units in Hopkinton were units, similar in size and style to the subject units, located on another golf course, Lindhbrook.

10 Palmer Circle, Hopkinton, RI (MLS #542668, 12 DOM)
Sales price: $300,000
Sales date: 8/19/2005
Living area: 1,376 square feet ($218/ sf)
Built 1987

9 Woodlawn Circle, Hopkinton, RI (MLS #451321, 164 DOM)
Sales price: $265,000
Sales date: 4/26/2005
Living area: 1,532 square feet ($173/ sf)
Built 1987

15 Fairway Circle, Hopkinton, RI (543520, 9 DOM)
Sales price: $260,000
Sales date: 8/15/2005
Living area: 1,105 square feet ($235/ sf)
Built 1999

The subject units are to be approximately 1,200 square foot townhouses. They will have open space parking and views of the golf course. They will be equally clustered in two sections of the subject PUD.

The units listed above, which sold in 2005, were constructed almost 20 years earlier, except for sale #3, which was only a few years old. In fact, due to the age of construction, it actually provides the ebst comparison to the subject, especially as it is very similar in size.

Based on the current market conditions, including a very rapid appreciation rate for the general Hopkinton market over the last year, it is the opinion of this appraiser that the subject condominium units would have a selling price at $285,000. For this reason, the projected retail sales value of the subject units is $285,000.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

Using 30- 35% of the total cost package as the land ratio, and assuming the retail value of the condominium units to be $275,000, we can estimate the value of the land within the package to be about $95,000.

This then can comfortably used to estimate the value of the condominium sites, as if finished.

There will be sixty-eight sites.

Therefore:

$95,000 (projected site value) x 68 sites = $6,460,000

Again, this figure will be carried forward for use later in this report.

Therefore, the retail value of the residential sites is as follows:

Detached home sites: $11,880,000

Condominium sites: $6,460,000

Total retail value of the individual residential sites: $18,340,000

## COST TO DEVELOP INFRASTRUCTURE FOR RESIDENTIAL DEVELOPMENT

Again, the estimates supplied by the developer's are used as the basis for the infrastructure improvement. The sheet, below, is for the infrastructure costs, exclusive of ponds, which is the second sheet.

Intergolf Inc., PO Box 209, Dobbs Ferry, New York 10522
(914) 693 2024

DRAFT

ROADS - 15,450 LF

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED TOTAL |
|---|---|---|---|---|---|
| 1 | EROSION CONTROL | 1 | LS | 25,000.00 | 25,000.00 |
| 2 | STUMPING & REMOVAL - ALREADY DO! | 0 | AC | 1,000.00 | 0.00 |
| 3 | TOPSOIL STRIPPING | 10,000 | 0 | 1.40 | 14,000.00 |
| 4 | EARTHMOVING | 60,000 | CY | 2.00 | 120,000.00 |
| 5 | BOULDER REMOVAL | 1 | LS | 100,000.00 | 100,000.00 |
| 6 | GRADING | 1 | LS | 95,000.00 | 95,000.00 |
| 7 | COMPACTION | 1 | LS | 85,000.00 | 85,000.00 |
| 8 | DRAINAGE | 1 | LS | 745,000.00 | 745,000.00 |
| 9 | A. SUB BASE 4" MINUS | 16,000 | CY | 8.00 | 128,000.00 |
| | B. BASE 2" MINUS | 6,400 | CY | 8.00 | 51,200.00 |
| 10 | PAVING | 45,320 | SY | 12.75 | 577,830.00 |
| 11 | CURBS | 31,600 | LF | 3.50 | 110,600.00 |
| 12 | TOP SOIL REPLACE | 1 | LS | 20,000.00 | 20,000.00 |
| 13 | SEED HYDRO MULCH | 12 | AC | 2,000.00 | 23,000.00 |
| | | ROADS - 15,450 LF TOTAL | | | $2,094,630 |
| | MAINTENANCE ROAD | 1,020 | LF | 42.00 | $42,840 |
| | ROUGH GRADE CONDO AREA | 1 | LS | 110,000.00 | $110,000 |
| | Utility conduit | 12,500 | LF | 12.00 | 150,000.00 |
| | OFF Site improvements | 1 | LS | 212,398.00 | $212,398 |
| | | | | | $2,609,868 |

Note: All gravel from on site / Stumps buried on site.

*Brushy Brook Golf Course, Rhode Island.*

*Bid Proposal*

Intergolf Inc. PO Box 209, Dobbs Ferry, New York 10522
(914) 693 2024

**DRAFT**

DETENTION PONDS

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED TOTAL |
|---|---|---|---|---|---|
| 1 | EROSION CONTROL | 1.00 | LS | 30,000.00 | 30,000.00 |
| 2 | EARTHMOVING | 303,700.00 | CY | 1.65 | 501.105.00 |
| 3 | BACKFILL | 0.00 | CY | 1.50 | 0.00 |
| 4 | LINER | 0.00 | SF | 0.600 | 0.00 |
| 5 | STONE BALAST | 0.00 | CY | 2.00 | 0.00 |
| 5a | SUBSURFACE DRAINAGE SYSTEMS | 1.00 | LS | 200,000.00 | 200,000.00 |
| 6 | OUTLET STRUCTURES | 1.00 | LS | 100,000.00 | 100,000.00 |
| 7 | EMERGENCY SPILLWAY | 12,930.00 | SF | 4.00 | 51,720.00 |
| 8 | MAINTENANCE ACCESS | 620.00 | LF | 9.00 | 5,580.00 |
| 9 | BAFFELS | 5,500.00 | CY | 10.50 | 57,750.00 |
| 10 | DEWATERING | 1.00 | LS | 30,000.00 | 30,000.00 |
| 11 | HYDRO MULCHING | 15.00 | AC | 2,000.00 | 30,000.00 |
| | | | | | $1,006,155.00 |

LEGEND
LS = Lump Sum SF = Square Feet LF = Linear Feet AC = Acre
CY = Cubic Yard TN = Ton EA = Each

***Brushy Brook Golf Course, Rhode Island*** *Bid Proposal*

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

The above work has a cost projection to be a total of $3,616,023. The estimate was advanced 5/18/05

This is consistent with the costs advanced by such construction cost guide companies such as Marshall and Swift. However, because the cost to perform the work overlaps with the work to build the golf course, it is considered more accurate to use the cost basis of Intergolf Designs, adjusted for inflation.

