The clubhouse and utility building are to be constructed at a cost of approximately $650,000 for both. This is based entirely on price forwarded by developers. This appraiser was not given a detailed plan for the clubhouse, so could not independently calculate the cost to construct.

With the infrastructure cost, the total cost to develop is $3,994,105.

Therefore, for our purposes, this figure is used for the hard cost of construction.

Additional costs are listed as:

| | |
|---|---|
| Developer's profit: 15%: | $1,080,000 |
| Carrying cost: Insurance, interest, taxes, etc. | $ 500,000 |
| Marketing: 5% | $ 360,000 |
| Subtotal: | $1,940,000 |
| Hard cost (from above) | $3,994,105 |
| Total hard and soft cost: | $5,934,105 |

Therefore, the total cost to develop the golf course portion of the project is rounded to: $5,934,105

## RECONCILIATION AND FINAL OPINION OF VALUE: GOLF COURSE IN "AS IS" CONDITION

The final calculation to estimate the value of the golf course portion of the PUD, in an "as is" condition is as follows:

First, the total value of the course as finished is estimated:
$7,200,000

Next, the total cost to construct is estimated and deducted
From the value:

-5,934,105

The remainder figure is then used as a final estimate of value: $1,265,895

Therefore, based on the full analysis outlined above, the estimate of value of the golf course portion of the subject property, in an "as is' condition, in fee simple estate, as of the date of this report, is estimated to be:

***ONE MILLION, TWO HUNDRED, SIXTY- FIVE THOUSAND DOLLARS ($1,265,000)***



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

***JAMES A. HOULE AND ASSOCIATES*** ***198 UNION STREET, PORTSMOUTH, RI 02871***

## OVERALL RECONCILATION AND CONCLUSIONS

In this report, each portion of the subject Planned Unit Development has been separated and valued independently, using the same process. The full retail value of the property, as if finished was estimated and then the costs to develop the property were deducted. The residual value, in each case, became the final estimate of value for that portion of the project.

Our purpose here is to simply combine each of those figures into a final estimate of value for the subject, in an as is condition.

To that end, each value found is listed:

Golf course:
$1,265,000

Residential housing sites:
$9,000,000

Total value of both portions:
$10,265,000

This value then becomes the final estimate for the entire project. Therefore, based on all data found and reviewed, it is the opinion of these appraisers, that the final opinion of value, for the planned unit development, known as The Reserve at Brushy Brook, in fee simple estate, as of June 22, 2001, assuming final approvals in place, is:

***TEN MILLION, TWO HUNDRED, SIXTY –FIVE THOUSAND DOLLARS***
***$10,265,000***

However, from this figure, the deduction for the cost needed to regain the expired permits must be made. Again, the cost to regain the permits has been presented to this appraiser as a maximum of $300,000. The time involved is a matter of a few months, not enough to impact the carrying costs already calculated in each section above.

If the $300,000 is deducted, the adjusted total would be $9,965,000, rounded to $10,000,000.

Therefore, the final opinion of value for the complex, as of August 2005 is estimated to be:

***TEN MILLION DOLLARS***
***$10,000,000***



***401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM***

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

## CERTIFICATION

I certify that, to the best of my knowledge and belief, ...
- the statements of fact contained in this report are true and correct.
- the reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
- my compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event. The appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.
- I have made a personal inspection of the property that is the subject of this report.
- no one provided significant professional assistance to the persons signing this report.
- my analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Practice. The report format is considered to be limited. The departure Provision of USPAP has been invoked in the development or reporting of this appraisal.
- data on current revenues, expenses, and vacancies for the subject property have been analyzed and reported.
- any personal property, fixtures or intangible items that are not real property but are included in the appraisal have been identified and separately analyzed, and in impact of their inclusion or exclusion on the estimate of market value has been discussed in this report.
- If any information required or deemed pertinent to the completion of an appraisal was unavailable, that fact and the effort to obtain the information have been disclosed and explained in this report.
  - James A. Houle is currently a Rhode Certified General Appraiser –
  - Certificate number A00769G.

In my opinion, the market value of the fee interest of subject property as of August 2005, is:

($10,000,000) TEN MILLION DOLLARS

DATE: 26 March 2007

Respectfully submitted,

James A Houle

James A. Houle, RI Certified General Appraiser #A00769G



***401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM***

*JAMES HOULE & ASSOCIATES 198 Union Street*
*Portsmouth, Rhode Island 02871*

Voice: 401- 846- 5225
Facsimile: 401- 846- 1818
******************************************

# QUALIFICATIONS OF APPRAISER

## JAMES A. HOULE

### LICENSING:

Rhode Island Appraisal Certification: #A00769 G
Rhode Island Real Estate Broker: #B09805

### BUSINESS EXPERIENCE:

| | |
|---|---|
| James Houle & Associates, Portsmouth, RI<br>Real Estate Appraisal, Consulting & Brokerage Services | 1981- Present |
| Deputy Tax Assessor, City of Newport, RI<br>Appraisal and Mass Assessment Services | 1990- 1998 |
| Gold Star Group, Middletown, RI<br>Real Estate Education and Franchise Development | 1988-1989 |
| Atlantic Properties, Middletown, RI<br>Principal Broker | 1985-1988 |
| L.H. Houle Realty, Stafford Springs, Conn.<br>Consulting Broker | 1975-1983 |
| Better Homes Realty, Middletown, RI<br>Principal Broker | 1978-1981 |
| Heritage Realty, Newport, RI<br>Associate Broker | 1975-1978 |
| Kennan Associates, Cumberland, RI<br>Associate Broker | 1973-1975 |

