While it is acknowledged that most new construction has occurred in the Sunbelt where the bulk of the nation's population growth has been recorded, the general trend does not bode well for the industry as a whole in regard to supply and demand. Mr. Frank states that there needs to be a more diversified product mix made available to the golfing public, to make them aware of their golf options, whether it be nine-hole courses, executive length courses, or a wide array of practice facilities. The quicker the players begin to play better golf, the more prone they will be to play more golf.

As we move further into the 21st century the prospects for overall growth in the golf industry are mixed. The growth trend in the percentage of female and blue collar golfers is encouraging. The aging of the population as a whole should also have a beneficial effect on the industry over the coming years. Although the percentage of the general population over the age of 40 does not represent the highest proportion of golfers by any definition, this segment nevertheless accounts for the greater number of rounds played. These two factors will have an important effect on the level and type of golf courses constructed throughout the nation.

Profile of the Public Golfer

As previously indicated, the subject property, upon completion, will be a nine-hole public daily-fee facility. Therefore, a profile of the public golfer, albeit based on national data, is therefore deemed to be relevant.

According to the *National Golf Foundation*, 79 percent of all public golfers are male, while 21 percent are female as compared with 77.8 and 22.1 percent respectively in 1991. The percentage of female golfers is expected to increase as they represent a higher proportion of beginning golfers.

Some 43 percent of public golfers are over 39 years of age and golfers in this group have an average participation rate of 7.6 percent while those who are under 40 years have an average participation rate of 9.6 percent.

The following chart illustrates the age distribution of public golfers on a national basis.

AGE DISTRIBUTION OF PUBLIC GOLFERS

| Age | Number of Public Golfers | Percentage of Total | Participation Rate (%) |
|---|---|---|---|
| 12 - 17 | 1,592,000 | 8.1 | 6.9 |
| 18 - 29 | 4,337,000 | 22.0 | 9.8 |
| 30 - 39 | 5,411,000 | 27.5 | 12.0 |
| 40 - 49 | 3,798,000 | 19.3 | 10.2 |
| 50 - 59 | 1999000 | 10.2 | 8.1 |
| 50 - 59+ | 665000 | 3.4 | 6.5 |
| 65+ | 1873000 | 9.5 | 5.5 |
| Totals | 19675000 | 100.0 | 9.48 |

*Sources: National Golf Foundation; Keyston Consulting Group, Inc.*

*Subject property: Reserve at Brushy Brook*

Some 65.3 percent of all public golfers have a family income above $40,000, and those with family incomes at or above this level have an average participation rate of 13.2 percent. In recent years, the most significant change in the profile of the public golfer is in families with incomes of $50,000 or more, which in 1988 accounted for 24.4 percent of the total but currently accounts for 49.6 percent.

The following chart illustrates family income distribution of public golfers on a national basis.

FAMILY INCOME DISTRIBUTION OF PUBLIC GOLFERS

| Family Income | Number of Public Golfers | Pecentage of Total | Participation Rate (%) |
|---|---|---|---|
| Under $20,000 | 1,761,000 | 9.0 | 3.3 |
| $2,000 - $29,000 | 2,269,000 | 11.5 | 6.5 |
| $30,000 - $39,999 | 2,820,000 | 14.3 | 9.0 |
| $40,000 - $49,000 | 3,081,000 | 15.7 | 11.5 |
| $50,000 - $74,000 | 5,893,000 | 30.0 | 13.0 |
| $75,000 - $124,999 | 3,282,000 | 16.7 | 14.3 |
| $125,000+ | 571,000 | 2.9 | 14.1 |
| Totals | 19,677,000 | 100.0 | 9.0 |

*Sources: National Golf Foundation; Keystone Consulting Group, Inc.*

According to a more recent study, the typical public course golfer has an average household income of $47,700, has played 15 years, and play s approximately 16 rounds per year. The avid golfer plays more than 25 rounds per year, is typically 50+ years of age, with an average household income of $60,000 and has played for 21+ years.

The distance the average public golfer travels to play is the basic determinant of the primary trade area for any given daily fee facility. Overall, 76.5 percent of all golfers live within 15 miles of the course they play most frequently while 78.7 percent live within a 25-minute drive. However, the distance a golfer will travel increases with the quality of the course and the frequency of play. The average distance traveled to regularly play a golf course is 21.5 miles and 27.8 percent of golfers regularly travel over 30 miles. We estimate that the bulk of the demand for the subject will come form those living within a 30 mile radius and/or within a 25 minute drive. The subject's location within four miles of a full interchange with Interstate 95 will also affect the distance that potential golfers will travel to play the subject course.

Profile of the Core Golfer

According to the *National Golf Foundation's* latest report on golf participation in the US, the "core" golfer is undoubtedly the most important to the US golf industry. For example, although core golfers, defined as those aged 18 or older who play eight or more rounds per year, comprise 50.9 percent of all golfers, they account for about 90 percent of the rounds played. While it is acknowledged that the core golfer segment is not the fastest-growing nor even the largest, it is the bedrock upon which the golfing industry is based.

According to the *National Golf Foundation*, in 1997 there were 13.5 million core golfers, up from 11.6 million core golfers in 1995, and 11.1 million core golfers in 1990. In 1990, 53.4 percent of core golfers were aged 40 or above, as compared with 68.8 percent in 1995; 25.9 percent are 65 or older. Not surprisingly, just 12/2 percent of core golferes were under the age of 30 in 1995, as compared with 23.6 percent in 1990. This in large part reflects the fact that the number of junior golfers (those aged 12 to 17) grew at a compound annual rate of 4.5 percent between 1989 and 1995, as compared with a 10 percent rate between 1980 and 1989. As noted previously, the recent success of younger professional golfers on the PGA tour has increased the number of junior golfers on a national and regional basis. From 1996 to 1997 the number of beginning golfers increased 51 percent to 3.0 million, while the number of junior golfers increased 34 percent to 2.4 million.

Effective Market Area

The delineation of the effective market area for a golf course is generally based in large part on national studies of how far and for how long golfers are prepared to travel to their most frequently played course. The results of these studies, conducted by the *National Golf Foundation*, are adjusted for local conditions particularly with regard to logical travel patterns as evidenced by the nature and extent of the existing roadway system within the confines of the geo-political subdivisions from which reliable demographic data is available.

In this instance the effective market area is defined primarily as the areas south of Providence, east of Interstate 95, north of Block Island and Long Island Sound, and west of and including Newport and Aquidneck Island. The primary market area is the town of Hopkinton and the immediately adjacent communities.

Characteristics of Supply

The supply of public and semi-private daily fee golf facilities in the subject's effective market area is presented on the following table. Private courses in the area provide secondary competition, and these would include the Misquamicut Golf Club in Misquamicut (18 holes); the Stonington Country Club (9 holes), Point Judith Country Club (18 holes), the Newport Country Club (18 holes); and Quidnessett in North Quidnessett (18 holes).



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

The following chart details the competitive golf facilities located within the subject's effective market area.

