UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: BRUSHY BROOK DEVELOPMENT COMPANY, LLC, | : | B.K. CASE NO. 05-13009 |
| | : | Chapter 7 |
| Debtor. | : | |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

This matter initially came before this Court, the Honorable Judge Arthur N. Votolato presiding, on LR6-A, LLC's Motion For Relief From The Automatic Stay. The Chapter 7 Trustee ("Trustee") for the Debtor objected to the Motion For Relief From The Automatic Stay ("Objection") and the Court conducted several hearings thereon. LR6-A, LLC and the Trustee for the Debtor have reached an agreement relating to the aforesaid Objection and do hereby file this Joint Motion For Entry Of Consent Order requesting this Court to enter the Consent Order in the form of Exhibit A attached hereto.

LR6-A, LLC,

By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Denean M. Russo #5043
MacAdams Wieck Deluca & Gemma, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Date: January 25, 2008

CHARLES A. PISATURO, CH. 7 TRUSTEE,
By his Attorneys,

/s/ Matthew J. McGowan
Matthew J. McGowan, Esq. #2770
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, RI 02906
(401) 274-0300
(401) 453-0073
Date: January 25, 2008

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within Joint Motion For Entry Of Consent Order was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 25th day of January 2008, to the following:

John Boyajian, Esq.
Boyajian Harrington & Richardson
john@bhrlaw.com

Thomas E. Carlotto, Esq.
Schectman Halperin Savage, LLP
tec@shlawri.com

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard
mmcgowan@smsllaw.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov
leonard.j.depasquale@usdoj.gov

Vincent A. Indeglia, Esq.
Law Office of Vincent A. Indeglia
vaindeglia@aol.com

Theodore Orson, Esq.
Stephen J. Brouillard
Orson and Brusini Ltd.
torson@orsonandbrusini.com
sbrouillard@orsonandbrusini.com

Peter J. Furness, Esq.
Sinapi Formisano & Company
pjf@sfclaw.com

Charles A. Pisaturo, Jr., Esq.
Law Offices of Charles A. Pisaturo, Jr.
cpisaturo@earthlink.net

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
wdolan@brownrudnick.com

John A. Tarantino, Esq.
Attorney Patricia K. Rocha
Joseph Avanzato, Esq.
Attorney Katy A. Hynes
Adler Pollock & Sheehan P.C.
jtarantino@apslaw.com
procha@apslaw.com
javanzato@apslaw.com
khynes@apslaw.com

I hereby certify that on this 25th day of January 2008, a true copy of the within Joint Motion For Entry Of Consent Order was forwarded via first class mail, postage prepaid, to the following:

Akhil M. Patel, Esq.
Thompson Hine LLP
10 West Broad Street
Columbus, OH 43215

John P. McCoy, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Division of Taxation
RI Division of Taxation
Bankruptcy Unit
One Capitol Unit
Providence, RI 02908-5800

/s/ Denean M. Russo

G:\LR6-A\Boulder Brook\Bankruptcy Pleadings\Jnt Mtn for Entry of Consent Ord 011808.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: BRUSHY BROOK DEVELOPMENT COMPANY, LLC, | : | B.K. CASE NO. 05-13009 |
| | : | Chapter 7 |
| Debtor. | : | |

**CONSENT ORDER**

This matter initially came before this Court, the Honorable Judge Arthur N. Votolato presiding, on LR6-A, LLC's Motion For Relief From The Automatic Stay. The Chapter 7 Trustee ("Trustee") for the Debtor objected to the Motion For Relief From The Automatic Stay ("Objection") and the Court conducted several hearings thereon. LR6-A, LLC and the Trustee for the Debtor have reached an agreement relating to the aforesaid objection and have filed a Joint Motion requesting this Court to enter an Order relative to the Motion For Relief From The Automatic Stay. After hearing thereon, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. LR6-A, LLC has agreed to waive its claim for any interest that would otherwise accrue on the Note which is secured by its first priority mortgage ("First Mortgage") covering the real property of Boulder Brook Development, LLC, which is commonly known as The Reserve at Brushy Brook (Tax Assessor's Plat 32, Lots 68, 69, 70 & 71) and located at Dye Hill Road and 130 Dye Hill Road, Town of Hopkinton, County of Washington, Rhode Island (collectively, the "Property"), except for simple interest accruing on the unpaid principal balance of the Note at the rate of eighteen (18%) percent per annum ("Approved Interest");