Therefore, for our purposes, this figure is used for the hard cost of construction.
Hard cost to construct infrastructure for housing portion of PUD: $3,616,023

Additional costs are listed as:

| | |
|---|---|
| Developer's profit: 20%: | $3,668,000 |
| Carrying cost: | $1,100,000 |
| Insurance, interest, taxes, etc. | |
| Marketing: 5% | $ 917,000 |
| Subtotal: | $5,685,000 |
| Hard costs: | $3,616,023 |
| Total hard and soft cost: | $9,301,023 |

Therefore, the total cost to develop the residential housing site portion of the project is rounded to:

$9,300,000

TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net

*JAMES A. HOULE AND ASSOCIATES* *198 UNION STREET, PORTSMOUTH, RI 02871*

## GOLF MARKET ANALYSIS

### Introduction

The primary purpose of this analysis is to provide information regarding the golf market in general and the defined effective trade area in particular with a view towards identifying the basic elements of supply and demand. The subject is a proposed 18-hole, public daily fee golf course. The National Golf Foundation as "a privately owned facility that provides at least limited public access defines a public, daily fee golf course. This type of facility may be referred to as semi-private when memberships are also offered."

Golf market analysis is a creative process. Every facility and every market is unique, so each market analysis must be tailored to fit the specific situation. However, the analytic process is virtually identical for all facilities and markets. This process serves as the basic structure for all market analyses. It is the application of this structure that requires creativity.

One cannot simply impose the mode from one facility onto another. For example, demand for one facility may be based on local demand for golf as measured in rounds per capita within a specified radius; demand for another facility may be based on tourist demand as measured in rounds per lodging unit or per capita de facto population; a third may require examination of a combination of these factors. Creativity is required to identify relevant variables, determine how they can best be measured, and interpret the results.

The subject property is located in Hopkinton, Rhode Island. The larger effective market area includes the southern Rhode Island area, (including the counties of Washington, Kent, Bristol, Newport, and southern portions of Providence County) as well as the eastern portions of New London and Windham Counties of northeastern Connecticut. Generally speaking, the subject's market area lies south of Providence, Rhode Island, west of Newport, east of Interstate 395 in Connecticut, and north of Block Island/Rhode Island Sound. The primary market area is Hopkinton and surrounding communities that are within a twenty to thirty minute drive to or from the subject, including nearby Connecticut.

Extensive research conducted by the *National Golf Foundation* has shown that the primary indicators of golf participation are age and income; hence, employing the primary market's demographic structure and applying it to the findings of national and regional research, it is possible to develop an estimate of golf demand. Population density is also a consideration in predicting golf demand. From research conducted by the *National Golf Foundation*, regional statistics have been developed which are useful in estimating the number of potential golfers in the various age and income categories within the defined trade area. Thes data are then utilized as the empirical basis for estimates of potential rounds demanded annually by public golfers, based upon the age and the income categories. The estimated gold rounds are summed to provide an estimate of the total rounds that constitute aggregate demand within the defined trade area and are then compared with the known supply in the form of potential rounds

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

available which provides the basis for our market penetration conclusions for the subject property.

National Golfing Trends

In describing the current status of the golf industry, reference has been made to numerous studies conducted by the *National Golf Foundation*, the *United States Golf Association*, *PGA of America*, *Golf Magazine* Marketing Group, *Golf.com*, *Rigolf.com*, and the *Golf Traveler* Research Department. Information so derived has been analyzed as to source, applicability and reliability and forms the basis of the following discussion.

The first "commercial" golf course in the United States was established in Yonkers, New York in 1888 as a private country club. This set the precedent for the first golfing boom in the 1920's and most courses constructed prior to 1960 were private operations, generally clubs. For example, in 1953, fully 60 percent of all golf facilities in the country were private clubs.

A second nationwide surge in golf course construction occurred in the 1960's when course openings averaged 380 per year and the number of public courses increased dramatically. Growth leveled off in the 1970's, in large part due to rapidly increasing development costs, economic conditions, and competition from racquet sports, running, cycling, and other largely more active past times.

The correlation between income level and golf play also began to decline in the 1960's as ever increasing numbers of lower income persons, women and minorities were introduced to the game, a factor largely attributed to the growth in public facilities. This trend, as well as the aging of the "baby boom" generation, was the driving forces in the most recent surge in the demand for golf courses that began in the mid 1980's. The increased popularity of golf enhanced the sport's exposure to varied segments of society and re-shaped the game with regard to its acceptance of players other than the stereotypical well-to-do, white male country club member of the 1960's. As a result, private clubs today represent just 37.5 percent of all courses in the United States, although almost 50 percent of all courses in New England are private clubs.

In examining the health of the golf industry in general, the most important factor is participation as measured by the number of golfers relative to the total population. A total of 547.2 million rounds of golf were played in 1997, up from a total of 490.2 million rounds of golf that were played in the United States in 1995. The number of golfers had remained relatively steady at about 26 million through the 1990s.

Of the approximate 248.9 million residents of the United States in 1990, between 24.7 and 38.5 million, or 9.9 to 13.5 percent were defined as golfers by the various sources previously cited. Thus, not only is the definition of a golfer somewhat tenuous, but the total numbers are likewise suspect.

According to *A Strategic Perspective of the Future of Golf*, a study published in January 1999 by the *National Golf Foundation* and *McKinsey & CO.*, 40 million Americans want to play more golf or take up the game of golf. Numerous socioeconomic trends are

As we move further into the 21st century the prospects for overall growth in the golf industry are mixed. The growth trend in the percentage of female and blue collar golfers is encouraging. The aging of the population as a whole should also have a beneficial effect on the industry over the coming years. Although the percentage of the general population over the age of 40 does not represent the highest proportion of golfers by any definition, this segment nevertheless accounts for the greater number of rounds played. These two factors will have an important effect on the level and type of golf courses constructed throughout the nation.

Profile of the Public Golfer

As previously indicated, the subject property, upon completion, will be a nine-hole public daily-fee facility. Therefore, a profile of the public golfer, albeit based on national data, is therefore deemed to be relevant.