### PROFESSIONAL QUALIFICATIONS AND RELATED BOARDS:

ACTIVE:
Licensed Real Estate Broker, Rhode Island
Licensed Auctioneer, Rhode Island (Approved for Real Estate Sales)
Certified Real Estate Appraiser, Rhode Island
Approved by State of Rhode Island, Office of Municipal Affairs, to perform city- wide mass appraisals and revaluations, as required by Rhode Island law
Board of Realtors, ( Officer of Newport County Board, 1975)

### RELATED EDUCATION:

Society of Real Estate Appraisers, course #101 Introduction to Appraisal
Society of Real Estate Appraisers, course #102 Small Income Property Appraisal
R.I. Tax Assessor's Administrative Course

*Subject property: Reserve at Brushy Brook*

*JAMES A. HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871*

Graduate Realtor Institute, Board of Realtors
Uniform Standards of Professional Practice, University of Rhode Island
Income Approach to Property Valuation, University of Rhode Island
Practical Application of Income Approach to Value, University of Rhode Island
Seminars:
Impact of Environmental Issues in Appraisals, RI Board of Realtors
Rhode Island Tax Law, NLI Institute
Performing an In House Revaluation, International Order of Assessing Officers
Lead Issues in Real Estate, RI Board of Realtors
Tax Issues in Real Estate, RI Board of Realtors
Appraiser as Expert Witness, RI Board of Realtors

Seminars as Approved Instructor:
Real Estate Tax Assessment: How to Judge its Equity
Real Estate Financing: Conventional and Creative

APPRAISAL EXPERIENCE:
Active since 1976, performing appraisals of single and multi family housing and commercial/ industrial
properties.
Experience in appraising impacted/ contaminated properties
Experience in appraising specialty/ partial interests
Experience in appraising water related utilities
Accepted as expert in Rhode Island Civil Court
Accepted as expert in Rhode Island Superior Court
Accepted as expert in Rhode Island Bankruptcy Court
Accepted as expert before several Rhode Island community Boards of Tax Appeals
Accepted as expert before several Rhode Island Zoning Boards of Appeal



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

***JAMES A. HOULE AND ASSOCIATES*** *198 UNION STREET, PORTSMOUTH, RI 02871*

LENDING INSTITUTIONS REPRESENTED:

Residential Mortgage Company, Providence, RI
Boston Five Cent Savings Bank, Providence, RI
Plymouth Mortgage Company, Middletown, RI
Commonwealth Mortgage Company, Middletown, RI
Fleet Mortgage Company, Providence, RI
People's Credit Union, Middletown, RI
Citizen's Savings Bank, Riverside, RI
Navy Federal Credit Union, Middletown, RI
Pier Bank, Narragansett, RI
FEC Mortgage Company, Foxborough, Mass.
Loans for Homes , East Greenwich, RI
Colonial Mortgage Company, East Providence, RI
Rhode Island Mortgage Store, Cranston, RI
Business Lenders, Providence, RI
Howes Funding, Cranston, RI
Commerical Loan Inventors, Cranston, RI
Greentree Mortgage Company, Atlanta, GA

Other significant clients:
Ford Motor Company
NYNEX (Bell Atlantic)
Stone Bridge Water District, Tiverton, RI
Newport, RI Public Utilities Department
Church Community Housing Corporation, Newport, RI



*401-846-5225, FAX: 401-846-1818, E-MAIL: HOULEAPPRS@AOL.COM*

**COMPLETE APPRAISAL - SUMMARY REPORT**

**Of A**

**Planned Unit Development**
**Containing an 18 Hole Golf Course and 134 Residential Units**

**Located At**

**130 Dye Hill Road**
**Hopkinton, Rhode Island**

PREPARED FOR
John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

PREPARED BY

James A. Houle
Rhode Island Certified General Appraiser
Certification #A00769G

HOULE & ASSOCIATES
198 Union Street,
Portsmouth, Rhode Island 02871
(401) 846- 5225

Effective "As Is" Market Valuation Date

April 2002

Report Date
March 26, 2007

*Subject property: Reserve at Brushy Brook*

*JAMES A. HOULE AND ASSOCIATES* 198 UNION STREET, PORTSMOUTH, RI 02871 

John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

March 26, 2007

Dear Mr. Boyajian::

At your request, I have inspected the subject property located at 130 Dye Hill Road, Hopkinton, RI. The property consists of several lots, identified as tax assessor's plat map 20, lots 18, 18B, 19, 21, 22B of the Town of Hopkinton, RI. The analysis of the property was performed to estimate the current market value of the property in an as is condition, as of the date of April 2002.

The property consists of 358.2 acres +/- of primarily vacant land. The only current improvement to the property is a detached, wooden frame, raised ranch style home, approximately 30 years old.

The owners have received preliminary approval for the construction of a planned unit development from the Town of Hopkinton. At the time of this report, only a final, "rubber stamp" approval awaits before full approval is granted. In August 2001, the a special Planning Board meeting, the final approval was granted.

The Planned Unit Development includes an eighteen hole public golf course and one hundred, thirty four residential units. These are to be divided into sixty-eight (68) townhouse condominium units and sixty-six detached single-family house sites. The townhouse units will contain no less than 1,200 square feet of living area and the detached homes will contain a minimum of 2,000 square feet of living area.

The purpose of this report is to estimate the market value of the property in an "as is" condition, including the final approval of the Planned Unit Development. The manner in which the analysis will be performed will be to estimate the value of the development in two parts, the housing and the golf course. Because both segments of the project require construction at the same time, the values of each segment will be combined into a final opinion of value for the property.

The analyses and conclusions within the attached summary appraisal report are based upon field research, interviews with market participants and publicly available data collected by the appraisers. This report has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice. Included is a summary description and analysis of the real estate, all pertinent data, valuation methodology, supporting relevant exhibits and any necessary addenda.