SUMMARY OF GOLF COURSES - EFFECTIVE MARKET AREA

| Course | Location | Type | Holes |
|---|---|---|---|
| Fenner Hill Golf Club | Richmond, RI | Public | 18 |
| Wood River Golf Course | Hope Valley, RI | Public | 9 |
| Winnapaug Golf Course | Westerly, RI | Public | 18 |
| Weekapaug Golf Club (Par 3) | Westerly, RI | Public | 9 |
| Richmond Country Club | Richmond, RI | Public | 18 |
| Beaver River | Richmond, RI | Public | 18 |
| Foxwoods at Lindhbrook (Par 3) | Hopkinton, RI | Public | 18 |
| Foxwoods Golf and Country Club | Richmond, RI | Public | 18 |
| Meadow Brook GolfClub | Richmond, RI | Public | 18 |
| Laurel Lane Golf Course | North Kingstown, RI | Public | 18 |
| Exeter Country Club | Exeter, RI | Public | 18 |
| Yawgoo Valley Golf Course (Par 3) | Exeter, RI | Public | 9 |
| E. Greenwich Golf and Country Club | E. Greenwich, RI | Semi-Private | 9 |
| Jamestown Golf Course | Jamestown, RI | Public | 9 |
| Woodland Greens | North Kingstown, RI | Public | 9 |
| N. Kingstown Municipal Golf Course | North Kingstown, RI | Public | 18 |
| Rolling Greens | North Kingstown, RI | Public | 9 |
| Total Golf Holes | | | 243 |

*Source: Keystone Consulting Group,Inc.*

As indicated, there are a total of 17 public and semi-private courses with a total of 243 holes in the subject's primary effective market area. Since golf rounds are defined as 18 holes, the subject's market area may be said to have 13.5 18-hole equivalent courses. These courses are strictly public or semi-private courses. Private courses provide another 81 holes in five courses or golf clubs

There are a few golf courses that are either under construction, or have been proposed for the subject competitive market. These include Rose Hill Golf Club (9 holes) in South Kingstown (which the subject owners are also developing), Cobblestone Country Club in Exeter, and Pinehurst Golf Course in Richmond. If developed, these courses will represent the addition of 36 holes (not including the subject) to the supply of courses within the defined subject area. Including the subject, 54 holes could potentially be added to the existing golf course supply base within the subject market area. It has been mentioned that this southern Rhode Island market is attempting to become the "Myrtle Beach" of the north, with a concentration of courses able to meet tourist and local population base demands. The South County Tourism Council has recently published a brochure entitled, "South County, Rhode Island's Golf Coast". Please see the Addenda for a photocopy of this brochure. This and other efforts by South County's golf facility operators should also contribute positively to the marketing of the subject facility and subject market.

Demand Characteristics

As previously indicated, population characteristics significantly affect potential golf participation rates. The two key variables most important in predicting golf participation are age and income within the defined market area. The geographic distribution of the population, its age and income stratification, combine to describe that portion of the population that can be expected to support golf facilities.

According to *Sales and Marketing Management*, the total population of the subject's primary market area (Washington County) for 1998, approximates 1221,500 persons. When considering the larger effective market area, which encompasses Washington County, Kent County (162,000), Bristol County (49,300), Newport County (82,300), and southern portions of Providence County, as well as the eastern portions of New London and Windham Counties of northeastern Connecticut, the total estimated population of this market includes some 600,680 persons. These population figures are based on the utilization of 20 percent of Windham County's population, 20 percent of New London County's population, 20 percent of Providence County's population, and total populations of Washington, Kent, Bristol and Newport Counties. Adding an estimated 2 percent to the population base for tourist population results in a total estimated population of 612,694 persons. Assuming a golf participation rate of 12.5 percent, (which is the reported participation rate in the New England region, based on *NGF* participation rate studies) 76,587 persons within this defined market could be considered golfers, by one definition or another. By applying an average of 15 rounds played per year to this population base, yields a total of approximately 1,148,805 rounds of golf played each year by residents that live or vacation within the defined subject market area. Considering the total number of rounds played at public golf courses (reported by the *NGF* as 78.1 percent), yields a projected public daily-fee demand within the subject market area of 897,217 rounds per year at public golf courses by residents living in, or visiting the subject market area. We estimate that roughly 80 percent of these demanded rounds by residents of the defined market area would be played at course within the defined trade area (as many may play additional rounds at courses outside the defined market area, even though they reside within the market area), results in a total of rounds played on public courses within the defined trade area of roughly 717,774 per year. We had mentioned earlier that the subject market area is presently comprised of some 243 public golf holes, or the equivalent of 13.5 18-hole public daily-fee courses. This analysis indicates that the average yearly rounds demanded per 18-yhole public daily-fee golf course within the subject's effective trade area, by residents of the defined market area, equates to roughly 53,168. As indicated earlier in this discussion, 40 million people want to play more golf. Although this demand figure surpasses the actual number of rounds played on the subject area's public golf courses, (which averages roughly 33,480) as well as the average rounds played on public daily-fee golf courses within the Northeast region (which averages 39,500), a case could be made that demand exceeds supply. Though it must also be noted that indicated demand does not necessarily translate into

actual participation, and some golfers will play much more than the indicated number of rounds per player.

*The National Golf Foundation* indicates that the average number of golf rounds played per golf course within the northeastern United States region is 39,500 per year. The top 25 percent of golf courses in this region recorded 46,785 rounds of golf per year. Of these rounds played, approximately 17 percent were played at nine-hole facilities. Based on the indicated overall golf demand of 53,168 rounds per year at the existing supply of golf courses within our defined market area, it could be stated that a portion of the subject area's golf demand is being met by the supply of golf courses that fall outside of our defined market area.

This figure also correlates with the *National Golf Foundation* estimate of 76 holes per 100,000 of population on a national basis. By utilizing this formula, and our projection that 80 percent of the subject market demand for golf will be met by courses located within the subject market area, it could be said that demand for golf within the defined subject market area, should be equivalent to 33 holes, or roughly 20.7 eighteen hole golf courses. When considering the existence of 4.5 private courses within the defined subject market area, added to the equivalent of thirteen public 18-hole courses, the yield is a shortage of golf holes in the subject market area of roughly 58 holes, or the equivalent of 3.2 18-hole golf courses. Again, we recognize that some of this demand is met by the public and semi-private courses in Kent, Providence, Bristol, and Newport Counties, not included in our market survey. Based on these figures, the additional supply of the subject golf course and others planned for the area should result in an equilibrium of supply and demand, rather than an excessive supply.

Reality would dictate that some for the courses receive more than their fair share of demand, while others receive less than their fair share. The reasons for some courses to receive more than their fair share are multiple, and include such factors as player preference, cost, course condition, layout, the time it takes to play, accessibility/location, professionalism of both the golfing population that utilize the facility, and the professionalism of course staff.

The households in the market area are characterized by a range of income levels, with Hopkinton having income levels at the state median, while Charlestown has a median income level which ranks 21st of the state's 39 cities and towns. Not recognized in this median income level for Charlestown is that Charlestown has the second highest percentage of seasonal housing in the State, trailing only Block Island. As of 1990, 36.2 percent of all dwelling units (1,087) were seasonal units. And, as of 1990, 54 percent of property owners in the Charlestown shore areas have a primary state of residence other than Rhode Island, while another 12 percent of property owners live in other Rhode Island communities. To summarize, out of town residents own 66 percent of all housing units south from Route 1 in Charlestown, and this positively affects seasonal population and buying power. Overall, Washington County enjoys median household Effective Buying Income levels of $44,136, which is significantly higher than the state of Rhode



*TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net*

Island as a whole. Of note is that the population of Washington County comprises approximately 16 percent of our defined effective market area. When combined with Kent, Bristol and Newport Counties, they comprise roughly 55 percent of our defined market area demand. The median household EBI's of these counties are as follows: Kent County 1998 EBI, $40,920; Bristol County 1998 median household EBI, $34,306; Newport County 1998 median household EBI, $39,062. The percentage of the population between the ages of 18 and 49 within this market area approximates 50.