2. That LR6-A, LLC's Motion for Relief from the Automatic Stay is GRANTED;

3. That LR6-A, LLC is authorized to exercise all of its state law rights and remedies including without limitation foreclosure of its first priority mortgage covering the Property. With respect to the exercise of said rights and remedies, including inter alia for credit bid authorization and sales proceeds allocation, the mortgage indebtedness secured by the First Mortgage shall be the sum of the: (a) unpaid principal balance of the Note; (b) Approved Interest; and (c) reasonable collection expenses, including reasonable attorneys' fees as agreed to by the Trustee or approved by the Court;

4. That LR6-A, LLC is authorized to foreclose the Property substantially in accordance with the Foreclosure Protocol attached hereto;

5. That this Order shall constitute a final adjudication of any and all claims and defenses which the Trustee may have against LR6-A, LLC arising under the Note or loan documents related thereto, including the issues raised in the Objection, including inter alia that the Note was usurious and/or that the interest prescribed by the Note or any other related loan documents was unlawful or unenforceable in any way; and

6. That this Order shall not be stayed until the expiration of 10 days after the entry of the order in accordance with Rule 4001(a)(3) of the Rules of Bankruptcy Procedure and that LR6-A, LLC is authorized to exercise all of its state law rights and remedies, including without limitation, foreclosure of its first priority mortgage covering the Property substantially in accordance with the Foreclosure Protocol immediately upon entry of this Order.

ENTER: PER ORDER:

_______________________________ _______________________________

Date:___________________________ Date:___________________________

CONSENTED TO IN FORM AND SUBSTANCE:

LR6-A, LLC,
TRUSTEE,
By its Attorneys,

_______________________________

Robert D. Wieck, Esq. #1739
Denean M. Russo #5043
MacAdams Wieck Deluca & Gemma, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 (Fax)
Date: January 23, 2008

CHARLES A. PISATURO, CH. 7

By his Attorneys,

_______________________________

Matthew J. McGowan, Esq. #2770
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, RI 02906
(401) 274-0300
(401) 453-0073
Date: January 23, 2008

G:\LR6-A\Boulder Brook\Bankruptcy Pleadings\Consent Order- Mtn for Relief from Stay (final).doc

# FORECLOSURE PROTOCOL

1. Property Information - (Exhibit 1)

   Contact Information for all prospective bidders who requested the Property Information shall be promptly provided to Matthew McGowan, Esq., counsel for the Chapter 7 Trustee for Brushy Brook Development, LLC.

2. Notice of Mortgagee's Sale - (Exhibit 2)

3. Terms of Sale - (Exhibit 3)

4. Agreement - (Exhibit 4)

5. Other Advertising - Display ad in Providence Journal, three Sundays preceding date of sale (sale will be conducted on a Wednesday or Thursday), which display ad shall substantially be in the form of Exhibit 5.

G:\LR6-A\Boulder Brook\Documents\Foreclosure Protocol (final).doc

# PROPERTY INFORMATION

ATTACHED IS A REDACTED APPRAISAL OF THE PROPERTY. THE MARKET VALUE INFORMATION AND THE VALUATION ANALYSIS HAVE BEEN REMOVED.

THE AUCTIONEER, APPRAISER, AND MORTGAGEE, INCLUDING ALL OF THEIR EMPLOYEES, REPRESENTATIVES, AND AGENTS, MAKE NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE TRUTHFULNESS AND/OR ACCURACY OF THE INFORMATION CONTAINED IN THIS APPRAISAL REPORT.

IN SUBMITTING AN OFFER, YOU ACKNOWLEDGE THAT YOU HAVE EXERCISED YOUR OWN INDEPENDENT JUDGMENT, AND (EITHER ALONE OR WITH YOUR ATTORNEYS, ACCOUNTANTS AND ADVISORS) POSSESS THE REQUISITE BUSINESS AND INVESTMENT KNOWLEDGE AND EXPERIENCE TO EVALUATE THE POTENTIAL RISKS AND MERITS OF THE PURCHASE, AND THAT THE PROPERTY IS SOLD "AS IS" AT THE TIME OF THE SALE AND NO RESPONSIBILITY IS ASSUMED BY THE MORTGAGEE, AUCTIONEER, OR APPRAISER.