According to the *National Golf Foundation*, 79 percent of all public golfers are male, while 21 percent are female as compared with 77.8 and 22.1 percent respectively in 1991. The percentage of female golfers is expected to increase as they represent a higher proportion of beginning golfers.

Some 43 percent of public golfers are over 39 years of age and golfers in this group have an average participation rate of 7.6 percent while those who are under 40 years have an average participation rate of 9.6 percent.

The following chart illustrates the age distribution of public golfers on a national basis.

AGE DISTRIBUTION OF PUBLIC GOLFERS

| Age | Number of Public Golfers | Percentage of Total | Participation Rate (%) |
|---|---|---|---|
| 12 - 17 | 1,592,000 | 8.1 | 6.9 |
| 18 - 29 | 4,337,000 | 22.0 | 9.8 |
| 30 - 39 | 5,411,000 | 27.5 | 12.0 |
| 40 - 49 | 3,798,000 | 19.3 | 10.2 |
| 50 - 59 | 1999000 | 10.2 | 8.1 |
| 50 - 59+ | 665000 | 3.4 | 6.5 |
| 65+ | 1873000 | 9.5 | 5.5 |
| Totals | 19675000 | 100.0 | 9.48 |

*Sources: National Golf Foundation; Keyston Consulting Group, Inc.*

Some 65.3 percent of all public golfers have a family income above $40,000, and those with family incomes at or above this level have an average participation rate of 13.2 percent. In recent years, the most significant change in the profile of the public golfer is in families with incomes of $50,000 or more, which in 1988 accounted for 24.4 percent of the total but currently accounts for 49.6 percent.

The following chart illustrates family income distribution of public golfers on a national basis.

*JAMES A. HOULE AND ASSOCIATES* 198 UNION STREET, PORTSMOUTH, RI 02871

national and regional basis. From 1996 to 1997 the number of beginning golfers increased 51 percent to 3.0 million, while the number of junior golfers increased 34 percent to 2.4 million.

Effective Market Area

The delineation of the effective market area for a golf course is generally based in large part on national studies of how far and for how long golfers are prepared to travel to their most frequently played course. The results of these studies, conducted by the *National Golf Foundation*, are adjusted for local conditions particularly with regard to logical travel patterns as evidenced by the nature and extent of the existing roadway system within the confines of the geo-political subdivisions from which reliable demographic data is available.

In this instance the effective market area is defined primarily as the areas south of Providence, east of Interstate 95, north of Block Island and Long Island Sound, and west of and including Newport and Aquidneck Island. The primary market area is the town of Hopkinton and the immediately adjacent communities.

Characteristics of Supply

The supply of public and semi-private daily fee golf facilities in the subject's effective market area is presented on the following table. Private courses in the area provide secondary competition, and these would include the Misquamicut Golf Club in Misquamicut (18 holes); the Stonington Country Club (9 holes), Point Judith Country Club (18 holes), the Newport Country Club (18 holes); and Quidnessett in North Quidnessett (18 holes).

The following chart details the competitive golf facilities located within the subject's effective market area.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

area's golf demand is being met by the supply of golf courses that fall outside of our defined market area.

This figure also correlates with the *National Golf Foundation* estimate of 76 holes per 100,000 of population on a national basis. By utilizing this formula, and our projection that 80 percent of the subject market demand for golf will be met by courses located within the subject market area, it could be said that demand for golf within the defined subject market area, should be equivalent to 33 holes, or roughly 20.7 eighteen hole golf courses. When considering the existence of 4.5 private courses within the defined subject market area, added to the equivalent of thirteen public 18-hole courses, the yield is a shortage of golf holes in the subject market area of roughly 58 holes, or the equivalent of 3.2 18-hole golf courses. Again, we recognize that some of this demand is met by the public and semi-private courses in Kent, Providence, Bristol, and Newport Counties, not included in our market survey. Based on these figures, the additional supply of the subject golf course and others planned for the area should result in an equilibrium of supply and demand, rather than an excessive supply.

Reality would dictate that some for the courses receive more than their fair share of demand, while others receive less than their fair share. The reasons for some courses to receive more than their fair share are multiple, and include such factors as player preference, cost, course condition, layout, the time it takes to play, accessibility/location, professionalism of both the golfing population that utilize the facility, and the professionalism of course staff.

The households in the market area are characterized by a range of income levels, with Hopkinton having income levels at the state median, while Charlestown has a median income level which ranks 21st of the state's 39 cities and towns. Not recognized in this median income level for Charlestown is that Charlestown has the second highest percentage of seasonal housing in the State, trailing only Block Island. As of 1990, 36.2 percent of all dwelling units (1,087) were seasonal units. And, as of 1990, 54 percent of property owners in the Charlestown shore areas have a primary state of residence other than Rhode Island, while another 12 percent of property owners live in other Rhode Island communities. To summarize, out of town residents own 66 percent of all housing units south from Route 1 in Charlestown, and this positively affects seasonal population and buying power. Overall, Washington County enjoys median household Effective Buying Income levels of $44,136, which is significantly higher than the state of Rhode Island as a whole. Of note is that the population of Washington County comprises approximately 16 percent of our defined effective market area. When combined with Kent, Bristol and Newport Counties, they comprise roughly 55 percent of our defined market area demand. The median household EBI's of these counties are as follows: Kent County 1998 EBI, $40,920; Bristol County 1998 median household EBI, $34,306; Newport County 1998 median household EBI, $39,062. The percentage of the population between the ages of 18 and 49 within this market area approximates 50.

<u>Demand Factors</u>

As previously indicated, continuing studies by the *National Golf Foundation* have uncovered a set of national and regional statistical relationships and formulas which may

be employed in the estimation of golf demand at the local level. Our experience with these data indicates a high degree of accuracy – in the neighborhood of + or – 3 percent – and we have employed them in formulating our estimates of aggregate resident demand in the effective market area.