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

The purpose of the inspection was to estimate the market value of the subject property as of the date of the inspection. Based upon the analysis herein, it is my considered opinion that the Market Value of the subject property as proposed is:

*** $8,100,000 ***
EIGHT MILLION, ONE HUNDRED THOUSAND DOLLARS

Further, it is acknowledged that this appraiser has performed similar analyses and appraisals of the subject property in the past, the last full report prepared in 2001. Although that report, or any other report, is not directly incorporated in this report, data collected at the time of that report are used herein.

Respectfully submitted,

James A. Houle

James A. Houle,
RI Certified General Appraiser #A00769G



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

## PROPERTY IDENTIFICATION

The property appraised in this report is located in Hopkinton, Rhode Island and is identified on municipal tax rolls as follows:

| | |
|---|---|
| ***Address:*** | 130 Dye Hill Road<br>Hopkinton, RI 02832 |
| ***Map/Lot:*** | 20/18, 18B, 19, 21, 22B |
| ***Total land area:*** | 358.19 acres |
| ***Owner of Record:*** | Stone Ridge, Incorporated |
| ***Title Reference:*** | Hopkinton, RI land evidence records:<br>See deed copies in addenda |
| ***Census Tract:*** | 507 |
| ***Flood map:*** | Map 440028-0002B, 3/16/81, zone C<br>Not considered a flood hazard zone |
| ***Zoning:*** | Area is zoned R-80, 80,000 sf/ lot, residential use.<br>Subject property has been rezoned to allow for the special PUD approvals |
| ***Occupancy:*** | Vacant land |
| ***Sales History:*** | The subject has been owned by the current owners for at least five (5) years prior to date of report. Property is not currently offered for sale in an open market situation. |
| ***Easements:*** | None noted. |
| ***Real property assessment:*** | Taxes stabilized to prearranged payment during construction of PUD |
| ***Taxes:*** | Projected to be under $10,000 for first year |

SUMMARY OF SALIENT FACTS

***Subject Property:*** The subject property is an essentially vacant tract of land on Dye Hill Road, Hopkinton, RI. It is in a natural state of vegetation, with small amounts of land cleared for a single family home site and for limited access roads.

***Present use:*** Vacant land, with improvement of one single family house

***Highest and best use:*** Planned Unit Development

***Final Market Value Estimate:*** $8,100,000

***Subject to:*** No conditions

***Estimated Marketing Time:*** Less than one year

***Effective Date of Appraisal:*** April 2002

***Date of Report:*** 26 March 2007

***Presented to:***

John Boyajian, Esquire
182 Waterman Avenue
Providence, RI 02906- 4015

***Compiled by:*** James A. Houle,
Houle & Associates,
198 Union Street
Portsmouth, RI

PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the property at 130 Dye Hill Road, Hopkinton, RI in an "as is" condition, with PUD approvals in place.

The function of the report is to advise interested parties as to the market value for potential legal action.

Definition of Market Value. For the purpose of this report Market Value is defined as "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, and knowledgeably and assuming the price is not affected by undue stimulus." Implicit in this definition is the consummation of a sale as of a specified date, and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;

2. both parties are well informed, or well advised, and acting in what they consider their best interest;

3. a reasonable time is allowed for exposure in the open market;

4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto and

5. the price represents the normal consideration for the property sold, unaffected by special or creative financing amounts or sales concessions granted by anyone associated with the sale.

Scope of the Appraisal. The scope of the appraisal included a thorough inspection of the subject property, collection and familiarization with market data, and preparation of the narrative report.

Competency Provision. The appraiser is sufficiently competent to appraise this type of property. I have appraised several such properties during a career spanning approximately thirty years.



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

CONTINGENT AND LIMITING CONDITIONS

This appraisal report, the letter of transmittal and the certification of value are made expressly subject to the following assumptions and limiting conditions as well as those expressly stated in the report.

1. No responsibility is assumed for matters legal in nature. Nor is any opinion rendered as to title, which is assumed to be marketable. The property is assumed to be under responsible management for the purposes of this appraisal.

2. Sketches in this report are included to assist the reader and no responsibility is assumed for accuracy. No survey has been made specifically for this report.

3. Unless arrangements have been previously made, appearances in court or requirements to give testimony are not included in the fee.

4. The distribution of value in this appraisal between land and improvements applies only to the stated program of utilization and are invalid is used with any other appraisal.

5. It is assumed that there are no hidden or unapparent conditions of the property, including subsoil, which would render it more or less valuable. No responsibility is assumed for such conditions or for research that might be required to discover such factors.

6. Information, estimates and opinions furnished to this office and relied upon for this appraisal assignment were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy can be assumed.

7. Neither all nor any part of the contents of this report, or copy thereof, shall be used for any purpose by any other than the client without the written consent of the appraiser and/or the client. Nor shall it be conveyed by any other than the client to the public through advertising, public relations, news, sales or other media without the written consent and approval by the author(s), particularly as to valuation conclusions, the identity of the appraisers or a firm.

## NEIGHBORHOOD ANALYSIS

Introduction:

The town of Hopkinton is situated to the south of Providence in the western center of Washington County. Washington County is also known as South County, and is home to several of the state's resort beach communities, including Narragansett, South Kingstown, Charlestown and Westerly. The subject neighborhood can be defined as the northern portion of Hopkinton, from the Exeter town line north to the Rockville section to the south, from the Connecticut state line to the west to the Richmond town line to the east. Kenney Hill Road, Dye Hill Road and a portion of Skunk Hill Road all run together as one long east- west artery. This roughly divides the northern portion of Hopkinton in half.

Economic Overview:

Hopkinton is a largely rural community. Much of the town is still undeveloped, with large tracts of land set aside for nature preserves, such as the Arcadia Management Area, which borders the subject property for a half-mile on its east side, and the Rockville Management Area. There are small village areas, which have been more densely developed, originally developed in the last century. These areas, such as Hope Valley and Ashaway were clustered around bodies of water, such as the Ashaway River in Ashaway, which provided waterpower for the small industrial uses found there. These local industries drove the economy at that time and attracted residents who came for employment.