Demand Factors

As previously indicated, continuing studies by the *National Golf Foundation* have uncovered a set of national and regional statistical relationships and formulas which may be employed in the estimation of golf demand at the local level. Our experience with these data indicates a high degree of accuracy – in the neighborhood of + or – 3 percent – and we have employed them in formulating our estimates of aggregate resident demand in the effective market area.

Locally generated resident demand is summarized on the following chart:

LOCALLY GENERATED RESIDENT DEMAND

| Item | Factor |
|---|---|
| Total Population | 600,680 |
| Tourist Population | +2% |
| Participation Rate | 12.5% |
| Number of Golfers | 76,587 |
| Rounds Per Golfer | 15 |
| Total Rounds | 1,148,80 |
| Percent Public | 78.1% |
| Rounds Public Demand | 897,217 |
| 18-Hole Equivalent Courses | 13.5 |
| % Rounds played within market | 80% |
| Rounds demand within market | 717,774 |
| Indicated Projected Demand Per Course | 53,168 |
| Regional Measured Demand Per Course | 39,500 |

*Sources: Keystone Consulting Group,Inc.*

We note that our model projects some of this demand being met by courses outside of the subject's immediate market area, as golf courses on Cape Cod, in New Bedford and in Fall River are easily accessible from locations that comprise some of our northern trade market area. Likewise, some of the population that comprises our western boundary, specifically New London and Windham Counties in Connecticut will likely play at course further west and north of our defined trade area.

Investor Demand

Per James Matthew, President of the Blackstone Group, a regional golf course brokerage firm, investor demand for golf courses in New England far exceeds the supply of properties for sale. As MR. Matthew stated in the August 1, 1997 issue of the *New*

*England Real Estate Journal*, "When a course becomes available, it is sold in a few days." In 1999 Mr. Matthew indicated that buyers had a strong preference for looking at championship length courses that had been well maintained. A championship course is defined as being more than 6,000 yards in total length. Demand for golf courses and golf course sites is reportedly strongest for properties with a population of 200,000 persons within a 10 mile radius. Large undeveloped sites meeting this description are not available at prices which economically support golf course development. Therefore, the development of golf courses in New England has been pushed outward from densely populated urban areas to less populated suburban and rural-suburban areas. There are, however, investment groups that focus on purchasing practice facilities and executive length courses. One such group, golf Entertainment, Inc. (NASDAQ:GECC) plans on moving forward with its new business plan, with a focus on acquiring and consolidating its ownership of existing golf ranges and golf centers, and adding amenities and improving management and operating systems. The company plans on developing new golf recreational facilities, and may acquire other golf-related businesses. The company will center its facilities around a driving range and will provide a variety of areas for pitching, putting, chipping, and sand play. They will encourage night practice, and offer instructional programs. Company officials indicate that where possible, the facilities will include a par-3 or executive-length golf course.

Available Financing

Financing for golf courses and country clubs is readily available from many sources. These sources include savings banks, commercial banks, and non-band commercial lenders such as credit companies. Based upon a conversation with Mr. George A. Marderosian of Clubhouse Capital, the lending industry is becoming increasingly competitive on loans. Interest rates have decreased due to a decrease in the rate margin charged by most lenders. Current interest rates for fixed rate loans of a five to ten year duration are often 300 to 400 basis points over the corresponding treasury notes. Amortization periods are typically 20 years, and loan to values range from 70 to 80 percent on stabilized properties. Although a 70 to 80 percent loan to value ratio was referenced it is important to note that most golf course lenders base their lending decision on cash flow and the associated debt coverage ratio. Market participants indicate that financing new golf projects are typically at 70 percent of cost.

The following descriptive material is largely based on personal inspections of the property, augmented by a review of the pertinent public documents, and discussions with local planning, zoning, and public works officials. The owners/ developers have also provided significant amounts of information regarding the planned course.

Site Location and Configuration

The overall description of the site is included at the start of the report. In total, there are about 358 acres comprising the subject site. Of this land, about 82 acres has been designated to contain the tees, fairways, traps, ponds, cart paths, etc. that constitute the golf course.

However, there are about 100 acres common to both the housing development and the golf course. Additionally, there will be common land containing wetlands, floor hazard areas, etc, which will be undeveloped; this is scattered throughout the project, as well. All of these opens and common areas will wrap around the golf course, making the course appear to occupy significantly more land. The site plan included in the report for the proposed planned unit development outlines this plan very well.

The clubhouse, practice greens, parking area and driving range are all clustered together near the entrance to the course. The main entrance to the project is planned to come off Dye Hill Road, with interior roads looping through the project, to the housing sites.

Topography, Soils and Natural Vegetation

The site varies in topography with areas that are generally level as well as areas that are slightly sloping and gently rolling. We are not experts in the area of soils analysis but the site appears to have soils that are adequate for the existing use. The subject site contains a variety of natural vegetation, including numerous conifer types. The developers plan on conducting selective cutting to sculpt the site into the planned golf course. A buffer zone of trees will line the north, south, east, and west boundaries of the site, creating a natural tree line between the golf course and the housing units.

Drainage and Irrigation

Based upon our inspection and interviews of the subject's owner, the site will be developed in such a manner as to allow for proper drainage of the course into large, centrally located man-made irrigation ponds. These ponds will be used to draw water for irrigating the course. Wells will also be installed to produce potable water for the clubhouse. A single loop irrigation system will be installed to enable groundskeepers to

irrigate the course from tees to greens, and all fairways in between. A private septic system will serve the clubhouse.

Deed restrictions

Our research indicated the presence of no adverse easements believed to affect the marketability, enjoyment, use or value of the subject property. These appraisers did not undertake a study of deed restrictions. Deed restrictions are a legal matter and only a title examination by an attorney or title company would normally uncover such restrictive covenants.

Flood Hazard Statement

According to the Flood Insurance Rate Map for the town, the subject is primarily situated in Flood Zone X. Flood Zone X is identified as an area of minimal flooding and is not considered a flood hazard area.

Hazardous Substances

We are not experts in determining the presence of hazardous substances defined as all hazardous or toxic wastes, pollutants, or contaminants (including asbestos, PC8, or raw materials) either used in construction or stored on the property. We were not provided with an environmental site assessment. Therefore, the value opinion included in this report reflects the assumption that any and all hazardous substances do not affect the subject.

Access

Direct vehicular access to the subject is provided via a curb cut off Dye Hill Road. Other vehicular traffic access will be available, but limited in use.