# NOTICE OF MORTGAGEE'S SALE

**The Reserve at Brushy Brook**
**Dye Hill Road and 130 Dye Hill Road**
**Tax Assessor's Plat 32, Lots 68, 69, 70 & 71**
**Town of Hopkinton, County of Washington, Rhode Island**

WILL BE SOLD AT PUBLIC AUCTION at the office of MacAdams Wieck DeLuca & Gemma Incorporated, 101 Dyer Street, Suite 400, Providence, Rhode Island 02903 on ___________, 2008 [date of sale] at 10:00 a.m., local time, by virtue of the power of sale contained in that certain Mortgage And Security Agreement from Boulder Brook Development, LLC, a Rhode Island limited liability company, dated August 15, 2005 ("Mortgage"), and recorded in the Records of Land Evidence in the Town of Hopkinton, County of Washington, State of Rhode Island, in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, et seq., the conditions of said Mortgage having been broken.

> Those certain lots or parcels of land with all buildings and improvements thereon, more particularly described in the Records of Land Evidence of said Town of Hopkinton in Book 425 at page 405, as affected by instrument recorded with said recorder in Book 428, at page 419, et seq.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any restrictions of record, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of $150,000 in cash, certified funds or bank check at time and place of sale and such other terms as are announced at the sale.

By order of the Mortgagee, which hereby gives notice of its intention to bid at said sale or at any adjournment or postponement thereof.

MacADAMS WIECK DeLUCA & GEMMA INC.
Attorneys for the Mortgagee
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

The Providence Journal and The Westerly Sun Ads: ______________________
[Legal notice ads will be published four times; the first publication of the notice shall be at least 21 days before the date of sale.]

TERMS OF SALE

All of the right, title and interest of the mortgagor, Boulder Brook Development, LLC, a Rhode Island limited liability company ("Mortgagor"), conveyed by that certain Mortgage and Security Agreement executed by the Mortgagor in favor of LR6-A Limited Partnership, a Massachusetts limited partnership, on August 15, 2005, and assigned to LR6-A, LLC, a Massachusetts limited liability company, ("Mortgagee") on September 14, 2005 ("Mortgage"), in the property advertised for sale and described in the notice of sale attached hereto as Exhibit A ("Property"), will be sold subject to prior mortgages and other encumbrances of record, if any, and further subject to unpaid local, federal and state taxes, water rates, condominium assessments, sewer assessments, fire district assessments, and any other assessments, if any, which may constitute a prior lien thereon, and subject to restrictions, if any.

Mortgagee reserves the right to adjourn the sale and/or to reject any and all bids.

Upon acceptance of a bid, payment will be required as follows: One Hundred Fifty Thousand Dollars ($150,000.00) to be paid in cash or certified funds at the time of sale, and the balance to be paid in like manner on or before twelve o'clock noon, ____________________ [thirty (30) days after date of sale], at the offices of MacAdams Wieck DeLuca & Gemma Incorporated, 101 Dyer Street, Providence, Rhode Island 02903. **TIME IS OF THE ESSENCE**. The successful bidder will be responsible to pay all transfer fees and/or stamps required for the conveyance, and will also be responsible to pay the Rhode Island State duty on auction sales associated with the sale. A mortgagee's deed in the usual form will be delivered on receipt of the purchase price in full. The successful bidder will be required to sign an agreement encompassing these terms of sale. If the payment required at the time of sale is not made or the required agreement is not signed, the auctioneer may, in his discretion, immediately resell the Property to the highest bidder who complies with these terms of sale, but such resale shall not release the defaulting purchaser from an action for breach of contract.

If the purchaser fails to comply with the remaining terms of sale, or any of them, including without limitation payment of the balance of the purchase price as aforesaid, Mortgagee shall be at liberty to (1) resell the Property under the powers of sale contained in the Mortgage, or (2) declare a sale to the next successive highest bidder at this sale who is willing to comply with these terms of sale, in either case without notice to the defaulting purchaser and without previously tendering to the said defaulting purchaser a conveyance or taking any action not required by the powers of sale contained in the Mortgage. Such sale or resale, however, shall not release the defaulting purchaser from liability for damages for breach of contract including, without limitation, the costs and attorneys' fees incurred by Mortgagee as a result of such default. In the case of such default, Mortgagee, whether or not the Property is resold by it, shall also have the right to retain such deposit either (a) as liquidated damages, or (b) as security for the payment

by the defaulting purchaser of the damages to which Mortgagee may be entitled on account of the purchaser's default, as Mortgagee may elect.