Locally generated resident demand is summarized on the following chart:

LOCALLY GENERATED RESIDENT DEMAND

| Item | Factor |
|---|---|
| Total Population | 600,680 |
| Tourist Population | +2% |
| Participation Rate | 12.5% |
| Number of Golfers | 76,587 |
| Rounds Per Golfer | 15 |
| Total Rounds | 1,148,80 |
| Percent Public | 78.1% |
| Rounds Public Demand | 897,217 |
| 18-Hole Equivalent Courses | 13.5 |
| % Rounds played within market | 80% |
| Rounds demand within market | 717,774 |
| Indicated Projected Demand Per Course | 53,168 |
| Regional Measured Demand Per Course | 39,500 |

*Sources: Keystone Consulting Group,Inc.*

We note that our model projects some of this demand being met by courses outside of the subject's immediate market area, as golf courses on Cape Cod, in New Bedford and in Fall River are easily accessible from locations that comprise some of our northern trade market area. Likewise, some of the population that comprises our western boundary, specifically New London and Windham Counties in Connecticut will likely play at course further west and north of our defined trade area.

Investor Demand

Per James Matthew, President of the Blackstone Group, a regional golf course brokerage firm, investor demand for golf courses in New England far exceeds the supply of properties for sale. As MR. Matthew stated in the August 1, 1997 issue of the *New England Real Estate Journal*, "When a course becomes available, it is sold in a few days." In 1999 Mr. Matthew indicated that buyers had a strong preference for looking at championship length courses that had been well maintained. A championship course is defined as being more than 6,000 yards in total length. Demand for golf courses and golf course sites is reportedly strongest for properties with a population of 200,000 persons within a 10 mile radius. Large undeveloped sites meeting this description are not available at prices which economically support golf course development. Therefore, the development of golf courses in New England has been pushed outward from densely populated urban areas to less populated suburban and rural-suburban areas. There are, however, investment groups that focus on purchasing practice facilities and executive length courses. One such group, golf Entertainment, Inc. (NASDAQ:GECC) plans on moving forward with its new business plan, with a focus on acquiring and consolidating its ownership of existing golf ranges and golf centers, and adding amenities and

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

The following descriptive material is largely based on personal inspections of the property, augmented by a review of the pertinent public documents, and discussions with local planning, zoning, and public works officials. The owners/ developers have also provided significant amounts of information regarding the planned course.

Site Location and Configuration

The overall description of the site is included at the start of the report. In total, there are about 358 acres comprising the subject site. Of this land, about 82 acres has been designated to contain the tees, fairways, traps, ponds, cart paths, etc. that constitute the golf course.

However, there are about 100 acres common to both the housing development and the golf course. Additionally, there will be common land containing wetlands, floor hazard areas, etc, which will be undeveloped; this is scattered throughout the project, as well. All of these opens and common areas will wrap around the golf course, making the course appear to occupy significantly more land. The site plan included in the report for the proposed planned unit development outlines this plan very well.

The clubhouse, practice greens, parking area and driving range are all clustered together near the entrance to the course. The main entrance to the project is planned to come off Dye Hill Road, with interior roads looping through the project, to the housing sites.

Topography, Soils and Natural Vegetation

The site varies in topography with areas that are generally level as well as areas that are slightly sloping and gently rolling. We are not experts in the area of soils analysis but the site appears to have soils that are adequate for the existing use. The subject site contains a variety of natural vegetation, including numerous conifer types. The developers plan on conducting selective cutting to sculpt the site into the planned golf course. A buffer zone of trees will line the north, south, east, and west boundaries of the site, creating a natural tree line between the golf course and the housing units.

Drainage and Irrigation

Based upon our inspection and interviews of the subject's owner, the site will be developed in such a manner as to allow for proper drainage of the course into large, centrally located man-made irrigation ponds. These ponds will be used to draw water for irrigating the course. Wells will also be installed to produce potable water for the clubhouse. A single loop irrigation system will be installed to enable groundskeepers to

TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net

*JAMES A. HOULE AND ASSOCIATES* 198 UNION STREET, PORTSMOUTH, RI 02871

irrigate the course from tees to greens, and all fairways in between. A private septic system will serve the clubhouse.

Deed restrictions

Our research indicated the presence of no adverse easements believed to affect the marketability, enjoyment, use or value of the subject property. These appraisers did not undertake a study of deed restrictions. Deed restrictions are a legal matter and only a title examination by an attorney or title company would normally uncover such restrictive covenants.

Flood Hazard Statement

According to the Flood Insurance Rate Map for the town, the subject is primarily situated in Flood Zone X. Flood Zone X is identified as an area of minimal flooding and is not considered a flood hazard area.

Hazardous Substances

We are not experts in determining the presence of hazardous substances defined as all hazardous or toxic wastes, pollutants, or contaminants (including asbestos, PC8, or raw materials) either used in construction or stored on the property. We were not provided with an environmental site assessment. Therefore, the value opinion included in this report reflects the assumption that any and all hazardous substances do not affect the subject.

Access

Direct vehicular access to the subject is provided via a curb cut off Dye Hill Road. Other vehicular traffic access will be available, but limited in use._

Utilities

The subject property is serviced by electric and telephone. Sewerage disposal will be via private on- site septic, and water will be via private on site wells. Heat is expected to be oil for the clubhouse, and either oil, waste-oil, or bottled gas for the maintenance building. The town of Hopkinton provides police and fire protection. As previously noted, the golf course will be irrigated with water from a man-made pond that will be constructed on site, and the clubhouse will also be served by private wells.

*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

Adjacent Land Uses

Land uses in the immediate area of the subject are primarily single family residential uses.

Zoning

The subject property is zoned Residential 80. Legally permissible uses, on a by right basis, in the Residential 80 zoning district include: Single family and two family residential developments; customary home occupations; community residences; family day care; field crops; general farms; timber tracts; forestry services; postal service; federal, state, and local governmental uses; non-profit membership organizations; and major parks (>5 acres). Those uses allowed by special permit in this Zoning District include the following: public and private schools; outdoor private land recreation, including golf courses.

There is no need to discuss exact zoning dimensions, as the special permitted use of the PUD does not relate exactly to those restrictions. All related zoning issues have been taken into consideration by the applicable municipal bodies.

We assume that "as complete" the subject will comply with all items required by the hypothetical receipt of this amended special permit and that the subject will be a legal, conforming use via special permit.

Summary

The site is functional for its proposed use, and has the natural characteristics that a developer of a golf course would seek. The owners report that perk tests have been performed on the site, and the availability of water is sufficient to support the proposed development. The natural vegetation and rural setting should prove to be an attractive backdrop to the proposed golf course development.