For years since the downturn of these small water powered mills, the local economy has been driven more by farming, logging and the like. Most residents now find employment in the nearby population centers. However, the rural nature of the town has become attractive and 27 minor and major subdivisions are in the planning stages for those individuals seeking to leave the noise and nuisance of the city behind. Since the highway is so close and the commute into the cities is relatively short, the population of "bedroom" suburbanites has grown exponentially.

Surroundings: The immediate neighborhood is largely rural, with residential single-family houses on large lots. There is a mix of older and historic homes and new subdivisions. The majority of Hopkinton homes, however, were constructed after 1940. The subject is primarily classified as a rural residential neighborhood that is afforded average access to the interstate highway system, and local access state routes. The R-80 Zoning of the subject site, and adjacent sites results in larger home sites with buffered areas between homes. The subject site is located on the northern side of Dye Hill Road, near to the Saw Mill Road intersection.



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

## Neighborhood Map




*Subject property: Reserve at Brushy Brook*




**SITE PLAN, LOTS COMPRISING THE PROPERTY**

*Subject property: Reserve at Brushy Brook*

Transportation: The subject property is located off of Route 138 approximately .5 mile north of Rt #138, along Saw Mill Road. Rt. #138 is a secondary main traffic artery, running east/ west, connecting the Connecticut State line to many southern Rhode Island communities, all the way to the Massachusetts border. It also connects traffic to Rt. #3, a secondary main north/ south traffic artery and to interstate Rt. #95, both about 2 miles from the subject property. Amtrak rail service is available in Kingston (in South Kingstown), six miles east of the subject, just off of Route 138.

Access to major arteries from the subject site is average to good, with Interstate 95 only five minutes to the west. Employment centers in Providence and Newport are 25 and 20 minutes away, respectively.

*Summary:* In summary, the subject neighborhood comprises a low-density rural/suburban area in the northern section of Hopkinton, with average to good access to commuter routes. Property uses in the immediate neighborhood consist primarily of single-family residential uses, with new development and subdivision on going.

Rhode Island Map, Hopkinton seen left of center




*Subject property: Reserve at Brushy Brook*




*Subject property: Reserve at Brushy Brook*

***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

**PHOTOGRAPHS**

Subject land, internal access road



House Currently on Subject Land



*Subject property: Reserve at Brushy Brook*

**PHOTOGRAPHS**
Street scene, Dye Hill Road



Note: all photos taken at times of previous inspections of property



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

## HIGHEST AND BEST USE

The four factors affecting highest and best use are: legal, physical, economic and highest overall return. Without question, the Planned Unit Development represents the best use by each of those standards.

*The Planned Unit Development includes both an eighteen-hole golf course and 134 housing units. Each one of those uses by itself would represent an acceptable use of the property. Combined, they represent a use for the property far beyond the minimum acceptable use or even the maximum use, which could be expected without such extensive approvals needed.*

The PUD requires permitting from several local and state agencies or boards. Even though the PUD is a legal use in the Hopkinton Zoning code, it requires a Town Council Ordinance to be accepted. In all, the subject PUD required five years of work prior to the point of acceptance.

Currently, both of the planned uses are very much in demand in this area. Throughout the State of Rhode Island, builders have almost completely used up available vacant residential lots. The demand for new residential construction remains high and there are limited plans in each town for new subdivisions. Therefore, any new lots will be eagerly sought when made available.

The area has transformed itself into a recreational destination, with major gaming casinos, hotels, beaches, sailing and at least seven other golf courses. It will be able to accept a new golf course quite easily.

Therefore, the PUD uses answers all questions of highest and best use. The use is legal, it conforms to the neighborhood, it is physically practical for the use, it provides about the best return in terms of income that can be expected for the area, so provides the best overall return.

So, the highest and best use for the property is:

***A PLANNED UNIT DEVELOPMENT CONSISTING OF:***
***AN EIGHTEEN HOLE GOLF COURSE, SIXTY EIGHT RESIDENTIAL TOWNHOUSE CONDOS AND SIXTY SIX DETACHED SINGLE FAMILY HOMES***



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

## PROPERTY VALUATION

The subject property is a somewhat complex combination of approved uses. It is, at once, a golf course, a residential condominium complex and a detached single family housing development. No comparable sales of similar approved, yet not constructed, developments can be identified for comparison.

Lacking comparable sales for the project as a whole, it falls upon the appraiser to seek alternative processes to estimate value. To this end, an investment analysis, similar to that which would be performed by a developer is utilized.

Ultimately, this will incorporate all three major approaches to value, by using comparable sales analyses, cost to build analyses and overall return in an income approach.

The analysis for value of the subject property will be performed in two segments. The first segment will address the value of the residential sites and the second segment will address the value of the golf course. When completed, each segment will be combined to give an overall valuation to the project.

The Town of Hopkinton has specified in its approvals that both parts of the PUD must be started at the same time. For this reason, the estimate of value must include both parts. The actual process for each segment will be approximately the same. The value of each segment, when completed, will be valued. The costs to achieve that completion will be deducted from the as completed value, with the residual value being deemed the current value of each segment.

It is not assumed that the same party will own both segments. There is further no assumption that the builder of either section will be the ultimate user/ owner. This is why each segment is valued separately.

The residential sites will be valued first. The full retail value of all sites will be calculated using applicable data. From the retail site values, the cost to develop will be deducted. The resulting figure will be considered the value of the residential sites as is.

The Golf Course will be valued second. All three approaches to value will be reviewed, although it is possible that all approaches may not be treated with the same weight during reconciliation.