Utilities

The subject property is serviced by electric and telephone. Sewerage disposal will be via private on- site septic, and water will be via private on site wells. Heat is expected to be oil for the clubhouse, and either oil, waste-oil, or bottled gas for the maintenance building. The town of Hopkinton provides police and fire protection. As previously noted, the golf course will be irrigated with water from a man-made pond that will be constructed on site, and the clubhouse will also be served by private wells.

## Adjacent Land Uses

Land uses in the immediate area of the subject are primarily single family residential uses.

## Zoning

The subject property is zoned Residential 80. Legally permissible uses, on a by right basis, in the Residential 80 zoning district include: Single family and two family residential developments; customary home occupations; community residences; family day care; field crops; general farms; timber tracts; forestry services; postal service; federal, state, and local governmental uses; non-profit membership organizations; and major parks (>5 acres). Those uses allowed by special permit in this Zoning District include the following: public and private schools; outdoor private land recreation, including golf courses.

There is no need to discuss exact zoning dimensions, as the special permitted use of the PUD does not relate exactly to those restrictions. All related zoning issues have been taken into consideration by the applicable municipal bodies.

We assume that "as complete" the subject will comply with all items required by the hypothetical receipt of this amended special permit and that the subject will be a legal, conforming use via special permit.

## Summary

The site is functional for its proposed use, and has the natural characteristics that a developer of a golf course would seek. The owners report that perk tests have been performed on the site, and the availability of water is sufficient to support the proposed development. The natural vegetation and rural setting should prove to be an attractive backdrop to the proposed golf course development.



***TELEPHONE: 401-846-5225, FAX: 401-846-1818, EMAIL: houleapprs@cox.net***

The subject owners provided the course layout to us. Based on this course layout, and the topography of the site, we would project the course to offer a level of difficulty consistent with the competitive courses in the area. The fairways, greens, and tee boxes will be of Bent grass. There will be a man-made pond on site that will present water hazards. Sand traps and bunkers will be prevalent throughout the course obtained.

The water source for irrigation will be a combination of on site wells, and a man-made irrigation pond. Septic disposal will be from an I.S.D.S to be located adjacent to the clubhouse. Parking areas will be located adjacent to the clubhouse, and will be adequate. Cart paths leading from tee boxes to fairways, and parking areas will either be gravel, or processed asphalt.

The golf course, upon completion, will be a par 72, and have a distance of roughly 6,470 yards. See attached course layout for each hole's specific length and design. The subject golf course as designed will be challenging by many standards. The layout provides many challenges for all skill levels. Accuracy off the tee is foremost. The water retention pond located on the course will add to the difficulty for several holes. The strategic positioning of sand traps and fairway bunkers will also contribute to a positive and challenging golf experience for all skill levels. In conclusion, the course will affect the skill levels of all players differently and provide a challenging golf round for most players. The course is forecast to offer an enjoyable experience to the many levels of skilled players, including the avid golfer, seniors, juniors, and females alike. Overall, the course should do well to compliment the existing supply base within its market area, as its function, by design, will be to offer an enjoyable and challenging golf experience to all levels of experience.

<u>Construction Details and Conditions -Clubhouse</u>

We have based the following construction details largely on conversations with the subject property owners. The owners indicate the clubhouse will be of conventional architectural design, with unfinished basement storage.

Foundation: Poured concrete

Structural Framing: Wood frame.

Exterior Walls: Wood siding.

Windows & Doors: Metal or wood exterior doors, windows to be of double glazed double hung design, or the equivalent.

Interior doors to be solid or hollow wood.

Roof: Gable pitched roof with asphalt shingle cover. There will reportedly be mezzanine office space within the upper level.

*Subject property: Reserve at Brushy Brook*

Ceilings: Painted sheetrock.

HV AC: Air conditioning and heat will each be central systems.

Fire Protection: The building will reportedly be equipped with smoke detectors and sprinklers.

Interior Finish: The interior finish of the clubhouse will reportedly be average, and include VCT and carpeting floor covers, painted sheetrock or wood paneled walls, thin set tile hip walls in bathrooms with typical clubhouse fixtures. Florescent lighting throughout. The lounge area will contain a bar of typical club house quality, and the dining room will contain the essential amenities to produce items to be found on a limited menu. Refrigeration within the dining room will be adequate for the intended use. The basement level will be unfinished and have a cement floor. There will be limited partitions. Small office spaces will be included.

Other Amenities: Based on the conceptual plan of the course provided by the subject developers, the subject clubhouse will also include a patio area, overlooking the course.

Functional Utility: The building, upon completion, will be functional for its intended use as a golf course clubhouse and lounge facility of average quality interior finish. The clubhouse will presumably be constructed in a workman like manner, and be done so in conformance with all state and local building requirements.

Ancillary Site Improvements

Ancillary site improvements will include landscaping with natural vegetation, asphalt paved parking areas to serve the clubhouse and maintenance building. Many of the perimeter trees will be left in place to provide natural buffer zones. The parking areas will reportedly support 250 cars. A wood framed maintenance building will also be constructed on site. This structure will be situated upon a cement slab foundation and will be served by electrical and water utilities.



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

Summary

It is our opinion that the subject improvements, upon completion, will provide the necessary utility consistent with the intended use. These amenities should allow the subject to compete effectively in its market. The overall setting, layout of the course, and use of existing natural resources will contribute to the overall appeal of the course. The course will reportedly be constructed and marketed in such a manner as to create a competitive advantage within the market. The course design provides a challenge for many types of golfers due to the layout and hazards.

Conclusion

Based on the preceding data, the total market for daily fee course within the effective market area is presently underserved by the available golf courses, though the planned additions to supply will bring supply and demand closer to equilibrium. We have applied supply and demand formulas based on information published by respected sources in the national golf industry. It is unknown how the subject "as complete" will compete with the existing supply of courses in its market, though the information presented suggests that its addition to supply will not result in an oversupply to the market, but rather a response to the existing demand.

Our penetration model (or the rate at which the subject, upon completion, will attract its fair share of demand), will focus on the number of rounds each daily fee course in the effective market area would record if all were equally popular. Obviously such a situation rarely occurs and the level of play at any given course is subject to still further refinement based on a number of factors including course quality, greens fees, cart rental fees, management, number of members if any, and average time required to play a full round amongst others. However, the fair market share is a useful guide in determining whether or not a course is drastically out of balance with the market and, in general, serves as the basis for determining market penetration rates. In this regard, it will be noted that the properties presented in the Direct Market Comparison section of this report serve as direct competition to the subject.

Statistics show that juniors and women are becoming increasing factors in the demand for more facilities. These new facilities must be geared toward the emerging market, and offer the amenities demanded by the new age golfer. Overall, the diversification of the industry is imminent. Studies show that more alternative courses need to be built in order to capture a wider market of potential golfing consumers. The following market survey details the existing supply base in the immediate subject market area, and provides a good feel for the subject's directly competitive set, and the set that the subject, upon completion, will exist with.

***JAMES HOULE AND ASSOCIATES 192 UNION STREET, PORTSMOUTH, RI 02871***

## *GOLF COURSE VALUATION*

The valuation process weighs most heavily on the comparable sales analysis. Comparable sales of golf courses were included and analyzed.