The Property is sold "as is" at the time of sale and no responsibility is assumed by Mortgagee or the auctioneer for the condition thereof. After the sale the Property shall be at the risk of the purchaser thereof, and neither Mortgagee nor the auctioneer assume any responsibility for the condition thereof or for any loss by fire or other casualty.

Purchaser agrees solely to be liable and to indemnify Mortgagee for any costs associated with the removal of any and all substances required by law to be removed from the Property including, without limitation, the removal of hazardous substances.

The auctioneer may at any time during the bidding require any bidder to identify himself and to demonstrate his ability to comply with these terms of sale.

HOPKINTON, RI

____________________________
AUCTIONEER

________________________[Date of Sale]

By:_________________________

# AGREEMENT

**The Reserve at Brushy Brook**
**Dye Hill Road and 130 Dye Hill Road**
**Tax Assessor's Plat 32, Lots 68, 69, 70 & 71**
**Town of Hopkinton, County of Washington, Rhode Island**

________________[Date of Sale]

In consideration of the acceptance of the undersigned's bid by __________________ ______________________________ [Auctioneer], the undersigned hereby agrees to pay the sum of __________________ ($______) Dollars for the Property described in the attached Notice of Sale purchased by the undersigned this ______ day of ______________ [date of sale] at public auction. A deposit of One Hundred Fifty Thousand ($150,000) Dollars for the Property has been paid this day, and the undersigned agrees to pay the balance of the total purchase price for the Property in cash or certified check upon delivery of a mortgagee's deed in the usual form to the undersigned. The undersigned further agrees to be bound by the attached Terms of Sale.

The following notices are provided in accordance with Rhode Island law:

(1) Buyers of real estate in the State of Rhode Island are legally obligated to comply with all local real estate ordinances; including but not limited to ordinances on the number of unrelated persons who may legally reside in a dwelling, as well as ordinances on the number of dwelling units permitted under the local zoning ordinances.

(2) Radon has been determined to exist in the State of Rhode Island. Testing for the presence of radon in residential real estate prior to purchase is advisable.

(3) All or part of the property may have been previously determined by the Rhode Island Department of Environmental Management to be a coastal wetland, bay, fresh water wetland, pond, marsh, river bank, or swamp, as these terms are defined in Chapter 1 of Title 2 of the Rhode Island General Laws.

In the presence of:

______________________ Signed:________________________

Name:________________________
(Please Print)

Address:________________________
________________________

Telephone No.:__________________

MORTGAGEE'S FORECLOSURE SALE BY

**PUBLIC AUCTION**

HOPKINTON, RI. UNIMPROVED LOTS CONTAINING 358± ACRES. TAX ASSESSOR'S PLAT 32, LOTS 68, 69, 70 & 71. PARCELS LOCATED AT DYE HILL ROAD AND 130 DYE HILL ROAD.

Sketch/Map Inserted Here

TO BE SOLD ON: ________________, 2008 AT 10:00 A.M. AT THE OFFICES OF THE ATTORNEYS FOR THE PRESENT HOLDER OF THE MORTGAGE.

MORTGAGE RECORDED IN THE TOWN OF HOPKINTON, STATE OF RHODE ISLAND IN BOOK 425, PAGE 405.

TERMS OF SALE: DEPOSIT OF ONE HUNDRED FIFTY THOUSAND ($150,000.00) DOLLARS IN CASH, CERTIFIED OR BANK CHECK AT TIME OF SALE. OTHER TERMS AND CONDITIONS TO BE ANNOUNCED AT THE SALE.

**MacADAMS WIECK DeLUCA & GEMMA, INC.**
**ATTORNEYS FOR THE PRESENT HOLDER OF THE MORTGAGE**
**101 DYER STREET, SUITE 400, PROVIDENCE, RI**
INSPECTION BY APPOINTMENT
CONTACT AUCTIONEERS

SALE CONDUCTED BY, AND FOR FURTHER INFORMATION CONTACT:

Auctioneer Information Inserted here