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

The subject owners provided the course layout to me. Based on this course layout, and the topography of the site, I would project the course to offer a level of difficulty consistent with the competitive courses in the area. The fairways, greens, and tee boxes will be of Bent grass. There will be a man-made pond on site that will present water hazards. Sand traps and bunkers will be prevalent throughout the course obtained.

The water source for irrigation will be a combination of on site wells, and a man-made irrigation pond. Septic disposal will be from an I.S.D.S to be located adjacent to the clubhouse. Parking areas will be located adjacent to the clubhouse, and will be adequate. Cart paths leading from tee boxes to fairways, and parking areas will either be gravel, or processed asphalt.

The golf course, upon completion, will be a par 72, and have a distance of roughly 6,470 yards. See attached course layout for each hole's specific length and design. The subject golf course as designed will be challenging by many standards. The layout provides many challenges for all skill levels. Accuracy off the tee is foremost. The water retention pond located on the course will add to the difficulty for several holes. The strategic positioning of sand traps and fairway bunkers will also contribute to a positive and challenging golf experience for all skill levels. In conclusion, the course will affect the skill levels of all players differently and provide a challenging golf round for most players. The course is forecast to offer an enjoyable experience to the many levels of skilled players, including the avid golfer, seniors, juniors, and females alike. Overall, the course should do well to compliment the existing supply base within its market area, as its function, by design, will be to offer an enjoyable and challenging golf experience to all levels of experience.

Construction Details and Conditions -Clubhouse

We have based the following construction details largely on conversations with the subject property owners. The owners indicate the clubhouse will be of conventional architectural design, with unfinished basement storage.

Foundation: Poured concrete

Structural Framing: Wood frame.

Exterior Walls: Wood siding.

Windows & Doors: Metal or wood exterior doors, windows to be of double glazed double hung design, or the equivalent.

Interior doors to be solid or hollow wood.

Roof: Gable pitched roof with asphalt shingle cover. There will reportedly be mezzanine office space within the upper level.



***401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM***

Ceilings: Painted sheetrock.

HV AC: Air conditioning and heat will each be central systems.

Fire Protection: The building will reportedly be equipped with smoke detectors and sprinklers.

Interior Finish: The interior finish of the clubhouse will reportedly be average,

and include VCT and carpeting floor covers, painted sheetrock or wood paneled walls, thin set tile hip walls in bathrooms with typical clubhouse fixtures. Florescent lighting throughout. The lounge area will contain a bar of typical club house quality, and the dining room will contain the essential amenities to produce items to be found on a limited menu. Refrigeration within the dining room will be adequate for the intended use. The basement level will be unfinished and have a cement floor. There will be limited partitions. Small office spaces will be included.

Other Amenities: Based on the conceptual plan of the course provided by the subject developers, the subject clubhouse will also include a patio area, overlooking the course.

Functional Utility: The building, upon completion, will be functional for its intended use as a golf course clubhouse and lounge facility of average quality interior finish. The clubhouse will presumably be constructed in a workman like manner, and be done so in conformance with all state and local building requirements.

Ancillary Site Improvements

Ancillary site improvements will include landscaping with natural vegetation, asphalt paved parking areas to serve the clubhouse and maintenance building. Many of the perimeter trees will be left in place to provide natural buffer zones. The parking areas will reportedly support 250 cars. A wood framed maintenance building will also be constructed on site. This structure will be situated upon a cement slab foundation and will be served by electrical and water utilities.

Summary

It is our opinion that the subject improvements, upon completion, will provide the necessary utility consistent with the intended use. These amenities should allow the subject to compete effectively in its market. The overall setting, layout of the course, and use of existing natural resources will contribute to the overall appeal of the course. The course will reportedly be constructed and marketed in such a manner as to create a competitive advantage within the market. The course design provides a challenge for many types of golfers due to the layout and hazards.

Conclusion

Based on the preceding data, the total market for daily fee course within the effective market area is presently underserved by the available golf courses, though the planned additions to supply will bring supply and demand closer to equilibrium. We have applied supply and demand formulas based on information published by respected sources in the national golf industry. It is unknown how the subject "as complete" will compete with the existing supply of courses in its market, though the information presented suggests that its addition to supply will not result in an oversupply to the market, but rather a response to the existing demand.

Our penetration model (or the rate at which the subject, upon completion, will attract its fair share of demand), will focus on the number of rounds each daily fee course in the effective market area would record if all were equally popular. Obviously such a situation rarely occurs and the level of play at any given course is subject to still further refinement based on a number of factors including course quality, greens fees, cart rental fees, management, number of members if any, and average time required to play a full round amongst others. However, the fair market share is a useful guide in determining whether or not a course is drastically out of balance with the market and, in general, serves as the basis for determining market penetration rates. In this regard, it will be noted that the properties presented in the Direct Market Comparison section of this report serve as direct competition to the subject.

Statistics show that juniors and women are becoming increasing factors in the demand for more facilities. These new facilities must be geared toward the emerging market, and offer the amenities demanded by the new age golfer. Overall, the diversification of the industry is imminent. Studies show that more alternative courses need to be built in order to capture a wider market of potential golfing consumers. The following market survey details the existing supply base in the immediate subject market area, and provides a good feel for the subject's directly competitive set, and the set that the subject, upon completion, will exist with.

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

## GOLF COURSE VALUATION

The valuation process weighs most heavily on the comparable sales analysis. Comparable sales of golf courses were included and analyzed.

The following pages contain recent golf course sales and pertinent data about each. Perhaps the strongest sale of any of the courses was that of the New England Country Club in Bellingham, Massachusetts. That property is a 312 acre, eighteen hole course with clubhouse. It is located on 180 Paine Street in Bellingham. The transfer was of corporate stock only. The corporation, which transferred, owned the golf course; because the stock transferred, rather than the real property by itself, the actual selling price was not listed.

However, during an interview related to this report, the selling price ascertained from the Tax Assessor's Office in that town was about $9,000,000. The main asset transferred was the golf course itself. Any other assets had little overall impact on value. Based on $9,000,000, the selling price per hole would be $500,000. Because specific information was unavailable, this is not included as a comparable sale.

However, this would be one of very few sales of courses being successfully managed and operated at the time of sale. Most courses tend to sell at a point at which they are performing less than successfully; when operating profitably, there is little incentive to sell. This is important for this report, as it provides meaningful data for comparison.