1 Taylor Court, Richmond, RI

| | | | |
|---|---|---|---|
| Sales price: | $300,700 | Room count: | 8 rms, 5 bds, 3 bth |
| Style: | Colonial | Living area: | 2,380 sf above grade |
| Age: | New construction | | No below grade L.A. |
| Fireplaces: | 1 | Garages: | 2 |
| Lot size: | 2.1 acres | Closed date: | 2/26/02 |

Price per square foot of living area: $126.00

Comments: No particular amenity. New construction, similar house to subject. Nearby location.

188 Ridge Drive, Exeter, RI

| | | | |
|---|---|---|---|
| Sales price: | $369,900 | Room count: | 8 rms, 4 bds, 2.5 baths |
| Style: | Colonial | Living area: | 2,200 sf above grade |
| Age: | New construction | | No below grade L.A. |
| Fireplaces: | 1 | Garages: | 2 |
| Lot size: | 3 acres | Closed date: | 4/30/02 |

Price per square foot of living area: $168.00

Comments: No particular amenity. New construction, similar house to subject. Nearby location.

It is clear from these sales and offerings that a newly constructed, single family house containing approximately 2,200 square feet of living area above grade, with a fireplace, would have an estimated market value between $300,000 and $370,000. However, the average new construction, selling for this price, does not have such an amenity as frontage on a golf course.

Once this is considered, the projected selling price of the subject houses would be expected to in the $350,000 to $375,000 range. Considering the number of units available, an asking price in this range should assure rapid sellout of the project.

Cost to build a single family house:

A 2,200 sq ft house would cost approximately $80/ sf to construct

| | |
|---|---|
| 2,200 sf x $80 (inc foundation, fireplace and land infrastructure) = | $176,000 |
| Builder's profit, soft cost, marketing, about 20%/ unit = | $ 75,000 |
| Total cost to develop each site = | $251,000 |
| Projected selling prices per house = | $375,000 |
| Residual figure (land value) = | $124,000 |

*Subject property: Reserve at Brushy Brook*

The $124,000 figures compares well to the recent sales of undeveloped lots, which have sold between $75,000 and $125,000

Next, the $124,000 figure is then multiplied by the total number of lots available, sixty-six. This becomes the estimated value of the residential building lots for the detached single-family homes, in an as finished condition.

$124,000 x 66 lots = $8,184,000

This figure will be carried forward later in this report. Next, the value of the condominium sites is to be estimated.

## VALUATION OF CONDOMINIUM SITES

Interestingly, the condominium market has become the most heated in Rhode Island at this time. There are virtually no condominiums for sale in several towns in Washington County. The few units that do enter the market sell within days, frequently above asking price.

All the same market factors which impact the detached single family home market exist for the condominium market, as well. However, the supply has been much smaller than the single family detached home supply, both in numbers, but also in proportion to the buying market.

The last sales of condominium units in Hopkinton were units, similar in size and style to the subject units, located on another golf course, Lindhbrook. These units sold in excess of $160,000.

19 Woodlawn Circle, Hopkinton, RI
Sales price: $165,000
Sales date: 2/8/2002
Living area: 1,438 square feet
Built 1987

3 Woodlawn Circle, Hopkinton, RI
Sales price: $167,000
Sales date: 5/2/2002
Living area: 1,376 square feet
Built 1987



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

The subject units are to be approximately 1,200 square foot townhouses. They will have open space parking and views of the golf course. They will be equally clustered in two sections of the subject PUD.

The units listed above, which sold in 2002, were constructed about 15 years earlier. The overall appeal is significantly lower than what would be new units at the subject location.

Based on the current market conditions, including a very rapid appreciation rate for the general Hopkinton market over the last year, and comparing the subject units to such new developments such as Summerfield Village, in Smithfield, RI, where new units are selling well over $200,000, is the opinion of this appraiser that the subject condominium units would have a selling price at $210,000. For this reason, the projected retail sales value of the subject units is $210,000.

As discussed earlier in this report, the market increases seem to have placed the greater value increase on the land. The cost of building construction has increased only slightly. It is common today to see the land value, as a percent of the whole building package, to be as high as 35%- 40%.

Using the 35% range herein, and assuming the retail value of the condominium units to be $210,000, we can estimate the value of the land within the package to be about $75,000.

This then can comfortably used to estimate the value of the condominium sites, as if finished.
There will be sixty-eight sites.

Therefore:

$75,000 (projected site value) x 68 sites = $5,100,000

Again, this figure will be carried forward for use later in this report.

Therefore, the retail value of the residential sites is as follows:

Detached home sites: $8,184,000

Condominium sites: $5,100,000

Total retail value of the individual residential sites: $13,284,000

# COST TO DEVELOP INFRASTRUCTURE FOR RESIDENTIAL DEVELOPMENT

Again, the estimates supplied by the developer's are used as the basis for the infrastructure improvement.

DATE: 08/22/00

Intergolf designs, Inc.
Po Box 209
Dobbs Ferry, NY 10522

CONTRACTOR'S UNIT PRICE

Project Name: Brushy Brook Golf Course, for roads and detention basins:

Location: Rhode Island

| Item Description | Estimated Quantity | Units | Unit Price | Total |
|---|---|---|---|---|
| 1. Erosion Control | | LS | | 25,000 |
| 2. Stump removal | 19 | AC | 800.00 | 15,200 |
| 3. Top soil stripping | 15,000 | | 1.46 | 21,900 |
| 4. Clearing | 60,000 | CY | 2.00 | 120,000 |
| 5. Boulder removal | | | | 100,000 |
| 6. Grading | | | | 115,000 |
| 7. Detention ponds (Including Irrigation Ponds and water hazards) | | | | 1,000,000 |
| 8. Compaction | | | | 88,000 |
| 9 Drainage | | | | 732,525 |
| 10. Base/ sub base | | | | 220,296 |
| 11. Curbs | | | | 63,200 |
| 12. Paving | | | | 287,796 |
| 13. Top soil replacement | | | | 21,980 |
| 14. Mulch | | | | 20,700 |
| Totals: | $2,831,597 | | | |

LS = Lump Sum    SF = Square Feet    LF = Linear Feet
cy = Cubic Yard    TN ~ Ton    EA = Each    AC -Acre

*Subject property: Reserve at Brushy Brook*

## VALUATION
## OF HOUSING SITES

The process used to estimate the value of the residential sites will be the same as that used for the golf course. First, the full retail value of the sites will be estimated and then all costs to develop those sites will be deducted from the total value of the sites, leaving a net figure assumed to be the value of the residential sites.