The following pages contain recent golf course sales and pertinent data about each. Perhaps the strongest sale of any of the courses was that of the New England Country Club in Bellingham, Massachusetts. That property is a 312 acre, eighteen hole course with clubhouse. It is located on 180 Paine Street in Bellingham. The transfer was of corporate stock only. The corporation, which transferred, owned the golf course; because the stock transferred, rather than the real property by itself, the actual selling price was not listed.

However, during an interview related to this report, the selling price ascertained from the Tax Assessor's Office in that town was about $9,000,000. The main asset transferred was the golf course itself. Any other assets had little overall impact on value. Based on $9,000,000, the selling price per hole would be $500,000. Because specific information was unavailable, this is not included as a comparable sale.

However, this would be one of very few sales of courses being successfully managed and operated at the time of sale. Most courses tend to sell at a point at which they are performing less than successfully; when operating profitably, there is little incentive to sell. This is important for this report, as it provides meaningful data for comparison.



***401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM***

GOLF COURSE SALES:
SALE #1

| | |
|---|---|
| Name: | Harbor Ridge Country Club |
| Location: | 37 Harrison Road<br>Wallingford, Connecticut |
| Date of sale: | June 26, 2000 |
| Sale price: | $5,275,000 |
| Grantor: | MDA Harbor Ridge, LLC and Harbor Ridge Golf Course, LLC |
| Grantee: | Coastal Clubs, LLC |

| | |
|---|---|
| Zone: | R-40 Residential |
| Rights: | Fee simple |
| Conditions of sale: | Arm's length |
| Terms of sale: | All cash to seller |
| Verification: | Mr. Jeff Dugas |

Property Description:

| | | |
|---|---|---|
| Type: | Public daily fee | |
| Golf course acreage: | 149.007 | |
| Number of holes: | 18 | |
| Yardage: | 6,065 yards | |
| Par: | Par 70 | |
| Rating: | Course: | 68.2 |
| | Slope: | 119 |
| Driving range: | Yes | |
| Putting green: | Yes | |

Comments: The property contains approximately 149.007 acres, comprising the assemblage of several parcels with various easements because of its location in the Pilgrim Harbor condominium development. The property is located in the southeastern section of New Haven County. The property fronts Interstate Route 91 with excellent access from a partial interchange via Woodhouse Avenue facilitated by exit 14. Access is available to southbound I-91 while northbound traffic directed north along Route 150 to Center Street about 3 miles from the on ramp at a full interchange via exit 15.

The course was originally a 9 hole layout built in 1978 and extended into an 18 hole facility in 1998. The original designer was Robert Trent Jones and the second nine was designed by Al Zikorus and Ted Manning. The course features a rolling topography, narrow fairways, numerous bunkers and forced carries due to wetlands. The course plays to a par 70 with a slope of 119 and a rating of 68.2 from the back tees.



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

The clubhouse contains 9,235 square feet on one floor with lockers for both men and women, a 40 seat grill room, pro shop and bag storage area, along with administrative offices. There is a detached maintenance building and approvals for a 13,500 square foot 450 seat banquet facility.

There is an irons only driving range with ten mats. The equipment is older, while some newer mowers are leased. In general, the equipment was valued at $200,000. In addition, there are about 75 carts, leased for about $58,000/ annum.

The soils and drainage are considered good. The tees, greens and fairways all have an irrigation system in place. The overall condition of the grounds is good.

Sales price:

A national golf course broker was marketing the course at an asking price of $6,500,000. The final offer and acceptance was at $5,200,0000. As part of the sales agreement, the buyer was responsible for building bathrooms for the homeowners association, adjacent to the pool, at a cost of about $25,000 plus another $50,000 in capital repairs (cart paths) that were incomplete at the closing date. The adjusted selling price would be $5,275,000.

Units of comparison:

| | |
|---|---|
| Price per hole: | $293,056 |
| Price per acre: | $35,401 |
| Gross revenue multiplier: | 2.77 |
| Greens fee multiplier: | 5.41 |

Economic data:

| | |
|---|---|
| Gross income: | $1,900,000 pro forma |
| Gross green fees: | $975,000, based on buyer's pro forma |
| Operating expenses: | $1,300,000 (pro forma) |
| Net operating income: | $600,000 (pro forma) |
| Capitalization rate: | 11.4% |

Operating data:

| | |
|---|---|
| Rounds projected: | 32,000 |
| Number of members: | 50-75 |
| Membership fees: | $2,800 for a single and $3,350 for a couple |
| Greens fees: | $42.00 weekdays, $52.00 weekend, inclusive of carts |
| Cart fee: | In green fees |

Comments:

The course has little history since it opened only in midyear 1999. From June to September 1999, the course generated $1,180,000 in gross revenue. This was the basis of the projected income of the buyer.



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

SALE #2

| | |
|---|---|
| Name: | Laurel Lane Golf Course |
| Location: | 309- 311 Laurel Lane<br>South Kingstown, RI |
| Date of sale: | June 22, 1997 |
| Sale price: | $2,900,000 |
| Grantor: | Laurel Lane Golf Course, Inc. |
| Grantee: | Joseph A. Videtta |
| Rights: | Fee simple |
| Conditions of sale: | Arm's length |
| Terms of sale: | All cash to seller |
| Verification: | Golf Realty Advisors, Inc. |

Property Description:

| | |
|---|---|
| Type: | Semi private |
| Golf course acreage: | 181.49 |
| Number of holes: | 18 |
| Yardage: | 5,806 yards |
| Par: | Par 71 |
| Driving range: | Under construction |
| Putting green: | Yes |

Comments: The property contains approximately 181.49 acres. The course topography exhibits partially flat and partially rolling terrain with several ponds and other natural features. The property was in average condition at the time of the sale and has some cart paths and irrigation on the tees and greens.

The course was built in 1961 to 1966, with an unknown designer. There are five structures: a manager's house of approximately 1,400 square feet, a caretaker's house of approximately 1,250 square feet, maintenance shed of approximately 3,200 square feet, a utility building of 1,440 square feet and a clubhouse containing a gross building area of 1,801 square feet.

At the time of the sale, this property was operated as a semi private facility. Daily greens fees for 18 holes are $20.00 on weekdays and $25.00 on weekends. The most recent information indicates 38,255 annual rounds played.

The entire site contains land on either side of Laurel Lane. An additional 50 acres of raw land abutting the golf course was included in the sales price. The new owner is currently constructing a driving range. The property was originally offered for $3,30000,000. However, after two months of limited exposure, it sold for $2,9000,000. Feedback from the marketplace is that many perspective buyers were caught unaware of the offering and did not have an opportunity to present an offer. The projected gross operating income for 1997 is $884,038 and the net operating income is $354,000.

Units of comparison:

| | |
|---|---|
| Price per hole: | $161,111 |
| Price per acre: | $15,978 |
| Gross revenue multiplier: | 3.28 |
| Greens fee multiplier: | 3.79 |

Economic data:

| | |
|---|---|
| Gross income: | $884,038 projected |
| Net operating income: | $354,000 projected |
| Capitalization rate: | 12.2% |

| | |
|---|---|
| Operating data: | Not available |

Comments:

The property overall is in average condition. The course is only of moderate difficulty. The clubhouse is relatively small. The early 1960's design is in need of modernization.