The sales used are the same sales that appear in the 2002 report. They are still applicable, as the overall market for golf courses has changed little in that time. Other, more recent sales which have not been included in this report, have been reviewed and they serve to support the findings herein.



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

GOLF COURSE SALES:
SALE #1

Name: Harbor Ridge Country Club
Location: 37 Harrison Road
Wallingford, Connecticut
Date of sale: June 26, 2000
Sale price: $5,275,000
Grantor: MDA Harbor Ridge, LLC and Harbor Ridge Golf Course, LLC
Grantee: Coastal Clubs, LLC

Zone: R-40 Residential

Rights: Fee simple

Conditions of sale: Arm's length
Terms of sale: All cash to seller
Verification: Mr. Jeff Dugas

Property Description:

Type: Public daily fee

Golf course acreage: 149.007
Number of holes: 18
Yardage: 6,065 yards
Par: Par 70

Rating:
Course: 68.2

Slope: 119
Driving range: Yes
Putting green: Yes

Comments: The property contains approximately 149.007 acres, comprising the assemblage of several parcels with various easements because of its location in the Pilgrim Harbor condominium development. The property is located in the southeastern section of New Haven County. The property fronts Interstate Route 91 with excellent access from a partial interchange via Woodhouse Avenue facilitated by exit 14. Access is available to southbound I-91 while northbound traffic directed north along Route 150 to Center Street about 3 miles from the on ramp at a full interchange via exit 15.

The course was originally a 9 hole layout built in 1978 and extended into an 18 hole facility in 1998. The original designer was Robert Trent Jones and the second nine was designed by Al



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

Zikorus and Ted Manning. The course features a rolling topography, narrow fairways, numerous bunkers and forced carries due to wetlands. The course plays to a par 70 with a slope of 119 and a rating of 68.2 from the back tees.

The clubhouse contains 9,235 square feet on one floor with lockers for both men and women, a 40 seat grill room, pro shop and bag storage area, along with administrative offices. There is a detached maintenance building and approvals for a 13,500 square foot 450 seat banquet facility.

There is an irons only driving range with ten mats. The equipment is older, while some newer mowers are leased. In general, the equipment was valued at $200,000. In addition, there are about 75 carts, leased for about $58,000/ annum.

The soils and drainage are considered good. The tees, greens and fairways all have an irrigation system in place. The overall condition of the grounds is good.

Sales price:

A national golf course broker was marketing the course at an asking price of $6,500,000. The final offer and acceptance was at $5,200,0000. As part of the sales agreement, the buyer was responsible for building bathrooms for the homeowners association, adjacent to the pool, at a cost of about $25,000 plus another $50,000 in capital repairs (cart paths) that were incomplete at the closing date. The adjusted selling price would be $5,275,000.

Units of comparison:

| | | |
|---|---|---|
| Price per hole: | $293,056 | |
| Price per acre: | $35,401 | |
| Gross revenue multiplier: | 2.77 | |
| Greens fee multiplier: | | 5.41 |

Economic data:

| | | |
|---|---|---|
| Gross income: | $1,900,000 pro forma | |
| Gross green fees: | | $975,000, based on buyer's pro forma |
| Operating expenses: | | $1,300,000 (pro forma) |
| Net operating income: | | $600,000 (pro forma) |
| Capitalization rate: | | 11.4% |

Operating data:

| | |
|---|---|
| Rounds projected: | 32,000 |
| Number of members: | 50-75 |
| Membership fees: | $2,800 for a single and $3,350 for a couple |

*Subject property: Reserve at Brushy Brook*

Greens fees: $42.00 weekdays, $52.00 weekend, inclusive of carts

Cart fee: In green fees

Comments:

The course has little history since it opened only in midyear 1999. From June to September 1999, the course generated $1,180,000 in gross revenue. This was the basis of the projected income of the buyer.

**_JAMES A. HOULE AND ASSOCIATES_** _198 UNION STREET, PORTSMOUTH, RI 02871_

SALE #2

| | |
|---|---|
| Name: | Laurel Lane Golf Course |
| Location: | 309- 311 Laurel Lane South Kingstown, RI |
| Date of sale: | June 22, 1997 |
| Sale price: | $2,900,000 |
| Grantor: | Laurel Lane Golf Course, Inc. |
| Grantee: | Joseph A. Videtta |
| Rights: | Fee simple |
| Conditions of sale: | Arm's length |
| Terms of sale: | All cash to seller |
| Verification: | Golf Realty Advisors, Inc. |

Property Description:

| | |
|---|---|
| Type: | Semi private |
| Golf course acreage: | 181.49 |
| Number of holes: | 18 |
| Yardage: | 5,806 yards |
| Par: | Par 71 |
| Driving range: | Under construction |
| Putting green: | Yes |

Comments: The property contains approximately 181.49 acres. The course topography exhibits partially flat and partially rolling terrain with several ponds and other natural features. The property was in average condition at the time of the sale and has some cart paths and irrigation on the tees and greens.

The course was built in 1961 to 1966, with an unknown designer. There are five structures: a manager's house of approximately 1,400 square feet, a caretaker's house of approximately 1,250 square feet, maintenance shed of approximately 3,200 square feet, a utility building of 1,440 square feet and a clubhouse containing a gross building area of 1,801 square feet.

At the time of the sale, this property was operated as a semi private facility. Daily greens fees for 18 holes are $20.00 on weekdays and $25.00 on weekends. The most recent information indicates 38,255 annual rounds played.



**_401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM_**

The entire site contains land on either side of Laurel Lane. An additional 50 acres of raw land abutting the golf course was included in the sales price. The new owner is currently constructing a driving range. The property was originally offered for $3,30000,000. However, after two months of limited exposure, it sold for $2,9000,000. Feedback from the marketplace is that many perspective buyers were caught unaware of the offering and did not have an opportunity to present an offer. The projected gross operating income for 1997 is $884,038 and the net operating income is $354,000.