The finished value of the detached single-family homes sites will be estimated by a comparative sales analysis, using recent sales of similar residential building lots for comparison. Sales used for comparison are taken from several towns in Washington County, all of which are similar in appeal to the subject lots.

Reviewing both recent sales of similar, detached single-family homes and current offerings of similar single-family houses will reinforce the value estimate for the lots. A typical percentage factor of land value to building value will then be applied to these sales, extrapolating and isolating a dollar value for the land within the sales.

However, a discussion of the market is essential before the comparisons are made. As discussed in the section of this report relating to the golf course value, it has become apparent that Washington County, Rhode Island has become a very desirable area in which to live. Population figures indicate many families are moving to this area, contrary to the overall population trends of the greater area and the State of Rhode Island.

Numbers of building permits throughout the County have risen sharply and construction of new single family homes has virtually exploded. As an interesting note, the South Kingstown High School had a graduating class numbering 287. Only a few years ago, South Kingstown graduating classes were slightly above 100. Even in towns such as Portsmouth, Rhode Island, another rural town in which single family home construction has increased dramatically, prompting school redistricting and local officials to issue dire warnings of school crowding, the high school only graduated 180 students in 2001.

*Throughout Washington County, the growth has become so rapid that the infrastructures of some of the communities have become overtaxed. This has prompted several communities to issue moratoriums on new building permits. Limited numbers of new houses can be built in any one year. Several towns have attached $4-5,000 impact fees to the permits issued. This now includes Hopkinton, although the subject project has been exempted, making its lots more attractive*.

In spite of own efforts to slowdown growth, the demand has been so great that virtually all vacant residential building lots have been purchased. Currently, there is a dearth of vacant lots, but a still great demand.

What has occurred in this is that there have been limited new developments of any size brought to the local planning boards. The apparent fear of not being able to sell lots at will has been translated into a high risk factor for developers. Clearly, if lots cannot be

sold as the market is available, the extension of sellout periods for new developments increases costs significantly.

Therefore, the public eagerly seeks any lots remaining available. This has forced supply and demand factors to drive values substantially higher. In fact, throughout Washington Count (also referred to as South County by area residents), appreciation figures are as high as 35-40%/ annum. Interestingly, the cost to construct has only increased slightly. Therefore, it appears the land is the part of the single-family home package that has absorbed most of the increase.

It is against this backdrop that the subject lots are about to be presented to the market. The subject lots are generally well located by the project's position in Washington County, close to highway access, within 30-minute drive to several area cities.
The lots are also specifically well located, overlooking a new 18-hole golf course.

Based on the lack of supply and the appeal of the golf course, these lots will enjoy very short marketing time, if offered at this time. There will be no need for any hook up fees to public systems.

Therefore, there are no impediments to the immediate use of the lots; the absorption will be fairly rapid. In fact, the entire project's sixty-six residential lots could have a marketing time under one year; this would be especially true if the lots were offered to other builders.

**SINGLE FAMILY SITE VALUATION**

The following is a list of current land sales of residential lots throughout Washington County:

4 Widow Sweets Road, Exeter, RI
Sales price: $125,000
Lot size: 4.12 acres, 1 house site
Closed: 11/1/2001, 39 DOM

Richmond Townhouse Road, Richmond, RI
Sales Price:$77,500
Lot size: 2.1 acres
Closed: 11/15/2001, 11 DOM

Stubtown Road, Hopkinton, RI
Sales price: $80,000
Lot size: 9.92 acres
Closed: 4/19/2002, 682 DOM

The lots listed above range in size from .75 acre to multiple acreage. However, each lot is approved only for one house site. In addition, each of these lots has a location that would be termed equal to the subject. However, none of these lots have an amenity such as the situation on the golf course.

As can be seen, there are many vacant lots throughout the area available in the $75,000-$175,000 range. Based on these offerings, this appraiser feels that the subject lots would have a market value about equal to these lots. Therefore, for purposes of this report, the market value of each residential building lot is placed at $125,000. This allows for general location, location on the golf course and compensates for any other amenity or lot size the comparable offerings may have.

A second process then checks this figure. The likely selling prices of the finished single family homes is estimated. From that, a cost to construct, including profit and soft costs is deducted. The residual value would be the land value before construction.

To this end, recent sales of single family homes are included below:

Lot 1, Danielle Avenue, Westerly, RI

| | | | |
|---|---|---|---|
| Sales price: | $330,000 | Room count: | 9 rms, 4 bds, 2.5 bth |
| Style: | Colonial | Living area: | 2,600 sf above grade |
| Age: | New construction | | No below grade L.A. |
| Fireplaces: | 1 | Garages: | 2 |
| Lot size: | .8 acres | Closed date: | 1/2/02 |

Price per square foot of living area: $127.00
Comments: Near subject. No particular location or view amenity, 80 days marketing. Slightly larger overall than subject.



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

The above work has a cost projection to be a total of $2,832,597. The estimate was advanced in 2000, and there is not a formal proposal for 2002. However, the same organization, Intergolf Design, estimated the same construction again in 2005. The price at that time, was $3,616,000 for the same work listed above.

The difference represents an increase of about 5%/ year, from 2000 to 2005. Using that increase figure, the cost to perform the work in 2002 is increased 10% from the 2000 figure, 5%/ year.