SALE #3

| | |
|---|---|
| Name: | Seaview Golf Course |
| Location: | 150 Gray Street, Warwick, Rhode Island |
| Date of sale: | June 1998 |
| Sale price: | $2,000,000 |
| Grantor: | SCC/LCC |
| Grantee: | J & A Golf |
| Rights: | Fee simple |
| Plat/ lot: | map 378, lot 157 |

Property Description:

| | |
|---|---|
| Type: | Public daily fee |
| Golf course acreage: | 56.3 acres |
| Number of holes: | 9 |
| Yardage: | 3,050 yards |
| Par: | Par 35 |
| Driving range: | Yes |
| Putting green: | Yes |
| Clubhouse: | Yes, with banquet facilities |

Comments:

Property has suburban location, with pro on site. Club memberships are accepted, although number available not known. Property has driving range. Greens fees are $20 plus cart rental for 18 holes, $24 on weekends. Nine holes are about 3,000 yards, slightly shorter than an average nine in an eighteen hole course.

| | |
|---|---|
| Sales price: | $2,000,000 |

Units of comparison:

| | |
|---|---|
| Price per hole: | $222,222 |
| Price per acre: | $35,523 |

Economic data:

No income or expense information was available, nor was the cost of membership.



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

JAMES HOULE AND ASSOCIATES 192 UNION STREET, PORTSMOUTH, RI 02871

SALE #4

| | |
|---|---|
| Name: | Firefly Golf Course |
| Location: | 350 Fall River Avenue<br>Seekonk, Massachusetts, near East Providence city line |
| Date of sale: | June 1994 |
| Sale price: | $4,730,506 |
| Grantor: | Monarch Industries, Inc. |
| Grantee: | Seekonk Golf Club, Inc. |
| Rights: | Fee simple |
| Plat/ lot: | plat 14, lots 78 & 96 |

Property Description:

| | |
|---|---|
| Type: | Public daily fee |
| Golf course acreage: | 67.11 acres |
| Number of holes: | 18, was par three course at time of sale, now par 60 |
| Yardage: | 2,600 |
| Par: | Par 60 |
| Driving range: | No |
| Putting green: | No |
| Clubhouse: | Yes, 19,000 square foot building |

Comments:

Property contains a racquetball club, large restaurant/ clubhouse. Memberships are taken, although number available not known. Property has driving range. Greens fees are $18.50 plus cart rental for 18 holes, $20 on weekends. Cart rental listed at $20/ 18 holes.

| | |
|---|---|
| Sales price: | $4,730,506 |

Units of comparison:

| | |
|---|---|
| Price per hole: | $262,806 |
| Price per acre: | $70,494 |

Economic data:

No income or expense information was available, nor was the cost of membership.



***401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM***

*JAMES HOULE AND ASSOCIATES 198 UNION STREET, PORTSMOUTH, RI 02871*

SALE #5

| | |
|---|---|
| Name: | Ballymeade Country Club |
| Location: | Falmouth Woods Road<br>Falmouth, Massachusetts, near Camp Edwards Military Facility |
| Date of sale: | March 1993 |
| Sale price: | $6,200,000 |
| Grantor: | FDIC |
| Grantee: | Ballymeade Development Corporation |
| Rights: | Fee simple, heavily encumbered by 40 easements and covenants |
| Plat/ lot: | plat 2, lots A |

Property Description:

| | |
|---|---|
| Type: | Public daily fee |
| Golf course acreage: | 213 acres, w/ a large portion cleared for residential development |
| Number of holes: | 18 |
| Yardage: | Not available |
| Par: | Not available |
| Driving range: | No |
| Putting green: | No |
| Clubhouse: | Yes, restaurant and bar, no banquet facilities |

Comments:

As implied by Grantor, this property was the sale of a foreclosed property by FDIC. It had striking income potential at one time for residential development, although, due to the numerous utility easements, most in connection with Camp Edwards, as well as restrictions due to proximity to wetlands, not a single lot was sold. Nevertheless, this property still had tremendous potential at time of sale for future development beyond that of a golf course.

Fees are seasonal, ranging from $35 to $38 including carts. Pro on site.

Sales price: $6,200,000

Units of comparison:

| | |
|---|---|
| Price per hole: | $344,555 |
| Price per acre: | $29,107, including the undeveloped area |

Economic data:

No income or expense information was available, nor was the cost of membership.

Additional comments:



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

This is an important sale for purposes of this report, in spite of the date of sale or the fact that it was distressed, by virtue of being a resale of foreclosure. This is due to the fact that it was a sale of a golf course and potential residential development.

The actual number of potential residential sites is not clear, due to the numerous obstacles that must be overcome prior to development. The entire parcel is about 35% smaller than the subject, so the assumption must be that there would be less land available for residential use. This is somewhat offset by the fact that Falmouth real property values have historically been higher than in the area of the subject.

For our purposes, we can make an assumption that the residential portion might have about equal value to the subject's residential portion. Further, it is not unreasonable to assume that the golf course value is about equal to the subject golf course, as there seems little quantifiable difference in value between Massachusetts courses and Rhode Island courses.

If these assumptions are even approximately correct, then this sale gives us significant information in the overall valuation of this project. The sale, which took place in 1993, would have to be adjusted for time, as much as 10%/ year since 1993. This is based on overall appreciation factors found in Massachusetts since that time. Next, an adjustment for the nature of the sale must be made. The fact that the property was distressed at time of sale may have impacted the value by as much as 10- 20%. Lastly, the uncertainty of the resolutions of the restrictions and easements would cast substantial impact over the value of the property.

Taken together, these factors could increase the value of the property to as much as $15,000,000 in today's market. Of course, the costs to develop the golf course must be deducted from this figure, as the golf course was in place at the time of the sale. The clubhouse was average in size and it lacked such items as a driving range. Based on today's development costs for a golf course, including developer's profit and soft costs, this would bring the final adjusted value of this property to about $8-9 million, when compared to the subject.

## COMMENTS REGARDING SALES DATA

The sales were the most similar properties available to use as comparison to the subject. There have been limited sales of golf courses in the last 10 years.

Quite frankly, considering the enormous popularity that golf has experienced in the last decade, the limited number of sales is somewhat surprising. Most of the sales in that period are of courses that might not be deemed "profitable".

Several sales in the early 1990's were of properties either being resold after foreclosure or that were in the process of being foreclosed upon. The truly well maintained, established courses were not transferring title. However, during the same period, numerous new courses were being constructed.

These facts would seem to indicate two facts. First, most courses were profitable enough to make a sale less than desirable. Second, there is, indeed, sufficient demand to make the construction of several new facilities economically viable.

In fact, part of this market demand is based on changes in play, as well. Course layouts have become much more complex. Equipment has improved, forcing further changes in the designs of the courses. This serves to make newly designed courses much more attractive to the general market.

It is possible that the limited sales are also due to the type of ownership of many courses. Club membership may be great enough to keep many courses financially strong. However, even if this was true, it does not diminish the fact that many new courses have been built.

Therefore, review of the sales in an effort to find meaningful data must be undertaken with these facts in mind. This would make sale #1, sale #5 and the reported, but unconfirmed, sale of the New England Country Club in Bellingham most applicable to a comparison to the subject.