Units of comparison:

| | | |
|---|---|---|
| Price per hole: | $161,111 | |
| Price per acre: | $15,978 | |
| Gross revenue multiplier: | 3.28 | |
| Greens fee multiplier: | | 3.79 |

Economic data:

| | | |
|---|---|---|
| Gross income: | $884,038 projected | |
| Net operating income: | | $354,000 projected |
| Capitalization rate: | | 12.2% |
| Operating data: | | Not available |

Comments:

The property overall is in average condition. The course is only of moderate difficulty. The clubhouse is relatively small. The early 1960's design is in need of modernization.

SALE #3

Name: Seaview Golf Course
Location: 150 Gray Street,

Warwick, Rhode Island

Date of sale: June 1998
Sale price: $2,000,000
Grantor: SCC/LCC
Grantee: J & A Golf
Rights:

Fee simple

Plat/ lot: map 378, lot 157

Property Description:

Type:

Public daily fee

Golf course acreage: 56.3 acres
Number of holes: 9
Yardage: 3,050 yards
Par:

Par 35

Driving range: Yes
Putting green: Yes
Clubhouse: Yes, with banquet facilities

Comments:

Property has suburban location, with pro on site. Club memberships are accepted, although number available not known. Property has driving range. Greens fees are $20 plus cart rental for 18 holes, $24 on weekends. Nine holes are about 3,000 yards, slightly shorter than an average nine in an eighteen hole course.

Sales price:

$2,000,000

Units of comparison:

Price per hole:

$222,222

Price per acre:

$35,523

Economic data:

No income or expense information was available, nor was the cost of membership.

*Subject property: Reserve at Brushy Brook*

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

SALE #4

Name: Firefly Golf Course
Location: 350 Fall River Avenue

Seekonk, Massachusetts, near East Providence city line
Date of sale: June 1994
Sale price: $4,730,506
Grantor: Monarch Industries, Inc.
Grantee: Seekonk Golf Club, Inc.
Rights:
Fee simple
Plat/ lot: plat 14, lots 78 & 96

Property Description:

Type:
Public daily fee
Golf course acreage: 67.11 acres
Number of holes: 18, was par three course at time of sale, now par 60
Yardage: 2,600
Par:
Par 60
Driving range: No
Putting green: No
Clubhouse: Yes, 19,000 square foot building

Comments:

Property contains a racquetball club, large restaurant/ clubhouse. Memberships are taken, although number available not known. Property has driving range. Greens fees are $18.50 plus cart rental for 18 holes, $20 on weekends. Cart rental listed at $20/ 18 holes.

Sales price:
$4,730,506

Units of comparison:

Price per hole:
$262,806
Price per acre:
$70,494

Economic data:

*Subject property: Reserve at Brushy Brook*

401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM

JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871

No income or expense information was available, nor was the cost of membership.

SALE #5

Name: Ballymeade Country Club
Location: Falmouth Woods Road
Falmouth, Massachusetts, near Camp Edwards Military Facility
Date of sale: March 1993
Sale price: $6,200,000
Grantor: FDIC
Grantee: Ballymeade Development Corporation
Rights:
Fee simple, heavily encumbered by 40 easements and covenants
Plat/ lot: plat 2, lots A

Property Description:

Type:
Public daily fee
Golf course acreage:213 acres, w/ a large portion cleared for residential development
Number of holes: 18
Yardage: Not available
Par:
Not available
Driving range: No
Putting green: No
Clubhouse: Yes, restaurant and bar, no banquet facilities

Comments:

As implied by Grantor, this property was the sale of a foreclosed property by FDIC. It had striking income potential at one time for residential development, although, due to the numerous utility easements, most in connection with Camp Edwards, as well as restrictions due to proximity to wetlands, not a single lot was sold. Nevertheless, this property still had tremendous potential at time of sale for future development beyond that of a golf course.

Fees are seasonal, ranging from $35 to $38 including carts. Pro on site.

Sales price:
$6,200,000

Units of comparison:



***401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM***

Price per hole:

$344,555

Price per acre:

$29,107, including the undeveloped area

Economic data:

No income or expense information was available, nor was the cost of membership.

Additional comments:

This is an important sale for purposes of this report, in spite of the date of sale or the fact that it was distressed, by virtue of being a resale of foreclosure. This is due to the fact that it was a sale of a golf course and potential residential development.

The actual number of potential residential sites is not clear, due to the numerous obstacles that must be overcome prior to development. The entire parcel is about 35% smaller than the subject, so the assumption must be that there would be less land available for residential use. This is somewhat offset by the fact that Falmouth real property values have historically been higher than in the area of the subject.

For our purposes, we can make an assumption that the residential portion might have about equal value to the subject's residential portion. Further, it is not unreasonable to assume that the golf course value is about equal to the subject golf course, as there seems little quantifiable difference in value between Massachusetts courses and Rhode Island courses.

If these assumptions are even approximately correct, then this sale gives us significant information in the overall valuation of this project. The sale, which took place in 1993, would have to be adjusted for time, as much as 10%/ year since 1993. This is based on overall appreciation factors found in Massachusetts since that time. Next, an adjustment for the nature of the sale must be made. The fact that the property was distressed at time of sale may have impacted the value by as much as 10- 20%. Lastly, the uncertainty of the resolutions of the restrictions and easements would cast substantial impact over the value of the property.

Taken together, these factors could increase the value of the property to as much as $15,000,000 in today's market. Of course, the costs to develop the golf course must be deducted from this figure, as the golf course was in place at the time of the sale. The clubhouse was average in size and it lacked such items as a driving range. Based on today's development costs for a golf course, including developer's profit and soft costs, this would bring the final adjusted value of this property to about $8-9 million, when compared to the subject.

*JAMES A. HOULE AND ASSOCIATES* 198 UNION STREET, PORTSMOUTH, RI 02871

## COMMENTS REGARDING SALES DATA

The sales were the most similar properties available to use as comparison to the subject. There have been limited sales of golf courses in the last 10 years.

Quite frankly, considering the enormous popularity that golf has experienced in the last decade, the limited number of sales is somewhat surprising. Most of the sales in that period are of courses that might not be deemed "profitable".

Several sales in the early 1990's were of properties either being resold after foreclosure or that were in the process of being foreclosed upon. The truly well maintained, established courses were not transferring title. However, during the same period, numerous new courses were being constructed.

These facts would seem to indicate two facts. First, most courses were profitable enough to make a sale less than desirable. Second, there is, indeed, sufficient demand to make the construction of several new facilities economically viable.