This estimates the work for the infrastructure to be $3,116,000 in 2002. This is consistent with the costs advanced by such construction cost guide companies such as Marshall and Swift. However, because the cost to perform the work overlaps with the work to build the golf course, it is considered more accurate to use the cost basis of Intergolf Designs, adjusted for inflation.

Therefore, for our purposes, this figure is used for the hard cost of construction.
Hard cost to construct infrastructure for housing portion of PUD: $3,116,000

Additional costs are listed as:

| | |
|---|---|
| Developer's profit: 20%: | $2,657,000 |
| Carrying cost: | $ 800,000 |
| Insurance, interest, taxes, etc. | |
| Marketing: 5% | $ 664,000 |
| Subtotal: | $4,121,000 |
| Hard costs: | $3,116,000 |
| Total hard and soft cost: | $7,237,000 |

Therefore, the total cost to develop the residential housing site portion of the project is rounded to:

$7,240,000



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

**RECONCILIATION AND FINAL OPINION OF VALUE:**
**RESIDENTIAL SITES, IN "AS IS" CONDITION**

The final calculation to estimate the value of the residential portion of the PUD, in an "as is" condition is as follows:

| | |
|---|---|
| First, the total value of the sites, as finished, is estimated: | $13,284,000 |
| Next, the total cost to construct is estimated and deducted From the value: | - 7,240,000 |
| The remainder figure is then used as a final estimate of value: | $ 6,044,000 |

This figure does not need to be discounted, as the demand for lots is so great.

Therefore, based on the full analysis outlined above, the estimate of value of the residential housing portion of the subject property, in an "as is' condition, in fee simple estate, as of the date of this report, is estimated to be:

***SIX MILLIONDOLLARS***
***$6,000,000***



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

## GOLF MARKET ANALYSIS

### Introduction

The primary purpose of this analysis is to provide information regarding the golf market in general and the defined effective trade area in particular with a view towards identifying the basic elements of supply and demand. The subject is a proposed 18-hole, public daily fee golf course. The National Golf Foundation as "a privately owned facility that provides at least limited public access defines a public, daily fee golf course. This type of facility may be referred to as semi-private when memberships are also offered."

Golf market analysis is a creative process. Every facility and every market is unique, so each market analysis must be tailored to fit the specific situation. However, the analytic process is virtually identical for all facilities and markets. This process serves as the basic structure for all market analyses. It is the application of this structure that requires creativity.

One cannot simply impose the mode from one facility onto another. For example, demand for one facility may be based on local demand for golf as measured in rounds per capita within a specified radius; demand for another facility may be based on tourist demand as measured in rounds per lodging unit or per capita de facto population; a third may require examination of a combination of these factors. Creativity is required to identify relevant variables, determine how they can best be measured, and interpret the results.

The subject property is located in Hopkinton, Rhode Island. The larger effective market area includes the southern Rhode Island area, (including the counties of Washington, Kent, Bristol, Newport, and southern portions of Providence County) as well as the eastern portions of New London and Windham Counties of northeastern Connecticut. Generally speaking, the subject's market area lies south of Providence, Rhode Island, west of Newport, east of Interstate 395 in Connecticut, and north of Block Island/Rhode Island Sound. The primary market area is Hopkinton and surrounding communities that are within a twenty to thirty minute drive to or from the subject, including nearby Connecticut.

Extensive research conducted by the *National Golf Foundation* has shown that the primary indicators of golf participation are age and income; hence, employing the primary market's demographic structure and applying it to the findings of national and regional research, it is possible to develop an estimate of golf demand. Population density is also a consideration in predicting golf demand. From research conducted by the *National Golf Foundation*, regional statistics have been developed which are useful in estimating the number of potential golfers in the various age and income categories within the defined trade area. Thes data are then utilized as the empirical basis for estimates of potential rounds demanded annually by public golfers, based upon the age and the income categories. The estimated gold rounds are summed to provide an estimate of the total rounds that constitute aggregate demand within the defined trade

area and are then compared with the known supply in the form of potential rounds available which provides the basis for our market penetration conclusions for the subject property.

National Golfing Trends

In describing the current status of the golf industry, reference has been made to numerous studies conducted by the *National Golf Foundation*, the *United States Golf Association*, *PGA of America*, *Golf Magazine* Marketing Group, *Golf.com*, *Rigolf.com*, and the *Golf Traveler* Research Department. Information so derived has been analyzed as to source, applicability and reliability and forms the basis of the following discussion.

The first "commercial" golf course in the United States was established in Yonkers, New York in 1888 as a private country club. This set the precedent for the first golfing boom in the 1920's and most courses constructed prior to 1960 were private operations, generally clubs. For example, in 1953, fully 60 percent of all golf facilities in the country were private clubs.

A second nationwide surge in golf course construction occurred in the 1960's when course openings averaged 380 per year and the number of public courses increased dramatically. Growth leveled off in the 1970's, in large part due to rapidly increasing development costs, economic conditions, and competition from racquet sports, running, cycling, and other largely more active past times.

The correlation between income level and golf play also began to decline in the 1960's as ever increasing numbers of lower income persons, women and minorities were introduced to the game, a factor largely attributed to the growth in public facilities. This trend, as well as the aging of the "baby boom" generation, was the driving forces in the most recent surge in the demand for golf courses that began in the mid 1980's. The increased popularity of golf enhanced the sport's exposure to varied segments of society and re-shaped the game with regard to its acceptance of players other than the stereotypical well-to-do, white male country club member of the 1960's. As a result, private clubs today represent just 37.5 percent of all courses in the United States, although almost 50 percent of all courses in New England are private clubs.