The other sales display somewhat greater inherent weaknesses in comparison to the subject. Sale #2 is at a point in its effective life at which a complete renovation appears to be in order. Sale #3 is a converted par three course, vastly inferior to the subject overall.
Sale #4 is a slightly short nine-hole course.

Although these all provide additional data, important to the comparison, they are not given as great weight as the three sales discussed in the next paragraph.

Sale #1 is a newer course, having only been rebuilt in 1998, opening for business in 1999. It is somewhat shorter than the subject, with a lesser degree of difficulty. With adjustments for length and the year since sale, the adjusted value per hole would be in excess of $300,000.

Sale #5, as discussed above, is similar to the subject in that it included a housing development as well as a golf course. Based on applicable adjustments, the value of this property would be close to $475,000/ hole. However, this does include value for the potential residential development.

Although we can only speculate as to the residential development value, for purposes of discussion herein, a 20% adjustment is made, reducing the value of the property to perhaps $380,000/ hole in comparison to the subject.

The unconfirmed sale in Bellingham is very recent and requires little overall adjustment. Applicable adjustments here would be for established operating record and perhaps superior location. These adjustments would reduce the value per hole here to perhaps $400,000, when compared to the subject.

Therefore, our most applicable sales give us adjusted values of:

| | |
|---|---|
| Sale #1: | $300,000 |
| Sale #5: | $380,000 |
| Unconfirmed sale: | $400,000 |

Using these adjusted values as a basis, the value indicated for the subject property is approximately $400,000/ hole, or $7,200,000 overall value. This assumes, of course, that the subject course is in a completed stage of development.

Therefore, after analyzing all data reported, the value, as indicated by the Market Data Approach to Value, for the course, ***when finished***, is:

***SEVEN MILLION, TWO HUNDRED THOUSAND DOLLARS***
***$7,200,000***



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

## COST TO CONSTRUCT GOLF COURSE

The costs to develop the golf course portion of the subject PUD are as follows:

The bid is a copy of that presented to the developers by Intergolf Design in late 2000. The estimate is increased at the same 10% rate that the residential infrastructure improvement was given.

DATE: 08/22/00

Intergolf designs, Inc.
Po Box 209
Dobbs Ferry, NY 10522

CONTRACTOR'S UNIT PRICE

Project Name: Brushy Brook Golf Course

Location: Rhode Island

| Item Description | Estimated Quantity | Units | Unit Price | Estimated Quantity price |
|---|---|---|---|---|
| 1. Mobilization | 1 | LS | | 30,000 |
| 2. Insurance | 1 | LS | | 30,000 |
| 3. Erosion & Sediment Control | 1 | LS | | 65,000 |
| 4. Clearing | | | | |
| a. Total Clearing | | | | |
| b. Selective Clearing | | | | |
| c. Stumping / Grubbing | 110 | AC | 960.00 | 105,600 |
| 5. Topsoil Stripping | 50,000 | CY | 1.00 | 50,000 |
| 6. Earthmoving | 87,441 | CY | 1.3 | 113,674 |
| 7. Rough Shaping | 1 | LS | | 175,000 |
| 8- Topsoil Screening | 50.000 | CY | 1 .25 | 62,500 |
| 9. Topsoil replacement | 50,000 | | 1-25 | 62.500 |
| 10. Green Construction | | | | |
| a- Greens to Sub grade | 19 | EA | 5,000.00 | 95,000 |
| b- Sub Drainage | 18 | EA | 2,500.00 | 45,000 |
| c- Gravel Layer | 2,500 | EA | 8.00 | 20,000 |
| d- Topmix | 6.000 | CY | 8.00 | 48,000 |



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

| | | | | |
|---|---|---|---|---|
| 11. Tee Construction | | | | |
| a. Tees to Sub grade | 19 | EA | 3,000.00 | 57,000 |
| b. Topsoil | 19 | TN | 8.00 | 16,000 |
| c. Laser level surfaces | 2,000 | EA | | 23,000 |
| 12. Construction to sub grade | | | | |
| a. Edge and sand | 45 | EA | 2,500 | 112,500 |
| b. Drainage | 6,750 | LF | 6.00 | 40,500 |

| Item Description | Estimated Quantity | Units | Unit Price | Estimated Quantity price |
|---|---|---|---|---|
| 13. Irrigation System | | | | |
| a. Materials | 1 | LS | | 350.000 |
| b. Installation | 1 | LS | | 300,000 |
| 14. Pump Station | 1 | LS | | 125,000 |
| 15. Planting preparation | | | | |
| a. Finish Shaping | 1 | LS | | 175,000 |
| b. Fertilizer and soil amendments Purchase and placement | 1 | LS | | 50,000 |
| 16. Grassing | | | | |
| a. Greens | 133,000 | | .09 | 11,970 |
| b. Tees | 130,000 | | .09 | 11,700 |
| c. Fairways | 45 | AC | 750.00 | 33,750 |
| d. Roughs | 22 | AC | 750.00 | 16,500 |
| e. Secondary Roughs | 45 | AC | 150.00 | 33,750 |
| 17 Sodding –Bluegrass | 200.000 | SF | .35 | 70.000 |
| 18 Mulching | | | | |
| 19Erosion Repair | 100,000 | | .55 | 55,000 |
| 20 Bridges | 850 | LF | 225.00 | 191,250 |
| 21 Cart Paths | 30,000 | LF | 9.00 | 270.000 |



***401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM***

| | | |
|---|---|---|
| 22 Fairways & Rough Drainage | | |
| A. Allowance | | 70.000 |
| 23 Miscellaneous | | |
| . Boulders Allowance | | 175,000 |
| Total | $ 3,090,194 | |

LS = Lump Sum SF = Square Feet LF = Linear Feet
cy = Cubic Yard TN ~ Ton EA = Each AC -Acre

However, on line item #7, above, is a listing of 175,000 cubic yards of gravel which will be removed from site. Soil testing has shown this all to be of high quality gravel. This will not be used on site. The developers have secured a buyer, who will come on site and remove the gravel for use elsewhere. The projected value of this gravel is $3.00/ yard, with the buyer bearing the cost of removal. This figure remains unchanged from 2000.

This represents a figure of $525,000 in revenue from the sale of the gravel. The income from the sale of the gravel is deducted from the cost of construction, above. This leaves a net cost of construction of $2,565,194 for the golf course.

Lastly, the clubhouse and utility building are to be constructed at a cost of approximately $600,000 for both. This is based entirely on price forwarded by developers. This appraiser was not given a detailed plan for the clubhouse, so could not independently calculate the cost to construct.

With the infrastructure cost, the total cost to develop is $3,165,194.

Therefore, for our purposes, this figure is used for the hard cost of construction.