In fact, part of this market demand is based on changes in play, as well. Course layouts have become much more complex. Equipment has improved, forcing further changes in the designs of the courses. This serves to make newly designed courses much more attractive to the general market.

It is possible that the limited sales are also due to the type of ownership of many courses. Club membership may be great enough to keep many courses financially strong. However, even if this was true, it does not diminish the fact that many new courses have been built.

Therefore, review of the sales in an effort to find meaningful data must be undertaken with these facts in mind. This would make sale #1, sale #5 and the reported, but unconfirmed, sale of the New England Country Club in Bellingham most applicable to a comparison to the subject.

The other sales display somewhat greater inherent weaknesses in comparison to the subject. Sale #2 is at a point in its effective life at which a complete renovation appears to be in order. Sale #3 is a converted par three course, vastly inferior to the subject overall.
Sale #4 is a slightly short nine-hole course.

Although these all provide additional data, important to the comparison, they are not given as great weight as the three sales discussed in the next paragraph.

Sale #1 is a newer course, having only been rebuilt in 1998, opening for business in 1999. It is somewhat shorter than the subject, with a lesser degree of difficulty. With adjustments for length and the year since sale, the adjusted value per hole would be in excess of $300,000.

Sale #5, as discussed above, is similar to the subject in that it included a housing development as well as a golf course. Based on applicable adjustments, the value of this property would be close to $475,000/ hole. However, this does include value for the potential residential development. Although we can only speculate as to the residential development value, for purposes of



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

discussion herein, a 20% adjustment is made, reducing the value of the property to perhaps $380,000/ hole in comparison to the subject.

The unconfirmed sale in Bellingham is very recent and requires little overall adjustment. Applicable adjustments here would be for established operating record and perhaps superior location. These adjustments would reduce the value per hole here to perhaps $400,000, when compared to the subject.

Therefore, our most applicable sales give us adjusted values of:

| | |
|---|---|
| Sale #1: | $300,000 |
| Sale #5: | $380,000 |
| Unconfirmed sale: | $400,000 |

Using these adjusted values as a basis, the value indicated for the subject property is approximately $400,000/ hole, or $7,200,000 overall value. This assumes, of course, that the subject course is in a completed stage of development.

Therefore, after analyzing all data reported, the value, as indicated by the Market Data Approach to Value, for the course, ***when finished***, is:

***SEVEN MILLION, TWO HUNDRED THOUSAND DOLLARS***
***$7,200,000***



***401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM***

## COST TO CONSTRUCT GOLF COURSE

The costs to develop the golf course portion of the subject PUD are as follows:

The bid is a copy of that presented to the developers by Intergolf Design in mid 2005. It is comprised of two pages, both seen herein.

**Intergolf Inc., PO Box 209, Dobbs Ferry, New York 10522**
**(914) 693 2024**

**DRAFT**

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED TOTAL |
|---|---|---|---|---|---|
| 16 | GRASSING | | | | |
| | a. Greens | 114,000 | SF | 0.09 | 10,260.00 |
| | b. Tees | 130,000 | SF | 0.09 | 11,700.00 |
| | c. Fairways | 40 | AC | 700.00 | 28,000.00 |
| | d. Roughs & Secondary Roughs | 40 | AC | 650.00 | 26,000.00 |
| 17 | SODDING - Bluegrass | 175,000 | SF | 0.35 | 61,250.00 |
| 18 | MULCHING | | | | |
| 19 | EROSION REPAIR | 100,000 | | 0.50 | 50,000.00 |
| 20 | BRIDGES | 850 | LF | 225.00 | 191,250.00 |
| 21 | CART PATHS - 6' Wide Gravel | 30,000 | LF | 5.50 | 165,000.00 |
| 22 | FAIRWAY & ROUGH DRAINAGE | 1 | LS | 75,000.00 | 75,000.00 |
| 23 | MISCELLANEOUS | | | | |
| | a. Boulders | 1 | LF | 90,000.00 | 90,000.00 |
| | b. Pond Liner | 200,000 | SF | 0.600 | 120,000.00 |
| | | | | Total | 3,344,105.35 |

LEGEND
LS = Lump Sum SF = Square Feet LF = Linear Feet AC = Acre
CY = Cubic Yard TN = Ton EA = Each

***Brushy Brook Golf Course, Rhode Island***

*Bid Proposal*

*Subject property: Reserve at Brushy Brook*

**Intergolf Inc., PO Box 209, Dobbs Ferry, New York 10522**
**(914) 693 2024**

**DRAFT**

| ITEM NO. | DESCRIPTION | ESTIMATED QUANTITY | UNIT | UNIT PRICE | EXTENDED TOTAL |
|---|---|---|---|---|---|
| 16 | **GRASSING** | | | | |
| | a. Greens | 114,000 | SF | 0.09 | 10,260.00 |
| | b. Tees | 130,000 | SF | 0.09 | 11,700.00 |
| | c. Fairways | 40 | AC | 700.00 | 28,000.00 |
| | d. Roughs & Secondary Roughs | 40 | AC | 650.00 | 26,000.00 |
| 17 | **SODDING - Bluegrass** | 175,000 | SF | 0.35 | 61,250.00 |
| 18 | **MULCHING** | | | | |
| 19 | **EROSION REPAIR** | 100,000 | | 0.50 | 50,000.00 |
| 20 | **BRIDGES** | 850 | LF | 225.00 | 191,250.00 |
| 21 | **CART PATHS - 6' Wide Gravel** | 30,000 | LF | 5.50 | 165,000.00 |
| 22 | **FAIRWAY & ROUGH DRAINAGE** | 1 | LS | 75,000.00 | 75,000.00 |
| 23 | **MISCELLANEOUS** | | | | |
| | a. Boulders | 1 | LF | 90,000.00 | 90,000.00 |
| | b. Pond Liner | 200,000 | SF | 0.600 | 120,000.00 |
| | | | | Total | 3,344,105.35 |

LEGEND
LS = Lump Sum  SF = Square Feet  LF = Linear Feet  AC = Acre
CY = Cubic Yard  TN = Ton  EA = Each

***Brushy Brook Golf Course, Rhode Island***

*Bid Proposal*

Second page of proposal for cost to build golf course

*Subject property: Reserve at Brushy Brook*