In examining the health of the golf industry in general, the most important factor is participation as measured by the number of golfers relative to the total population. A total of 547.2 million rounds of golf were played in 1997, up from a total of 490.2 million rounds of golf that were played in the United States in 1995. The number of golfers had remained relatively steady at about 26 million through the 1990s.

Of the approximate 248.9 million residents of the United States in 1990, between 24.7 and 38.5 million, or 9.9 to 13.5 percent were defined as golfers by the various sources previously cited. Thus, not only is the definition of a golfer somewhat tenuous, but the total numbers are likewise suspect.

According to *A Strategic Perspective of the Future of Golf*, a study published in January 1999 by the *National Golf Foundation* and *McKinsey & CO.*, 40 million Americans want to play more golf or take up the game of golf. Numerous socioeconomic trends are expected to work in favor of the game of golf, including increasing disposable income, increasing availability of leisure time, and increasing recreational spending. In order to capture this latent demand the study recommended that rounds of golf need to be cheaper and faster. The subject course is expected to capture some of this latent demand. It is a par 72, 6,470 yard course, comparable to the better of the 18 hole course that are its local competition.

At the least, given that the baby boomers and their children are entering the time in their lives when they would play golf more often, there are expected to the 3 to 4 million new golfers by the year 2010, playing as many as 100 million additional rounds per year. An article in the January 1999 issue of *Golf World* magazine reports that until golf becomes friendlier to new players and finds creative ways to broaden the golf experience, the game will remain prone to sluggish growth of 1.5 to 2.0 percent per year. As the president of the *NGF* states, "The story here is one of opportunity. There is tremendous latent demand for golf." The study notes that 50 percent of those watching golf on television are no golfers.

According to the report, the most influential actions toward growth must take place at the facility level. "Enhancing the golf experience at the golf course or golf range is most important because this is where first impressions about the game are formed," said *NGF* President, Joseph Beditz. The report goes on to note that the innovative thinking that already exists in the golf equipment sector, which has raised golf equipment sales to an all time high, must be duplicated in the golf course sector over the next 10 years. The *NGF* proposes several steps to capture this latent demand, including the construction of more nine hole and executive length golf courses.

Given unprecedented golf course development over the past 10 years many industry participants believe that unless more people take up the game of golf, and stay with the game, that in some parts of the nation supply will exceed demand.

As noted previously, a 1998 golf participation survey by the *National Golf Foundation* found that 1997 saw a material increase in the number of golfers, buoyed by notable increases in beginning and junior golfers. This was the first material increase in participation in seven years. A total of 574 million rounds of golf were played in 1997, up from a total of 477 rounds in 1996 and 490.2 million rounds in 1995. The number of golfers has remained relatively steady at about 26 million through the 1990s. The year 1997 saw a 51 percent increase in beginning golfers, to 3 million; a 34 percent increase in the number of junior golfers (aged 12 through 17), to 2.4 million; a 6 percent increase in the number of avid golfers, to 5.6 million; a 30 percent increase in the number of moderate golfers (8 to 24 rounds per year), to 7.9 million; and a 9 percent decrease in the number of occasional golfers (1 to 7 rounds per year), decreasing to 10.6 million. The increase is partially credited to a greater public awareness to the sport, which has been

created by young stars such as Tiger Woods, Karrie Webb, and others, as well as advertising programs launched by corporations that market their products through golf.

A March 2000 article by Terry McAndrew of *PGA.Com* states that the golf market may be poised for a recovery according to the 2000 "State of the Industry" report by the Sporting Goods Manufacturers Association (SMGA). In its survey of the "hottest" activities, golf ranked third behind soccer, and exercise/fitness for the year 2000. In 1999, golf was ranked second, however, the report cites optimism for golf this year because, it says, more than 40 million Americans are interested in taking up the game or playing more than they currently do.

The participation rate for occasional golfers remained flat between 1990 and 1995 at 11.4 percent, while the rate for core golfers declined from 11.8 to 11.6 percent. Data for 1996 and 1997 indicated an increase in the participation rate, and increase in the number of core golfers, and appreciable growth in the number of senior golfers (age 50 and over). In the first half of the 1990s the senior segment has grown at a compound rate of about 3.0 percent per year, and as of 1996 they, and as of 1996 they represented 26 percent of all golfers. The *NGF* survey indicated that seniors average about 36 rounds a year and spend 50 percent more per year on golf than do other golfers. This survey also found that female golfers comprise 21 percent of all golfers, but 30 percent of all beginning golfers. The growth potential of the female golfers segment is highlighted by the fact that the participation rate among women is about 5 percent, versus 18.5 percent for males. Approximately 80 percent of all golfers in the US play the majority of their rounds at public courses. The average private club golfer plays 34 rounds per year compared to 16 per year for the public golf course golfer. The private club golfer also leads in household income, $69,700 compared to $57,700 for all public golfers.

In spite of the cyclical increases and decreases in participation relates and total golfers and rounds played, the number of golf courses continues to grow at an ever increasing rate. During 1999, a record number of golf courses, 509, opened or finished expansions or remodeling in the US, up from 448 in 1998. That brought the total courses in the US to 16,500. Of the 1999 openings, 327 were new facilities, 169 were expansions, and the rest would be classified as reconstructions. Daily fee and municipal courses made up roughly 84 percent of the total new additions to supply in 1999. Reports indicate that nearly 900 golf courses are currently under construction, with more than 400 likely to open by the end of this year. There are another 900 or more courses in the planning stages at this time as well.

Barry Frank of the *National Golf Foundation,* in a recent interview with Eric Yoder, business writer for *Golf.com,* when asked if the recent additions to supply constituted a glut in golf courses, responded that the demand to bring new people into the game is greater than ever. One of the goals of golf is to mover those classified as occasional players (less than eigh rounds played per year) to the classification of avid golfer (more than 25 rounds played per year). Mr. Frank states that it is only a question of moving up the level of commitment they have for the game.