Additional costs are listed as:

| | |
|---|---|
| Developer's profit: 15%: | $1,080,000 |
| Carrying cost: | $ 500,000 |
| Insurance, interest, taxes, etc. | |
| Marketing: 5% | $ 360,000 |
| Subtotal: | $1,940,000 |
| Hard cost (from above) | $3,165,194 |
| Total hard and soft cost: | $5,105,194 |

Therefore, the total cost to develop the golf course portion of the project is rounded to: $5,100,000



***401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM***

**RECONCILIATION AND FINAL OPINION OF VALUE:
GOLF COURSE IN "AS IS" CONDITION**

The final calculation to estimate the value of the golf course portion of the PUD, in an "as is" condition is as follows:

| | |
|---|---|
| First, the total value of the course as finished is estimated: | $7,200,000 |
| Next, the total cost to construct is estimated and deducted From the value: | -5,100,000 |
| The remainder figure is then used as a final estimate of value: | $2,100,000 |

Therefore, based on the full analysis outlined above, the estimate of value of the golf course portion of the subject property, in an "as is' condition, in fee simple estate, as of the date of this report, is estimated to be:

***TWO MILLION, ONE HUNDRED THOUSAND DOLLARS ($2,100,000)***



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

## OVERALL RECONCILATION AND CONCLUSIONS

In this report, each portion of the subject Planned Unit Development has been separated and valued independently, using the same process. The full retail value of the property, as if finished was estimated and then the costs to develop the property were deducted. The residual value, in each case, became the final estimate of value for that portion of the project.

Our purpose here is to simply combine each of those figures into a final estimate of value for the subject, in an as is condition.

To that end, each value found is listed:

| | |
|---|---|
| Golf course: | $2,100,000 |
| Residential housing sites: | $6,000,000 |
| Total value of both portions: | $8,100,000 |

This value then becomes the final estimate for the entire project. Therefore, based on all data found and reviewed, it is the opinion of these appraisers, that the final opinion of value, for the planned unit development, known as The Reserve at Brushy Brook, in fee simple estate, as of June 22, 2001, assuming final approvals in place, is:

***EIGHT MILLION, ONE HUNDRED THOUSAND DOLLARS***
***$8,100,000***



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

## CERTIFICATION

I certify that, to the best of my knowledge and belief, ...
- the statements of fact contained in this report are true and correct.
- the reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
- my compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event. The appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.
- I have made a personal inspection of the property that is the subject of this report.
- no one provided significant professional assistance to the persons signing this report.
- my analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Practice. The departure Provision of USPAP has not been invoked in the development or reporting of this appraisal.
- data on current revenues, expenses, and vacancies for the subject property have been analyzed and reported.
- any personal property, fixtures or intangible items that are not real property but are included in the appraisal have been identified and separately analyzed, and in impact of their inclusion or exclusion on the estimate of market value has been discussed in this report.
- If any information required or deemed pertinent to the completion of an appraisal was unavailable, that fact and the effort to obtain the information have been disclosed and explained in this report.
  - James A. Houle is currently a Rhode Certified General Appraiser –
  - Certificate number A00769G.

In my opinion, the market value of the fee interest of subject property as of April 2002, is:

($8,100,000) EIGHT MILLION, ONE HUNDRED THOUSAND DOLLARS

DATE: 26 March 2007

Respectfully submitted,

James A. Houle

James A. Houle, RI Certified General Appraiser #A00769G



*401-846-5225 Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

*JAMES HOULE & ASSOCIATES198 Union Street*
*Portsmouth, Rhode Island 02871*

Voice: 401- 846- 5225
Facsimile: 401- 846- 1818
****************************************

QUALIFICATIONS OF APPRAISER

JAMES A. HOULE

## LICENSING:

Rhode Island Appraisal Certification: #A00769 G
Rhode Island Real Estate Broker: #B09805

## BUSINESS EXPERIENCE:

| | |
|---|---|
| James Houle & Associates, Portsmouth, RI<br>Real Estate Appraisal, Consulting & Brokerage Services | 1981- Present |
| Deputy Tax Assessor, City of Newport, RI<br>Appraisal and Mass Assessment Services | 1990- 1998 |
| Gold Star Group, Middletown, RI<br>Real Estate Education and Franchise Development | 1988-1989 |
| Atlantic Properties, Middletown, RI<br>Principal Broker | 1985-1988 |
| L.H. Houle Realty, Stafford Springs, Conn.<br>Consulting Broker | 1975-1983 |
| Better Homes Realty, Middletown, RI<br>Principal Broker | 1978-1981 |
| Heritage Realty, Newport, RI<br>Associate Broker | 1975-1978 |
| Kennan Associates, Cumberland, RI<br>Associate Broker | 1973-1975 |

## PROFESSIONAL QUALIFICATIONS AND RELATED BOARDS:

ACTIVE:
Licensed Real Estate Broker, Rhode Island
Licensed Auctioneer, Rhode Island (Approved for Real Estate Sales)
Certified Real Estate Appraiser, Rhode Island
Approved by State of Rhode Island, Office of Municipal Affairs, to perform city- wide mass appraisals and revaluations, as required by Rhode Island law
Board of Realtors, ( Officer of Newport County Board, 1975)

RELATED EDUCATION:
Society of Real Estate Appraisers, course #101 Introduction to Appraisal

Society of Real Estate Appraisers, course #102 Small Income Property Appraisal
R.I. Tax Assessor's Administrative Course
Graduate Realtor Institute, Board of Realtors
Uniform Standards of Professional Practice, University of Rhode Island
Income Approach to Property Valuation, University of Rhode Island
Practical Application of Income Approach to Value, University of Rhode Island
Seminars:
Impact of Environmental Issues in Appraisals, RI Board of Realtors
Rhode Island Tax Law, NLI Institute
Performing an In House Revaluation, International Order of Assessing Officers
Lead Issues in Real Estate, RI Board of Realtors
Tax Issues in Real Estate, RI Board of Realtors
Appraiser as Expert Witness, RI Board of Realtors

Seminars as Approved Instructor:
Real Estate Tax Assessment: How to Judge its Equity
Real Estate Financing: Conventional and Creative

APPRAISAL EXPERIENCE:
Active since 1976, performing appraisals of single and multi family housing and commercial/ industrial properties.
Experience in appraising impacted/ contaminated properties
Experience in appraising specialty/ partial interests
Experience in appraising water related utilities
Accepted as expert in Rhode Island Civil Court
Accepted as expert in Rhode Island Superior Court
Accepted as expert in Rhode Island Bankruptcy Court
Accepted as expert before several Rhode Island community Boards of Tax Appeals
Accepted as expert before several Rhode Island Zoning Boards of Appeal



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*

LENDING INSTITUTIONS REPRESENTED:

Residential Mortgage Company, Providence, RI
Boston Five Cent Savings Bank, Providence, RI
Plymouth Mortgage Company, Middletown, RI
Commonwealth Mortgage Company, Middletown, RI
Fleet Mortgage Company, Providence, RI
People's Credit Union, Middletown, RI
Citizen's Savings Bank, Riverside, RI
Navy Federal Credit Union, Middletown, RI
Pier Bank, Narragansett, RI
FEC Mortgage Company, Foxborough, Mass.
Loans for Homes , East Greenwich, RI
Colonial Mortgage Company, East Providence, RI
Rhode Island Mortgage Store, Cranston, RI
Business Lenders, Providence, RI
Howes Funding, Cranston, RI
Commerical Loan Inventors, Cranston, RI
Greentree Mortgage Company, Atlanta, GA

Other significant clients:
Ford Motor Company
NYNEX (Bell Atlantic)
Stone Bridge Water District, Tiverton, RI
Newport, RI Public Utilities Department
Church Community Housing Corporation, Newport, RI



*401-846-5225, Fax: 401-846-1818; EMAIL: HOULEAPPRS@AOL.COM*